UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NAVISION SHIPPING COMPANY A/S,

                Plaintiff,

- against -                          ECF CASE

YONG HE SHIPPING (HK) LTD.,

                Defendant.
------------------------------------------------------------------X

JUDGE CHIN

07 CIV 9517

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: October 25, 2007
       Southport, CT

                              The Plaintiff,
                              NAVISION SHIPPING COMPANY A/S,

By: _____
Nancy R. Peterson
Patrick F. Lennon
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
facsimile (212) 490-6070
nrp@lenmur.com
pfl@lenmur.com