CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NAVISION SHIPPING COMPANY A/S,                :
                                              :
                          Plaintiff,          :   **07-CV-9517**
                                              :
            v.                                :
                                              :   **NOTICE OF**
YONG HE SHIPPING (HK) LTD.,                   :   **APPEARANCE**
                                              :
                                              :
                                              :
                          Defendant.          :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       October 31, 2007

                          CLARK, ATCHESON & REISERT
                          Attorneys for Garnishee
                          Societe Generale New York Branch

          By:        _____
                          Richard J. Reisert (RR-7118)
                          7800 River Road
                          North Bergen, NJ  07047
                          Tel: (201) 537-1200
                          Fax: (201) 537-1201
                          Email:  reisert@navlaw.com