USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/07

# LENNON, MURPHY & LENNON, LLC — Attorneys at Law

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon - pfl@lenmur.com
Charles E. Murphy - cem@lenmur.com
Kevin J. Lennon - kjl@lenmur.com
Nancy R. Peterson - nrp@lenmur.com

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

December 7, 2007

**By Hand**
Hon. Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1581

RECEIVED DEC 10 2007 JUDGE CHIN'S CHAMBERS

Re:   **Navision Shipping Company A/S v. Yong He Shipping (HK) Ltd. et. al**
      Docket #: 07-cv-09517-DC
      Our Ref: 07-1267

Dear Judge Chin:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. We write to provide the Court with a status update in the above captioned matter and to request that Plaintiff be allowed to file a second Amended Complaint adding four new defendants to the action.

Plaintiff initiated this action on October 25, 2007 by filing a Complaint. On October 26, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. On November 13, 2007, the Complaint was amended to include three new entities, who upon information and belief, act as paying agents of the principal Defendant, Yong He Shipping.

The Defendants have not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendants' property has been restrained in the district.

Our client has now indicated that there are four new companies, which can be held fully liable for Plaintiff's losses under English law. In addition, Plaintiff has provided an updated accounting of its losses, which have increased since the first amended Complaint was filed.

In light of the foregoing, we respectfully request that Plaintiff be allowed to file a second Amended Complaint, adding the four new defendants to the action and increasing the amount of damages. Please find attached for your review the proposed Amended Complaint.

Proving that the amendment is allowed, Plaintiff further respectfully requests that an Amended Ex-Parte Order be issued by the Court to reflect the changes made in Complaint. Please find attached for your review the proposed Amended Ex-Parte Order and Order

Appointing Process Server along with a Supplemental Affidavit attesting to the fact that the new defendants cannot be found in the district as required under Rule B.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

*[signature]*

Nancy R. Peterson

---

*[Handwritten order:]*

Plaintiff is hereby granted leave to file the proposed Second Amended Complaint. Once it does so, ~~it may submit the proposed~~ the Court will consider the proposed ex parte order.

SO ORDERED.

*[signature]*
USDJ
12/12/07

2