NOURSE & BOWLES, LLP
Attorneys for Defendant
SHANGHAI FAREAST INTERNATIONAL
 SHIPPING AGENCY CO. LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NAVISION SHIPPING COMPANY A/S,

                Plaintiff,

      against-

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, JIANGSU FING
AGENCY LTD., JIANGSU FAREAST
INTERNATIONAL SHIPPING AGENCY LTD.,
THE OLD EASTERN MEDITERRANEAN CO
SA, CHINA MARINE SHIPPING AGENCY
TIANJIN COMPANY LTD., LIANYUNGANG
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD., and SHANGHAI
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD. a/k/a FEISA,

                Defendants.
------------------------------------------------------------------X

07 Civ. 9517(DC)

**STATEMENT PURSUANT
TO FED. R. P. § 7.1**

Pursuant to Fed. R. Civ. P. § 7.1(a), the undersigned attorney of record for defendant, SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO. LTD. certifies that SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY

CO. LTD. has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

Dated: New York, New York
       January 30, 2008

                                NOURSE & BOWLES, LLP
                                Attorneys for Defendant
                                SHANGHAI FAREAST INTERNATIONAL
                                 SHIPPING AGENCY CO. LTD.

By: _____
        Armand M. Paré, Jr. (AP-8575)
        One Exchange Plaza
        At 55 Broadway
        New York, NY 10006
        (212) 952-6200