NOURSE & BOWLES, LLP
Attorneys for Defendant
SHANGHAI FAREAST INTERNATIONAL
 SHIPPING AGENCY CO. LTD.
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAVISION SHIPPING COMPANY A/S,

      Plaintiff,

                07 Civ. 9517(DC)

   against-

YONG HE SHIPPING (HK) LTD., PROSPER     **NOTICE OF MOTION**
SHIPPING LIMITED, JIANGSU FING
AGENCY LTD., JIANGSU FAREAST
INTERNATIONAL SHIPPING AGENCY LTD.,
THE OLD EASTERN MEDITERRANEAN CO
SA, CHINA MARINE SHIPPING AGENCY
TIANJIN COMPANY LTD., LIANYUNGANG
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD., and SHANGHAI
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD. a/k/a FEISA,

      Defendants.
------------------------------------------------------------X

  PLEASE TAKE NOTICE that upon the annexed Affidavit of Armand M. Paré, Jr., declarations of Zhuo Zhonggen, Ernest Tai Ming Yang and Chu Beiping, and the exhibits thereto and the annexed memorandum of law and all prior pleadings and proceedings had herein, the Defendant, Shanghai Fareast International Shipping Agency Co. Ltd. ("Shanghai Agency"), appearing by restricted appearance pursuant to Rule E(8) of the

Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules") of the Federal Rules of Civil Procedure ("FRCP"), will move this Court, at a date, time and place to be set by the Court, for an order, pursuant to Supplemental Rule E(4)(f) and FRCP 12(b)(6) to vacate the attachments and dismiss Plaintiff's claim against Shanghai Agency and for further relief as the Court may deem just and proper.

Dated:   New York, New York
         January 30, 2008

                                    NOURSE & BOWLES, LLP
                                    Attorneys for Defendant
                                    SHANGHAI FAREAST INTERNATIONAL
                                    SHIPPING AGENCY CO. LTD.

                                    By: _____
                                    Armand M. Paré, Jr. (AP 8575)
                                    One Exchange Plaza
                                    New York, New York 10006
                                    (212) 952-6200

TO:   LENNON, MURPHY & LENNON, LLC
      Attorneys for Plaintiff
      The Graybar Building
      420 Lexington Avenue
      Suite 300
      New York, NY 10170
      (212) 490-6050