NOURSE & BOWLES, LLP
Attorneys for Defendant
SHANGHAI FAREAST INTERNATIONAL
 SHIPPING AGENCY CO. LTD.
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAVISION SHIPPING COMPANY A/S,          :
                                        :
                    Plaintiff,          :
                                        :   07 Civ. 9517(DC)
           against-                     :
                                        :
YONG HE SHIPPING (HK) LTD., PROSPER     :   **AFFIDAVIT IN SUPPORT OF**
SHIPPING LIMITED, JIANGSU FING          :   **MOTION TO VACATE**
AGENCY LTD., JIANGSU FAREAST            :   **ATTACHMENTS AND DISMISS CLAIM**
INTERNATIONAL SHIPPING AGENCY LTD.,     :
THE OLD EASTERN MEDITERRANEAN CO        :
SA, CHINA MARINE SHIPPING AGENCY        :
TIANJIN COMPANY LTD., LIANYUNGANG       :
FAREAST INTERNATIONAL SHIPPING          :
AGENCY CO. LTD., and SHANGHAI           :
FAREAST INTERNATIONAL SHIPPING          :
AGENCY CO. LTD. a/k/a FEISA,            :
                                        :
                    Defendants.         :
------------------------------------------------------------X

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

    ARMAND M. PARÉ, JR., being duly sworn, deposes and states:

1. I am a member of the bar of this Honorable Court and a member of the firm of Nourse & Bowles, LLP, attorneys for defendant, Shanghai Fareast International Shipping Agency Co. Ltd. ("Shanghai Agency") in this case. I submit this affidavit on behalf of Shanghai Agency's restricted appearance under Supplemental Admiralty Rule E(8) of the Federal Rules of Civil Procedure ("FRCP") to dismiss the claims and attachments against Shanghai Agency under Rule 12(b)(6) of the FRCP.

2. Attached as Exhibit "A" is a declaration made in accordance with 28 U.S. Code § 1746 of Mr. Zhuo Zhonggen of Shanghai Agency, including attachments "1" – "6".

3. Attached as Exhibit "B" is a declaration made in accordance with 28 U.S. Code § 1746 of Ernest Tai Ming Yang, a solicitor expressing opinion on English law, including attachment 1.

4. Attached as Exhibit "C" is a declaration made in accordance with 28 U.S. Code § 1746 of Mr. Chu Beiping, a Chinese attorney, expressing opinions on Chinese law.

5. Attached as Exhibit "D" is the results of a search of Lloyd's Register showing the registered owners of the M/V BRAVE JOHN are Oresteia Shipping Ltd.

6. Attached as Exhibit "E" is a copy of the Second Amended Complaint, including its attached fixtures notes and hire recap.

7. Since 12(b)(6) provides that the Court may also consider a motion to dismiss for failure to state a claim as a motion for summary judgment, attached, as Exhibit "F", is Shanghai Agency's Local Rule 3(g) Statement.

8. Although details are sparse, I or Shanghai Agency have been notified that the following amounts totaling $1,461,992.39 have been attached to date pursuant to Plaintiff's process of attachment in this case:

1) $1,000,000 at the Bank of China, on or about December 24, 2007. (See Exhibit "G").

2) $8,024 at Citibank on or about December 31, 2007. (See Exhibit "H").

3) $187,175.87 at Deutsche Bank on or about January 3, 2008 (see Exhibit "H").

4) $51,492 at Citibank on or about January 15, 2008 (see Exhibit "H").

5) $215,300.52 at Citibank on or about January 15, 2008. (See Exhibit "H").

_____
ARMAND M. PARÉ, JR.

Sworn to before me this
30 day of January, 2008

_____
Notary Public

MARY T. BANNON
Notary Public, State of New York
No. 01BA4785995
Qualified in New York County
Commission Expires February 28, 2010

-3-