# EXHIBIT 1

Foxmail

发件人: Eastern <eastern@tellas.gr>
收件人: agency@feisn-sh.com <agency@feisn-sh.com>
抄送: 'LO EIMOND' <gscc3302@hotmail.com>
主  题: M/V BRAVE JOHN AT SHANGHAI
日  期: 2007-8-7 17:27:00

FROM: THE OLD EASTERN MEDITERRANEAN CO SA

TO: SHANGHAI FAR EAST INT'L SHIPPING AGENCY CO., LTD.

ATT.: MS. VIVI YAN

CC: YONG HE SHIPPING (HK) LTD

ATT.: MR. EDMOND LO

RE: M/V "BRAVE JOHN" -OFFICIAL APPOINTMENT OF YOUR ESTEEMED AGENCY AS PORT
AGENT ACTING ON OUR BEHALF FOR THE PARTICULAR VESSEL'S PORT CALL IN SHANGHAI
   INFORMATION GIVEN AND REQUESTED BEFOREHAND AND PRIOR TO THE IMMINENT
VESSEL'S PORT CALL IN SHANGHAI

Dear Mr.

Further to our telcon, by this writing here is the subsequent official
appointment of your esteemed company in acting as port agents on behalf of
Messrs YONG HE SHIPPING (HK) LTD., for the imminent port call of the M/V
"BRAVE JOHN" in port of SHANGHAI which is expected to be on the 12th of
August late in the evening or the 13th of August early morning hours, always
subject to 'weather permitting'.

THE CARGOES THAT ARE TO BE LOADED ABOARD M/V "BRAVE JOHN" IN SHANGHAI WITH
THE CORRESPONDING SHIPMENT TERMS ARE:

   15,000 MTS BUNDLED STEEL PIGS

Foxmail

2.    1,500 MTS COILS FIOS

3.    1,500 STEEL PIPES FIOS

Following your appointment and in order to avoid any delay wherever practical and in order to be arranged from your side the necessaries to ensure a quick, simultaneous and optimum rate of loading of the SHANGHAI CARGO aboard M/V "BRAVE JOHN", kindly be advised that for the BIG VOLUME OF THE BUNDLED STEEL=THE 12,000 M/T, the vessel will dispose to the local shore labor the forward section of four(4) cargo holds, which on their hatch roaming openings have uniformely A MAXIMUM LENGTH(FORE AND-AFT) OF 19,20 METRES AND A BREADTH(ATHWARTSHIPS) OF 11,01 METRES.

The balance cargo of steel coils and steel pipes can be loaded on the M/V "BRAVE JOHN", SIMULTANEOUSLY with the loading of the 12,000 M/T i.e all the cargoes can be worked SIMULTANEOUSLY.

To cover the uncertainty of, if a loading berth will be immediately available when the vessel have had arrived in SHANGHAI, please confirm IF THE VESSEL ON HER ARRIVAL IN SHANGHAI WOULD HAVE GONE STRAIGHT TO HER DESIGNATED LOADING BERTH FOR THE COMMENCEMENT OF LOADING??????????

In case of affirmative please give a rough estimation of the time needed for the vessel to perform the cargo operations in SHANGHAI once loading actually have been commenced.

We believe that on basis of six(6) shore gangs working, your good agency could be able to dispatch the particular vessel, weather permitting, within two (2) full working days.

Best Regards

TANIA VINATOU