# EXHIBIT 3

Foxmail

发件人: Eastern <eastern@tellas.gr>
收件人: 'VIVI TAN/FEISA' <agency@feisa-sh.com>
抄送: gscc3302@pacific.net.hk <gscc3302@pacific.net.hk>
'LO EDMOND' <gscc3302@hotmail.com>
主 题: RE: MV BRAVE JOHN / TOP URGENT
日 期: 2007-9-27 20:00:33

From: The Old Eastern Mediterranean Co. SA
To: Shanghai Far East
Att : Mrs. Vivi Tan

Re. MV BRAVE JOHN

Dear Mrs. Vivi,

This is to authorize you to release the following original bs/l to the shippers:
BRJSHA001/BRJSHA003/BRJSHA004/BRJSHA012/BRJSHA015/BRJSHA016/BRJSHA017/
BRJSHA018/BRJSHA021/BRJSHA029
Upon release of above bs/l please send copies of the original / signed ones.

As far as the BS/L BRJSHA013 / BRJSHA014 we received satisfactory LOIs but it seems that there are not signed. If you have the signed LOIs please resend if not ask the Shippers to sign them to enable us to release the OBS/L

FINALLY THE BS/L BRJSHA006 & BRJSHA019 & BRJSHA020 WILL NOT BE RELEASED SHIPPERS HAVE TO SIGN A LETTER OF UNDERTAKING TAKING THE FULL RESPONSIBILITY FOR THE DAMAGES CAUSED TO THE COILS LOADED EX XINGANG & EX SHANGHAI. RELEVANT WORDING WILL BE SENT TO YOU WITHIN TODAY.

THANKS AND KIND REGARDS

Tania Vikatou

The Old Eastern Mediterranean Co SA

22, Eolou Street, 175 61 Paleo Faliro,

Athens, Greece

Tel: +30 210 92 100 31

Fax: +30 210 92 100 32

Corporate E-mail: eastern@tellas.gr

3

-----Original Message-----
From: 'VIVI TAN/FEISA' <mailto:agency@feisa-sh.com>

Foxmail

发件人: Eastern <eastern@tellas.gr>
收件人: agency@feisa-sh.com <agency@feisa-sh.com>
抄送: 'LO EDMOND' <gscc3302@hotmail.com>
主 题: RE: MV BRAVE JOHN
日 期: 2007-8-24 17:09:46

From: The Old Eastern Mediterranean Co. SA
To: Shanghai Far East Int'l Shipping
Att.: Mrs. Vivi Tan

Re: MV BRAVE JOHN

With reference your herebelow message and our telcon of earlier today kindly note the following:

1. For the issuance of BS/L to be used PENAVICO NON-TITLE FORM
   Name of Carrier: Yong He Shipping (HK) Ltd
   Signature: "As agents by and on behalf of Master of MV BRAVE JOHN"
2. We agree to issue one Bill of Lading for the Mate receipts
   BRJSHA021/022/023/024/025/026/027/028.

Thanks and kind regards

Tania Vikatou

The Old Eastern Mediterranean Co SA

22, Foinon Street, 175 61 Paleo Faliro,

Athens, Greece

Tel: +30 210 92 100 31

Fax: +30 210 92 100 32

Corporate E-mail: eastern@tellas.gr


-----Original Message-----
From: VIVI TAN/FEISA [mailto:agency@feisa-sh.com]
Sent: Friday, August 24, 2007 6:59 AM
To: Eastern
Cc: 'LO EDMOND'; agency
Subject: Re: MV BRAVE JOHN

Fm:Shanghai Forcast Int'l Shipping Agency
In:The Old Eastern Mediterranean
Cc:Yong He Shipping (HK) Ltd/Mr. Edmond Lo
Ref:VBJ54

Foxmail

发件人: Eastern <eastern@tellas.gr>
收件人: agency@feisa-sh.com <agency@feisa-sh.com>
抄送: 'LO EDMOND' <gsec3302@hotmail.com>
'LO EDMOND' <gsec3302@hotmail.com>
主 题: RE: MV BRAVE JOHN/SHA DRAF/BRJSHA006
日 期: 2007-9-3 20:21:26

Vivi / Costas

Good Day

Pls obtain LOI in original as per below and on receipt of same
kindly release related original B/L BRJSHA006 to shippers.
You are hereby authorized and discharged of responsibility for
your above action.
Thank you for your cooperation.

Regards

Costas Kamateros

The Old Eastern Mediterranean Co SA
22, Eolou Street, 175 61 Paleo Faliro.
Athens, Greece
Tel: +30 210 92 100 31
Fax: +30 210 92 100 32
Corporate E-mail: eastern@tellas.gr


-----Original Message-----
From: VIVI TAN/FEISA [mailto:agency@feisa-sh.com]
Sent: Thursday, August 30, 2007 1:30 PM
To: Eastern
Cc: 'LO EDMOND'
Subject: MV BRAVE JOHN/SHA DRAF/BRJSHA006

To: The Old Eastern Mediterranean Co SA
Fm: Feisa Shanghai
Ref: VRJ74

Gd day, Dear Ms. Lania

Pls find attached file as captioned doc fyc, and cfm if it's in good
order, tks vm.

B.Rgds/Vivi Tan

TEL: +86 21 63647393/63647475
FAX: +86 21 63486543/63647470

(Email 1)

发件人: Eastern <eastern@tellas.gr>
收件人: agency@feisa-sh.com <agency@feisa-sh.com>
抄送: 'LO EDMOND' <gscc3302@hotmail.com>
主 题: FW: MB BRAVE JOHN/BL BRJSHA007
日 期: 2007-8-30 21:19:26
附 件: BRAVE JOHN SHA007 DRAFT BL RV.pdf

From: The Old Eastern Mediterranean Co. SA
To: Shanghai Far East Int'l Shipping
Att.: Mrs. Vivi Tan
Cc: Yong He Shipping (HK) Ltd
Att.: Mr. Edmond Lo

Re: MV BRAVE JOHN BS/L BRJSHA007

ACKNOWLEDGE RECEIPT OF THE REVISED DRAFT OF ABOVE NAMED B/L WITH THE CHANGE OF NOTIFY ADDRESS.

IT IS IN ORDER AND PLEASE PROCEED WITH RELEASE OF THE ORIGINAL TO THE SHIPPERS.

NEEDLESS TO MENTION THAT COPY OF THE ORIGINAL-SIGNED B/L TO BE SENT TO THIS OFFICE UPON RELEASE OF SAME.

THANKS AND KIND REGARDS

Tania Vikatou

The Old Eastern Mediterranean Co SA

22, Solou Street, 175 61 Paleo Faliro,

Athens, Greece

Tel: +30 210 92 100 31

Fax: +30 210 92 100 32

Corporate E-mail: eastern@tellas.gr


-----Original Message-----
From: VIVI TAN/FEISA [mailto:agency@feisa-sh.com]
Sent: Thursday, August 30, 2007 9:35 AM
To: LO EDMOND
Cc: eastern@tellas.gr
Subject: MB BRAVE JOHN/BL BRJSHA007

To: Shanghai Far East Int'l Shipping Agency

Foxmail

发件人: Eastern <eastern@tellas.gr>
收件人: agency@feisa-sh.com <agency@feisa-sh.com>
抄送: 'LO EDMOND' <gsce3302@hotmail.com>
主 题: FW: mv brave john: BRJSHA008/009/010/011
日 期: 2007-8-30 21:37:25
附 件: BRAVE JOHN SHA 008011LOI.pdf

From: The Old Eastern Mediterranean Co. SA
To: Shanghai Far East Int'l Shipping
Att.: Mrs. Vivi Tan
Cc: Yong He Shipping (HK) Ltd
Att.: Mr. Edmond Lo

Re: MV BRAVE JOHN BS/L BRJSHA008/009/010/011

ACKNOWLEDGE RECEIPT OF SATISFACTORY LOIS CONSEQUENTLY PLEASE RELEASE THE ORIGINAL ABOVE NAMED BS/L AS PER DRAFTS YOU HAVE ALREADY FORWARDED TO THIS OFFICE.

UPON RELEASE SEND TO THIS OFFICES COPIES OF ORIGINAL SIGNED ONES.

THANKS AND KIND REGARDS


TANIA VIKATOU

The Old Eastern Mediterranean Co SA

22, Kolou Street, 175 61 Paleo Faliro,

Athens, Greece

Tel: +30 210 92 100 31

Fax: +30 210 92 100 32

Corporate E-mail: eastern@tellas.gr




-----Original Message-----
From: VIVI TAN/FEISA [mailto:agency@feisa-sh.com]
Sent: Thursday, August 30, 2007 9:08 AM
To: Eastern
Cc: eastern@tellas.gr
Subject: Re: mv brave john: BRJSHA008/009/010/011

to Shanghai Far East Int'l Shipping Agency
fm: Old Eastern Mediterranean
c.c.: Yong He Shipping (HK) Ltd/Mr. Edmond Lo

Hotmail

Ref:VBJ72

Gd day, Dear Sirs
Kindly pls find attached file as the revised LOI of B/L NO. BRTSHA008/009/010/011. Pls cfm if we can release these bs/l to shipper against their LOI for clear b/l, tks vm

b.rgds/Vivi
As agent only

------ 2007-08-30 11:34:47 您在来信中写道：------

>ATTN MS VIVI , FM DIAMOND LO
>CC MS TANIA
>
>RE MV BRAVE JOHN -LOAS
>KINDLY NOTE WE HAVE RECEIVED FRT AMT USD 126,675.39 TDAY
>
>PLS KINDLY RELEASE THE BS/L, BRASHA07-11 FOR THE AMT FRT PAID
>
>
>B-RGDS
>

>2 GB 超大容量，简易、高效率，强大安全防护    立即申请 Windows Live Hotmail
>http://mail.live.com

Foxmail

发件人: Eastern <eastern@tellas.gr>
收件人: 'VIVI TAN/FEISA' <agency@feisa-sh.com>
抄送: 'LO EDMOND' <gsrc3302@hotmail.com>
主题: RE: RE: MV BRAVE JOHN / TOP URGENT
日期: 2007-9-28 17:36:10

From: The Old Eastern Mediterranean Co. SA
To: Shanghai Far East
Att.: Mrs. Vivi Tan

Re: MV BRAVE JOHN
Acknowledge receipt of signed LOIs and now are considered satisfactory.

Consequently this is to authorize you to release the original bs/l BRISHA013 & BRISHA011 to the Shippers.

Upon release of same please send copies of original/signed aforementioned bs/l

As far as b/l No. BRISHA006 COULD YOU PLEASE SEND TO ME OUR WRITTEN AUTHORISATION FOR RELEASING SAME AS WELL AS COPY OF THE ORIGINAL SIGNED B/L??????
YOUR REPLY BY RETURN WILL BE HIGHLY APPRECIATED.

As far as the LOI FORMAT for the damages caused at the coils we are still awaiting reply from our P&I CLUB (AS THERE IS NOT ANY STANDARD FORMAT) WE ARE PUSHING THEM TO GIVE US A REPLY AT THEIR SOONEST TO ENABLE THE SHIPPERS TO CHECK AND SIGN THE RELEVANT LOIs.
Hope to revert the soonest possible with the wording of LOI

Thanking you and kind regards


Tonia Vikatou

The Old Eastern Mediterranean Co SA

32, Kolou Street, 175 61 Paleo Faliro.

Athens, Greece

Tel: +30 210 92 100 31

Fax: +30 210 92 100 32

Corporate E-mail: eastern@tellas.gr


-----Original Message-----

Foxmail                                                                                            1

发件人: Eastern <eastern@stellas.gr>
收件人: 'VIVI TAN/FEISA' <agency@feisa.sh.cn>
抄送: 'LO EDMOND' <gscc3302@hotmail.com>
主　题: FW: 答复： mv brave john obsl=BRJSHA019, 020
日　期: 2007-10-11 1:41:55
附　件: pg-2.jpg
pg-1.jpg

From: The Old Eastern Mediterranean Co, SA

To: Shanghai Far East

Att.: Mrs. Vivi Tan

Re: MV BRAVE JOHN B/L NO. BRJSHA019

Dear Mrs. Vivi Tan,

Shippers of aforementioned b/l provided us directly with copy of LOI as per the attached.

Please collect the original LOI AND RELEASE THE ORIGINAL B/L TO THE SHIPPERS.

Upon release of same kindly provide this office with copy of the original signed bill of lading

MV BRAVE JOHN B/L NO. BRJSHA019

Please be advised that upto today Shippers have not signed the requested LOI.

KINDLY INFORM THE SHIPPERS THAT THE CARGO OF THE PARTICULAR B/L WILL NOT BE RELEASED TO THE CONSIGNEES AT ANTWERP UNLESS WE RECEIVE THE LOI SIGNED AND STAMPED BY THE SHIPPERS