# EXHIBIT 4

*Exhibit A*

上海华港国际船舶代理有限公司
CHINA PORTS INTERNATIONAL SHIPPING AGENCY CO.,LTD.

JIANGSU CHENGDE STEEL TUBE SHARE CO., LTD
NO. 1 CHENGDE ROAD, JIANGDU CITY,
JIANGSU PROVINCE 225200, CHINA
TEL/FAX:08005146528055

托运人
Shipper

收货单
MATE'S RECEIPT

| 编号 No. | BRJSHA008 | 船名 S/S | BRAVO JORGE V 7744 |

目的港 SAGUNTO PORT, SPAIN
For

下开完好状况之货物业已收妥无损
Received on board the following goods apparent in good order and condition:

| 标记及号码 Marks & Nos. | 件数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 Net | 毛 Gross |
| | 635 BUNDLE | SHORT SHIPPED 7 BDLS H.88/. | | |
| | | | | |

共计件数（大写）
Total Number of Packages in Writing SAY SIX HUNDRED THIRTY-FIVE BUNDLES ONLY

| 日期 Date | 8.21.2007 | 时间 Time | MASTER REMARK: CARGO CONDITION AS PER CARGO P'S INDEX SURVEYOR REPORT |
| 装入何舱 Stowed | No.4 HOLD | | |
| 实收 Received | 628 BDLS | | |
| 理货员签名 Tallied By | | 大 副 Chief Officer | |

4A

CODE NAME: "CONEGENBILL" EDITION 1994

Shipper

JIANGSU CHENGDE STEEL TUBE SHARE CO., LTD.
NO. 1, CHENGDE ROAD, JIANGDU CITY,
JIANGSU PROVINCE 225200, CHINA
TEL/FAX:00865146528955

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No. BR.TSHA006

Reference No.

Consignee

HERMAGAR, S.A., AVDA. DE CASTILLA 27,
28830 SAN FERNANDO DE HENARES, MADRID, SPAIN

**ORIGINAL**

Notify address

GLOBAL OIL AND GAS PROCUREMENT SERVICES(GOGPS)LIMITED,
63 SHAFTESBURY AVE, KENTON, HARROW MIDDLESEX,
HA3 0RB UNITED KINGDOM

| Vessel | Port of loading |
|---|---|
| BRAVE JOHN V.7T11 | SHANGHAI PORT, CHINA |

Port of discharge

SAGUNTO PORT, SPAIN

| Shipper's description of goods | | Gross weight |
|---|---|---|
| N/M | 628BUNDLES | 1521284KGS |

API 5CT SEAMLESS CASING
API 5CT SEAMLESS CASING FULL LINER
TERM SASGUNTO PORT, SPAIN
GRADE N80 LENGTH: 95PER CENT
12(0, +500MM), 5PER CENT, 9-12M
1.  88.9 X 6.5
2.  88.9 X 7.5
3.  88.9 X 9
4.  101.6 X 9
5.  114.3 X 9
CONTRACT NO: CD20070020
L/C NO: OPB-CI0432631
SAID TO 6598 PIECES

**ON BOARD**

**2 2 AUG 2007**

FREIGHT PREPAID

(Of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)SAY SIX HUNDRED TWENTY-TIGHT BUNDLES ONLY

Freight payable as per
CHARTER-PARTY dated.........................

FREIGHT ADVANCE.
Received on account of freight:

.........................................................

Time used for loading ...............................days ........................... hours.

**SHIPPED** at the Port of loading in apparent good order and
condition on board the Vessel for carriage to the port
of Discharge or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | 上海远东环球国际船舶代理有限公司 <br> SHANGHAI FAR EAST INTERNATIONAL SHIPPING AGENCY CO. LTD. |
| Number of original Bs/L |  |
| THREE | 2 2 AUG 2007 |
| | GENERAL MANAGER |

Printed and sold by
r. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
**Ⓤnion Ⓞcean** Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优利兴

MATE'S RECEIPT

CHANGSHU XINGDAO ADVANCED BUILDING MATERIAL CO., LTD.
DONGBANG INDUSTRIAL PARK ,CHANGSHU,JIANGSU,CHINA

托运人
Shipper: T.86051252687618    F.86051252687610

| 船 名<br>Name of Vessel: | | 航 次<br>Voyage: |
|---|---|---|

| 编 号<br>D/R No.: | 目 的 港<br>Port of Destination: SAGUNTO,SPAIN |
|---|---|

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 质 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 40COILS | HOT-DIP GALVANIZED STEEL SHEET IN COIL | | 513.560MTS |
| | | FREIGHT PREPAID | | |
| | | | 尺 码<br>Measurement | |
| 共 计 件 数 （大 写）<br>Total Number of Packages in Words | | SAY FORTY COILS ONLY | 运费付款方式 （Payment） | |

五 收 货 联

若将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

| 日期<br>Date | 时间<br>Time | MASTER R...... |
|---|---|---|
| 装入河舱<br>Stowed | | CARGO CONDITION ....... |
| 实收<br>Received | | ATTACHED ..... ..... |
| 理货员签名<br>Tallied By | 大副签名<br>Chief Officer | SURVEYOR ..... |

CCDE NAME: "CONEGENBILL" EDITION 1994

Shipper

CHANGSHU XINGDAO ADVANCED BUILDING
MATERIAL CO., LTD.    DONGBANKG INDUSTRIAL
PARK , CHANGSHU, JINAGSU, CHINA
T.86051252687618    F.86051252687610

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No. - BRJSHA007

Reference No.

Consignee

TO THE ORDER

Notify address

HIERROS HONTORIA S.A.

40450 NAVA DE LA ASUNCION( SEGOVIA ),

SPAIN

| Vessel | Port of loading |
|---|---|
| BRAVE JOHN    V.7T11 | SHANGHAI PORT, CHINA |

Port of discharge

SAGUNTO    PORT, SPAIN

ORIGINAL

| Shipper's description of goods | | Gross weight |
|---|---|---|
| N/M           40COILS | HOT-DIP  GALVANIZED  STEEL SHEET IN COIL | N.W.:510.360MTS G.W.:513.560MTS |

CLEAN ON BORAD

1 5 AUG 2007

FREIGHT PREPAID

SAY TOTAL FORTY COILS ONLY

(Of which                on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

reight payable as per
CHARTER-PARTY dated..................................................................................

REIGHT ADVANCE.
:eceived on account of freight:

.............................................................................

ime used for loading ...........................days ..................................... hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value Unknown.

IN WITNESS  where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | SHANGHAI 1 5 AUG 2007 |
| Number of original Bs/L | Signature |
| THREE | AS AGENTS BY AND ON BEHALF OF MASTER OF MV BRAVE JOHN |

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO. LTD

inted and sold by
. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k.
letac 45 33 93 1184
authority of The Baltic and International Maritime Council

Ⓤnion
Ⓞcean

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优 利 兴
MATE'S RECEIPT

托运人
Shipper: NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA.

船 名
Name of Vessel: _____    航次
Voyage: _____

编 号
D/R No.: _____    目 的 港
Port of Destination: SAGUNTO PORT, SPAIN

| 标 记 及 号 码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤 Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 16 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 159.26 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺 码<br>Measurement | |
| 共 计 件 数（大 写）：<br>Total Number of Packages in Words | | SAY SIXTEEN COILS ONLY | 运费付款方式 （Payment) | |

五 收 货 联

按将上述完好状况之货物装船后盖善收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date: _____    时间
Time: _____

积载
Stowed: _____

收货
Received: _____

理货
Tallied By: _____    大副签名
Chief Officer: _____

CODE NAME: "CONEGENBILL" EDITION 1994

Shipper

NINGBO NINGSHING INTERNATIONAL INC

17TH FLOOR TIANNING MANSION 138

ZHONGSHAN WEST ROAD

NINGBO, CHINA.

TO THE ORDER OF CREDIT SUISSE, ZURICH

Notify address

CVACEROS AG

BAARERSTRASSE 12

6300 ZUG

SWITZERLAND

| | | **BILL OF LADING** | B/L No. | BRJSHA008 |
| | | TO BE USED WITH CHARTER-PARTIES | Reference No. | |

Vessel
BRAVE JOHN   V.7T11

Port of loading
SHANGHAI PORT, CHINA

Port of discharge
SAGUNTO PORT, SPAIN

ORIGINAL

Shipper's description of goods                                                                 Gross weight

N/M                16COILS          PREPAINTED HOT-DIP ZINC-COATED          GROSS WEGHT: 159.260 MT
                                    STEEL COILS                              NET WEIGHT: 158.445 MT

CLEAN ON BOARD
FREIGHT PREPAID     2 2 AUG 2007

SAY TOTAL SIXTEEN (16)COILS ONLY

(Of which                     on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated...................................................................

FREIGHT ADVANCE.
Received on account of freight:

.............................................

Time used for loading ...................................days ...................................hours.

**SHIPPED** at the Port of loading in apparent good order and
condition on board the Vessel for carriage to the port
of Discharge or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
Unknown.
IN WITNESS  where of the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue SHANGHAI   2 2 AUG 2007 |
| Number of original Bs/L THREE | Signature AS AGENTS BY AND ON BEHALF OF MASTER OF MV BRAVE JOHN: 上海远东环球国际船舶代理有限公司 SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD. |

Printed and sold by
Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
tic 45 33 93 1184
Authority of The Baltic and International Maritime Council
(BIMCO), Copenhagen

上海 优利兴 国际货运代理有限公司
Ⓤnion Ⓞcean  Shanghai Union Ocean Shipping Co.,Ltd.

收货单

优利兴

MATE'S RECEIPT

| 托运人<br>Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA. | | |
|---|---|---|---|
| 船 名<br>Name of Vessel: | BRAVE JOHN | 航次<br>Voyage: | |
| 编 号<br>D/R No.: | | 目的港<br>Port of Destination: | SAGUNTO PORT, SPAIN |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净重<br>Net Weight | 毛重<br>Gross Weight |
| N/M | 22 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS<br>SHORT SHIPPED 1 COIL / 9.305<br><br><br>FREIGHT PREPAID | | 207.85 MT |
| | | | 尺 码<br>Measurement | |
| 共 计 件 数（大写）：<br>Total Number of Packages in Words | SAY TWENTY TWO COILS ONLY | | 运费付款方式 (Payment) | |

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 08-25, 2007 | 时间<br>Time | MASTER REMARK |
|---|---|---|---|
| 装人何物<br>Stowed | No.1 HUD | | CARGO CONDITION AS PER ATTACHED |
| 实收<br>Received | 21 COILS | | PH1 CLAN SUPPLE REPORT |
| 理货签名<br>Tallied By | | 大副签名<br>Chief Officer | |

CODE NAME: "CONEGENBILL" EDITION 1994

Shipper

**BILL OF LADING**    B/L No.
TO BE USED WITH CHARTER-PARTIES    BRJSHA009
Reference No.

NINGBO NINGSHING INTERNATIONAL INC

17TH FLOOR TIANNING MANSION 138

ZHONGSHAN WEST ROAD

NINGBO, CHINA

Consignee

TO THE ORDER OF CREDIT SUISSE, ZURICH

Notify address

CVACEROS AG

BAARERSTRASSE 12

6300 ZUG

SWITZERLAND

Vessel                              Port of loading

**BRAVE JOHN   V.7T11**        SHANGHAI PORT, CHINA

Port of discharge

SAGUNTO PORT, SPAIN

**ORIGINAL**

Shipper's description of goods                                    Gross weight

N/M         21COILS       PREPAINTED HOT-DIP ZINC-COATED      GROSS WEGHT: 198.545 MT
                          STEEL COILS                         NET WEIGHT: 197.485 MT

CLEAN ON BOARD   **2 2 AUG 2007**
FREIGHT PREPAID

SAY TOTAL TWENTY ONE (21) COILS ONLY

(Of which ............ on deck at Shipper's risk: the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated.............

FREIGHT ADVANCE.
Received on account of freight:

.................................................

Time used for loading ...................days ................... hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue   **2 2 AUG 2007** |
|---|---|
|  | SHANGHAI |
| Number of original Bs/L | Signature |
| THREE | AS AGENTS BY AND ON BEHALF OF MASTER OF M/V BRAVE JOHN |

Printed and sold by
T. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
telefon 45 33 93 1184

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

# Union Ocean

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
## Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优 利 兴

MATE'S RECEIPT

| | |
|---|---|
| 托运人 Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA. |
| 船 名 Name of Vessel: | BRAVE JOHN |
| V. 航 次 Voyage: | |
| 编 号 D/R No.: | CUBSH2010 |
| 目 的 港 Port of Destination: | SAGUNTO PORT, SPAIN |

| 标 记 及 号 码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 38 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 360.055 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺 码 Measurement | |
| 共 计 件 数 (大 写) Total Number of Packages in Words | | SAY THIRTY EIGHT COILS ONLY | 运费付款方式 (Payment) | |

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| | | | |
|---|---|---|---|
| 日期 Date | 16-10.2007 | 时间 Time | MASTER RE MARKS |
| 装入仓位 Stowed | NO.4 HOLD | | CARGO CONDITION AS PER ATTACHED |
| 实收 Received | 38 COILS | | P+I CLUBS CERTIFICATE ATTACHED |
| 理货签名 Tallied By | | 大副签名 Chief Officer | |

ODE NAME: "CONEGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.

Reference No.

BRJSHA010

hipper

NINGBO NINGSHING INTERNATIONAL INC

17TH FLOOR TIANNING MANSION 138

ZHONGSHAN WEST ROAD

NINGBO, CHINA.

insignee

TO THE ORDER OF CREDIT SUISSE, ZURICH

tify address

CVACEROS AG

BAARERSTRASSE 12

6300 ZUG

SWITZERLAND

ssel

**BRAVE JOHN   V.7T11**

Port of loading

SHANGHAI PORT, CHINA

t of discharge

SAGUNTO PORT, SPAIN

**ORIGINAL**

pper's description of goods

Gross weight

N/M          38COILS          PREPAINTED HOT-DIP ZINC-COATED
STEEL COILS

GROSS WEGHT: 360.055 MT
NET WEIGHT: 358.155 MT

CLEAN ON BOARD
FREIGHT PREPAID    **2 2 AUG 2007**

SAY TOTAL THIRTY EIGHT (38) COILS ONLY

(Of which                          on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

ght payable as per
ARTER-PARTY dated...............

IGHT ADVANCE.
eived on account of freight:

.............................................

e used for loading ...................days ...................hours.

**SHIPPED**    at the Port of loading in apparent good order and
condition on board the Vessel for carriage to the port
of Discharge or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | SHANGHAI  2 2 AUG 2007 |
| Number of original Bs/L | Signature |
| THREE | AS AGENTS BY AND ON BEHALF OF MASTER OF MV BRAVE JOHN |

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

nd and sold by
Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
ac 45 33 93 1184
thority of The Baltic and International Maritime Council

Ⓤnion Ⓞcean

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优 利 兴
MATE'S RECEIPT

| | |
|---|---|
| 托运人<br>Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA. |
| 船 名<br>Name of Vessel: | BRAVE STAR | 航 次<br>Voyage: |
| 编 号<br>D/R No.: | BRF08AED07 | 目 的 港<br>Port of Destination: SAGUNTO PORT, SPAIN |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 39 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 413.715 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺 码<br>Measurement | |
| 共 计 件 数（大 写）<br>Total Number of Packages in Words | | SAY THIRTY NINE COILS ONLY | 运费付款方式（Payment） | |

该将上述完好状况之货物装船后带签署收货单
Receive on board the abovementioned goods apparent in good order and condition. sign the accompanying receipt for the same

| | | | |
|---|---|---|---|
| 日期<br>Date | | 时间<br>Time | MASTER REMARK |
| 装入何舱<br>Stowed | | | CARGO CONDITION 按货物理货交收 |
| 实收<br>Received | | | PTF CLUB WEAKING POINT |
| 理货签名<br>Tallied By | | 大副签名<br>Chief Officer | |

CODE NAME: "CONEGENBILL" EDITION 1994

Shipper

NINGBO NINGSHING INTERNATIONAL INC
17TH FLOOR TIANNING MANSION 138
ZHONGSHAN WEST ROAD
NINGBO, CHINA.

TO THE ORDER OF CREDIT SUISSE, ZURICH

Notify address

CVACEROS AG
BAARERSTRASSE 12
6300 ZUG
SWITZERLAND

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.  BRJSHA011

Reference No.

| Vessel | Port of loading |
|---|---|
| BRAVE JOHN   V.7T11 | SHANGHAI PORT, CHINA |

Port of discharge

SAGUNTO PORT, SPAIN

**ORIGINAL**

| Shipper's description of goods | | | Gross weight |
|---|---|---|---|
| N/M | 39COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | GROSS WEIGHT: 413.715 MT  NET WEIGHT: 411.670 MT |

CLEAN ON BOARD    2 2 AUG 2007
FREIGHT PREPAID

SAY TOTAL THIRTY NINE (39) COILS ONLY

(Of which                          on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated...................................................

FREIGHT ADVANCE.
Received on account of freight:

..............................................................

Time used for loading ........................days .....................hours.

**SHIPPED** at the Port of loading in apparent good order and
condition on board the Vessel for carriage to the port
of Discharge or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue  SHANGHAI    2 2 AUG 2007 |
|---|---|
| Number of original Bs/L  THREE | Signature  AS AGENTS BY AND ON BEHALF OF MASTER 宁波宁兴国际船舶代理有限公司  SHANGHAI EAST INTERNATIONAL SHIPPING AGENCY CO., LTD. |

Printed and sold by
F.G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k.



上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD

| 托运人 Shipper | | 收　货　单 MATE'S RECEIPT | |
| 编号 No. | BRJSHA012 | 船名 S/S | BRAVE JOHN V.7111 |
| 目的港 For | LA SPEZIA,ITALY | | |

下开无好执兄之货物业已收受无损
Receive on board the following goods apparent in good order and condition:

| 注 记 反 号 码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 Net | 毛 Gross |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 共 计 件 数 （大写） Total Number of Packages in Writing | | | | |

| 日期 Date | | 时间 Time | | |
| 装 载 Stowed | | | | |
| 收 讫 Received | | | | |
| 理货员签字 Tallied By | | 大 副 Chief Officer | | |

| Shipper | | B/L No. | BRJSHA012 |
| --- | --- | --- | --- |

**Shipper**

HUBEI XIN YEGANG CO., LTD.
HUANGSHI HUBEI, CHINA

**BILL OF LADING**

**Nationality of Ocean Vessel**

**Consignee**

TO THE ORDER

CARRIER: YONG HE SHIPPING (HK) LTD.

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Notify Address**

DIEMME TRADE S.R.L.

C.SO MAZZINI, 51-26100 CREMONA(ITALY)

| Pre-carriage by | *Place of Receipt by Pre-carrier |
| --- | --- |

**Ocean Vessel** BRAVE JOHN   V.7T11    **Port of Loading** SHANGHAI PORT OF CHINA

*Original*

| Port of Discharge LA SPEZIA, ITALY | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L THREE |
| --- | --- | --- | --- |

| Marks & Nos  /Container Nos | Number and kind of packages,description of goods | Gross weight kgs | Measurement m³ |
| --- | --- | --- | --- |
| N/M | 174BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBES<br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br>2 2 AUG 2007 | 486.810MT | |

Particulars Furnished by Merchants

| TOTAL PACKAGES (IN WORDS) | SAY ONE HUNDRED AND SEVENTY-FOUR BUNDLES ONLY. |
| --- | --- |

| Freight and charges | Place of B (S)/L Issue | Dated |
| --- | --- | --- |
| | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN
GENERAL MANAGER

Ⓤnion Ocean

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优 利 兴

MATE'S RECEIPT

托运人
Shipper:
JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD.
NO.297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVINCE,CHINA

船　名
Name of Vessel:　BRAVE JOHN

航　次
Voyage:　7T11

编　号
D/R No:　BRJSHA013

目 的 港
Port of Destination:　LA SPEZIA,ITALY

| 唛 记 及 号 码<br>Marks & Nos. | 件 数<br>Quantity | 货　　　名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N*M | 23BUNDLES | HOT ROLLED ROUND BARS,<br>BALL BEARING STEEL | | 52.830MT |

总 计 中 文 大 写
Total Number of Packages in Words
SAY TWENTY THREE BUNDLES ONLY

尺 码
Measurement

运 费 付 款 方 式 (Payment)
FREIGHT PREPAID

我 轮 已 装 受 myth 货 品 表 面 状 况 良 好，并 签 署 收 货 单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date

时间
Time

积载
Stowed

理货
Received

L.F.S.C.

大 副 签 名
Chief Officer

NO.297, BINJIANG(E) ROAD, JIANGYIN CITY, JIANGSU PROVINCE, CHINA

Consignee

TO ORDER

Notify Address

FERROSTAAL METALS GMBH
HOHENZOLLERNSTRASSE 24
D-45128 ESSEN GERMANY

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier |
| --- | --- |
| BRAVE JOHN V.7T11 | Port of loading SHANGHAI, CHINA |
| LA SPEZIA, ITALY | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B/L THREE |

| Marks & Nos. / Container Nos. | Number and kind of packages; description of goods | Gross weight kgs | Measurement m³ |
| --- | --- | --- | --- |
| N/M | 23BUNDLES<br><br>HOT ROLLED ROUND BARS<br>BALL BEARING STEEL<br>ORDER NUMBER：551-07-22452<br><br>AGENTS IN LA SPEZIA:<br>GIORDO SRL LA SPEZIA<br>FILIALE DELLA SPEZIA, VIALE ITALIA 121<br>19124 LA SPEZIA, ITALY<br>TEL: 0039 0187 021066 / 518242<br>FAX: 0039 0187 738185<br>EMAIL: LASPEZIA@GIORDO.IT<br><br>FREIGHT PREPAID | 52.830MT | |

ON BOARD

2 2 AUG 2007

| TOTAL PACKAGES (IN WORDS) | SAY TWENTY-THREE BUNDLES ONLY |
| --- | --- |

Freight and charges

Place of B(s)/L Issue

SHANGHAI

Dated

2 2 AUG 2007

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAR EAST INTERNATIONAL SHIPPING AGENCY CO., LTD.
AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

(PGC FORM 02) Printed in 1 - 1988

上 海 优 利 兴 国 际 H    代 理 有 限 公 司
Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优 利 兴

MATE'S RECEIPT

| 托运人<br>Shipper: | JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD.<br>NO 297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVINCE,CHINA |
|---|---|

| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | 7T11 |
|---|---|---|---|
| 编 号<br>D/R No.: | BRJSHA014 | 目 的 港<br>Port of Destination | LA SPEZIA |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 容<br>Description of Goods | 名<br> | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|---|
| | | | | 净 量<br>Net Weight | 毛 量<br>Gross Weight |
| N/M | 20BUNDLES | HOT ROLLED ROUND BARS,<br>BALL BEARING STEEL | | | 44.318MT |

尺 码
Measurement

SAY TWENTY BUNDLES ONLY

送 货 号 款 分 人 (Payment)
FREIGHT PREPAID

总 件 数 大 写 号 码
Total Number of Packages in Words

Receive on board the above-mentioned goods apparent in good order and condition, sign the accompanying receipt for the same.

| 日 期<br>Date: | | 时间<br>Time | |
|---|---|---|---|
| 积 载 处<br>Stowed | | | |
| 收到<br>Received | | | |
| 积 载 处<br>Stowed | | 大 副<br>Chief Officer | |

Consignee

TO ORDER

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated)·the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

Notify Address

FERROSTAAL METALS GMBH
HOHENZOLLERNSTRASSE 24
D-45128 ESSEN GERMANY

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

| Pre-carriage by | * Place of Receipt by Pre-carrier |
|---|---|

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

| BRAVE JOHN V.7T11 | Port of SHANGHAI, CHINA |
|---|---|

**Original**

| LA SPEZIA, ITALY | * Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)L THREE |
|---|---|---|---|

| Marks & Nos. / Container Nos. | Number and kind of packages; description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 20BUNDLES<br><br>HOT ROLLED ROUND BARS<br>BALL BEARING STEEL<br>ORDER NUMBER:551-07-22452<br><br>AGENTS IN LA SPEZIA:<br>GIORDO SRL LA SPEZIA<br>FILIALE DELLA SPEZIA, VIALE ITALIA 121<br>19124 LA SPEZIA, ITALY<br>TEL: 0039 0187 021066 / 518242<br>FAX: 0039 0187 738185<br>EMAIL: LASPEZIA@GIORDO.IT<br><br>FREIGHT PREPAID | 44.318MT<br><br>**ON BOARD**<br>1 5 AUG 2007 | |
| | SAY TWENTY BUNDLES ONLY | | |

TOTAL PACKAGES (IN WORDS)

| Freight and charges | Place of B(s)/L Issue | Dated |
|---|---|---|
| | SHANGHAI | 1 5 AUG 2007 |

Signed for the Carrier 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.
AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

Particulars Furnished by Merchants

(PGC FORM 02) Printed in 1 - 1988

**EISA** 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD

托运人
Shipper _____

收 货 单
**MATE'S RECEIPT**

编号
No. _____        船名
S/S _____

目的港
For ___LA SPEZIA ITALY_____

下开无粉状况之货物业已收安无误
Receive on board the following goods apparent in good order and condition:

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| | | | | |

共计件数（大写）
Total Number of Packages in Writing _____

日期
Date _____        时间
Time _____

装入舱位
Stowed _____

已收
Received _____

理货签名
Tallied By _____        大副
Chief Officer _____

HUBEI ZHONG GU SPECIAL STEEL CO.
316 HUANGSHI AVENUE HUANGSHI HUBEI CHINA


Nationality of Ocean Vessel

| Consignee | CARRIER: YONG HE SHIPPING (HK) LTD. |
|---|---|

TO THE ORDER OF BANCA POPOLARE DI MILANO

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto  as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of  the Bill of  Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers  are  requested  to  note  Particularly  the  exceptions  and conditions of this Bill of Lading with reference to  the  validity of  the insurance upon their goods.

**Notify Address**
EUSIDER SPA
VIA PER ROGENO FRAZ. BRENNO DELLA
TORRE – 23845 COSTAMASNAGA LECCO ITALY

| Pre-carriage by | *Place of Receipt by Pre-carrier |
|---|---|

| Ocean Vessel BRAVE JOHN   V.7T11 | Port of Loading SHANGHAI PORT IN CHINA | Original |
|---|---|---|

| Port of Discharge LA SPEZIA | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L THREE |
|---|---|---|---|

| Marks & Nos  /Container Nos | Number and kind of packages, description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 133BUNDLES

HOT ROLLED SEAMLESS STEEL TUBE



FREIGHT PREPAID
CLEAN ON BOARD
2 2 AUG 2007 | 372.287MT | |

| TOTAL  PACKAGES  (IN WORDS) | SAY ONE HUNDRED AND THIRTY-THREE BUNDLES ONLY. |
|---|---|

| Freight and charges | Place of B (S)/L Issue  SHANGHAI | Dated  2 2 AUG 2007 |
|---|---|---|

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.
AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*)  Applicable only when document used as a Through Bill of Lading

(PSC FORM  02  Printed in 1-1968)

Particulars Furnished by Merchants

上海远东环球国际船舶代理有限公司
EISA SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

托运人 HUBEI XIN YEGANG CO., LTD.
Shipper

收货单
MATE'S RECEIPT

编号 BRJSHA016    船名 BRAVE JOHN V.7T11
No.                 S/S

目的港 LA SPEZIA, ITALY
For

下开完好状况之货物业已收妥无损
Receive on board the following goods apparent in good order and condition:

| 标记及号码 Marks & Nos. | 件数 Quantity | 货    名 Description of Goods | 重量公斤 Weight kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| | | | | |

共计件数（大写）
Total Number of Packages in Writing

| 日期 Date | 05-, 2007 | 时间 Time | MASTER REMARK: |
| 装货 Stowed | | | CARGO CONDITION AS PER |
| 收讫 Received | | | ATTACHED P/L AS PER SURVEYOR |
| 理货员 Tallied By | | Chief Officer | |

**BILL OF LADING**

Nationality of Ocean Vessel

HUBEI XIN YEGANG CO., LTD.

316 HUANGSHI AVENUE HUANGSHI HUBEI CHINA

| Consignee | CARRIER: YONG HE SHIPPING (HK) LTD. |
|---|---|

TO THE ORDER OF BANCA POPOLARE DI MILANO

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address

EUSIDER SPA

VIA PER ROGENO FRAZ. BRENNO DELLA

TORRE – 23845 COSTAMASNAGA LECCO ITALY

| Pre-carriage by | *Place of Receipt by Pre-carrier |
|---|---|

| Ocean Vessel BRAVE JOHN   V.7T11 | Port of Loading SHANGHAI PORT IN CHINA | *Original* |
|---|---|---|

| Port of Discharge LA SPEZIA | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L THREE |
|---|---|---|---|

| Marks & Nos /Container Nos | Number and kind of packages, description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 4BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBE<br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br>2 2 AUG 2007 | 10.320MT | |

Particulars Furnished by Merchants

| TOTAL PACKAGES (IN WORDS) | SAY FOUR BUNDLES ONLY. |
|---|---|

| Freight and charges | Place of B (S)/L Issue | Dated |
|---|---|---|
| | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

EISA 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD

| 托运人 Shipper | | 收 货 单 |
| --- | --- | --- |
| | | MATE'S RECEIPT |

| 编号 No. | BRJSBA07 | 船名 S/S | BRAVE JOHN V.7TH |
| --- | --- | --- | --- |

目的港 For    LA SPEZIA, ITALY

于 月 兑 付 状 况 之 货 物 业 已 运 妥 无 损
Receive on board the following goods apparent in good order and condition:

| 标 记 及 号 码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 Net | 毛 Gross |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 共计件数（大写） Total Number of Packages in Writing | | | | |

| 日 期 Date | 05-27, 2007 | 时 间 Time | |
| --- | --- | --- | --- |
| 装 入 何 舱 Stowed | No. 2 HLD | | |
| 收 到 Received | 44 BXS | | |
| 理货签字 Tallied By | | 大 副 Chief Officer | |

316 HUANGSHI AVENUE HUANGSHI HUBEI CHINA

Consignee

TO THE ORDER

CARRIER: YONG HE SHIPPING (HK) LTD.

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

Notify Address

EUSIDER SPA

VIA PER ROGENO FRAZ. BRENNO DELLA

TORRE - 23845 COSTAMASNAGA LECCO ITALY

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

| Pre-carriage by | *Place of Receipt by Pre-carrier |
|---|---|

| Ocean Vessel BRAVE JOHN   V.7T11 | Port of Loading SHANGHAI PORT IN CHINA | **Original** |
|---|---|---|

| Port of Discharge LA SPEZIA | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of orginal B(s)/L THREE |
|---|---|---|---|

| Marks & Nos  /Container Nos | Number and kind of packages,description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 44BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBE<br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br>2 2 AUG 2007 | 112.792MT | |

Particulars Furnished by Merchants

| TOTAL PACKAGES (IN WORDS) | SAY FORTY-FOUR BUNDLES ONLY. | | |
|---|---|---|---|

| Freight and charges | Place of B (S)/L Issue | Dated |
|---|---|---|

SHANGHAI        2 2 AUG 2007

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

(PGC FORM 02) Printed in 1-1988

**EISA** 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

| 托运人<br>Shipper | SHENGYU YUGANG CO. LTD. | | 收　货　单<br>**MATE'S RECEIPT** | | |
|---|---|---|---|---|---|
| 编号<br>No. | BRJSHA018 | 船名<br>S/S | BRAVE JOHN V.7T11 | | |
| 目的港<br>For | LA SPEZIA, ITALY | | | | |

下开完好装载之货物业已收受无损
**Receive on board the following goods apparent in good order and condition:**

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净重<br>Net | 毛重<br>Gross |
| | | | | |

共计件数（大写）
**Total Number of Packages in Writing**

| 日期<br>Date | | 时间<br>Time | |
|---|---|---|---|
| 装入舱位<br>Stowed | | | |
| 收　收<br>Received | | | |
| 理货签字<br>Tallied By | | 大　副<br>Chief Officer | |

ZZ DESCONOCIDO HUANGSHI

CARRIER: YONG HE SHIPPING (HK) LTD.

Consignee

TO THE ORDER OF PROVEEDORA DE TUBOS OCCIDENTAL SL GIRONA NUM 18 (PG IND. 'L'EMPALME') 43713 SANT JAUME DELS DOMENYS ESPANA

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being.accomplished, the others to stand void.

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address

PROVEEDORA DE TUBOS OCCIDENTAL SL

GIRONA NUM 18 (PG IND. 'L'EMPALME')

43713 SANT JAUME DELS DOMENYS ESPANA

| Pre-carriage by | *Place of Receipt by Pre-carrier | | |
|---|---|---|---|
| BRAVE JOHN   V.7T11 | Port of Loading SHANGHAI PORT OF CHINA | | Original |
| Port of Discharge LA SPEZIA/ITALY | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L THREE |
| Marks & Nos /Container Nos | Number and kind of packages,description of goods | Gross weight kgs | Measurement m³ |
| N/M | 94BUNDLES | 254.770MT | |
| | HOT ROLLED SEAMLESS STEEL TUBE CREDIT NUMBER:0848DCRE0000038 | | |
| | FREIGHT PREPAID CLEAN ON BOARD 2 2 AUG 2007 | | |
| TOTAL PACKAGES (IN WORDS) | SAY NINETY-FOUR BUNDLES ONLY. | | |

Particulars Furnished by Merchants

| Freight and charges | Place of B (S)/L Issue SHANGHAI | Dated 2 2 AUG 2007 |
|---|---|---|
| | Signed for the Carrier 上海远东环球国际船舶代理有限公司 SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO.,LTD. AS AGENTS BY AND ON BEHALF OF MASTER OF MV BRAVE JOHN GENERAL MANAGER | |

*) Applicable only when document used as a Through Bill of Lading

(PGC FORM 02) Printed in 1-1988

*Exhibit B*

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**

HANGSU YUANG STEEL PIPE CO., LTD.
YUCI, WEXI, HANGSU, P R. CHINA
TEL +86-510-380777 FAX +86-510-3880777

收 货 单
**MATE'S RECEIPT**

| 托运人<br>Shipper: | |
|---|---|
| 船 名<br>Name of Vessel: | PEARL JOHN | 航 次<br>Voyage: | 7111 |
| 编 号<br>D/R NO.: | BEISPA901 | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br><br>Marks & Nos. | 件　数<br><br>Quantity | 货　名<br><br>Description of Goods | 重量 公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| C.Y | 244<br>BUNDLES | PRIME QUALITY NEWLY PRODUCED SELF<br>COULOUR (BLACK) SQUARE AND<br>RECTANGULAR COLD FINISED HOLLOW<br>SECTION | | 519,950K |
| | | SAY TWO HUNDRED AND THIRTY FOUR BUNDLES | 收 码<br>Measurement | |
| 共计件数（大写）：<br>Total Number of Packages in Words | | | 运费付款方式 (Payment)<br>FREIGHT COLLECT | |

五、
收货联

据称上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition. sign the accompanying receipt for the same

| 日 期<br>Date | | 时 间<br>Time | |
|---|---|---|---|
| 装入何处<br>Stowed | ABT. HOLD | | |
| 签 收<br>Received | | | |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

| 通 知 人<br>Notify Party: | |
|---|---|
| 收 货 人<br>Consignee: | |

4 B

JIANGSU, 214183 P. R. CHINA

**Consignee**

TO THE ORDER

**Notify address**

AROSTEEL SRL
VIA CECATI N. 3
42100 REGGIO EMILIA (RE)

**Vessel** BRAVE JOHN V. 7T11        **Port of loading** SHANGHAI PORT, CHINA

**Port of discharge** LA SPEZIA, ITALY

ORIGINAL

**Shipper's description of goods**                                    **Gross weight**

N/M          234          PRIME QUALITY NEWLY PRODUCED SELF        519.920MT
             BUNDLES      COLOUR (BLACK) SQUARE AND
                          RECTANGULAR COLD FINISHED HOLLOW
                          SECTIONS IN QUALITY S355J2H
                          COMPLYING WITH THE EUROPEAN
                          STANDARD SPECIFICATION EN 10219
                          CLEAN ON BOARD  2 2 AUG 2007

SAY TWO HUNDRED AND THIRTY FOUR BUNDLES ONLY.        FREIGHT PAYABLE AT DESTINATION
                                                     COLLECT.

(Of which ........................ on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

**Freight payable as per**
**CHARTER-PARTY** dated................................

**FREIGHT ADVANCE.**
**Received on account of freight:** ............

Time used for loading ........................days ........................ hours.

**SHIPPED** at the Port of loading in apparent good order and
condition on board the Vessel for carriage to the port
of Discharge or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| **Freight payable at** | **Place and date of issue** SHANGHAI |
|---|---|
| **Number of original Bs/L**  THREE | **Signature** 上海远东环球国际船舶代理有限公司 SHANGHAI FAR EAST INTERNATIONAL SHIPPING AGENCY CO., LTD. |

2 2 AUG 2007

GENERAL MANAGER
AS AGENTS BY AND ON BEHALF O
MASTER OF MV BRAVE JOHN

Printed and sold by
Ft. G. Knudzons Bøgtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
Telefax 45 33 93 1184
by authority of The Baltic and International Maritime Council
(BIMCO), Copenhagen.

上 海 瀚 翎 · 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**

WUXI WUJIN PRECISE STEEL PIPE CO.,LTD.
WUXI, WUXI, JIANGSU P.R.CHINA
TE:+86-510-83977711 FAX:+86-510-83980071

收 货 单
**MATE'S RECEIPT**

| 托运人<br>Shipper : | | | | |
|---|---|---|---|---|
| 船 名<br>Name of Vessel : | BRAVE JOHN | | 航 次<br>Voyage : | 7113 |
| 编 号<br>D/R NO. : | UBESHA/02 | | 目 的 港<br>Port of Destination : | LA SPEZIA, ITALY |

| 标记及号码<br><br>Marks & Nos . | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 971<br>PACKAGES | HOLLOW SECTIONS | | 129040.000 |
| | | | 状 码<br>Measurement | |
| | | SAY NINE HUNDRED AND SEVENTY ONE PACKAGES | | |
| 总 计 件 数 ( 大 写 ) :<br>Total Number of Packages in Words | | | 运费付款方式 (Payment)<br>FREIGHT PREPAID | |

五
、
收
货
联

证明上述完好状况之货物装船后签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 02-21 2007 | 时间<br>Time | MASTER REMARKS |
|---|---|---|---|
| 装入何处<br>Stowed | S/H | | |
| 实 收<br>Received | 971 PKGS | | |
| 理货员签名<br>Tallied By | ISLA | 大副签名<br>Chief Officer | |

| 通知人<br>Notify Party | |
|---|---|
| 收货人<br>Consignee | |

TEL: +86-510-3897771 FAX: +86-510-3889771

**Consignee**

TO THE ORDER OF ARO STEEL S. R. L.

**Notify address**

AROSTEEL S. R. L.
VIA CAVOUR, 39
43100 PARMA, ITALY

| Vessel | Port of loading |
|---|---|
| BRAVE JOHN V.7T11 | SHANGHAI PORT, CHINA |

**Port of discharge**

LA SPEZIA, ITALY

**ORIGINAL**

| Shipper's description of goods | | Gross weight |
|---|---|---|
| N/M | 971 BUNDLES | 2239.314MT |

PRIME QUALITY NEWLY PRODUCED SELF
COLOUR (BLACK) SQUARE AND
RECTANGULAR COLD FINISHED HOLLOW
SECTION IN QUALITY S355J2H COMPLYING
WITH THE EUROPEAN STANDARD SPECIFICATIONS
EN 10219
CLEAN ON BOARD 2 2 AUG 2007

SAY NINE HUNDRED AND SEVENTY ONE BUNDLES ONLY

FREIGHT COLLECT

(Of which ........................ on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY dated...............................

FREIGHT ADVANCE.
Received on account of freight: ...................

Time used for loading ...................days ...................hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | SHANGHAI |
| **Number of original Bs/L** | Signature |
| THREE | 上海远东环球国际船舶代理有限公司 SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO |

Printed and sold by
Fr. G. Knutzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copennagen k,
Teletac 45 33 93 1184
by authority of The Baltic and International Maritime Council
(BIMCO), Copenhagen.

2 2 AUG 20
GENERAL MANA

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**
WUXI YUHONG PRECISE STEEL PIPE CO.,LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE：+86-510-3897771 FAX:+86-510-3889771

收 货 单
**MATE'S RECEIPT**

| 托运人<br>Shipper: | | | | |
|---|---|---|---|---|
| 船 名<br>Name of Vessel: | BRAVE JOHN | | 航 次<br>Voyage: | 7111 |
| 编 号<br>D/R NO.: | BRJSHA004 | | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 栈记及号码<br><br>Marks & Nos. | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| S/M | 1076<br>BUNDLES | HOLLOW SECTIONS | | 2522,384NT |
| | | | 状 码<br>Measurement | |
| | | SAY ONE THOUSAND SEVENTY SIX BUNDLES | 运费付款方式 (Payment) | |

总 计 件 数（大写）
**Total Number of Packages in Words**

兹将上述完好状况之货物装船后请签署收货单
**Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same**

| 日期<br>Date | 08-20, 2007 | 时间<br>Time | |
|---|---|---|---|
| 装何位检<br>Stowed | 1层=538. 2层 22   5层 516   7库72   A舱4层 | | |
| 实 收<br>Received | 1076 BULLS | | |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

| 通知人<br>Notify Party. | |
|---|---|
| 收货人<br>Consignee. | |

N. 5 YULONG RD. YUQI,
WUXI JIANGSU 214183 P.R. CHINA

**Consignee**

TO THE ORDER

**Notify address**

ARO STEEL SRL
VIA CAVOUR, 39
43100 PARMA ITALY

**Vessel**                              **Port of loading**
BRAVE JOHN V. 7T11              SHANGHAI PORT, CHINA

**Port of discharge**
LA SPEZIA, ITALY                                    ORIGINAL

| **Shipper's description of goods** | | **Gross weight** |
|---|---|---|
| N/M | 1076 BUNDLES | PRIME QUALITY NEWLY PRODUCED SELF COLOUR (BLACK) SQUARE AND RECTANGULAR COLD FINISHED HOLLOW SECTIONS IN QUALITY S355J2H AND S235JR COMPLYING WITH THE EUROPEAN STANDARD SPECIFICATIONS EN 10219 ORIGIN OF THE GOODS CHINA CLEAN ON BOARD | 2529.384MT |

SAY ONE THOUSAND SEVENTY SIX BUNDLES ONLY.          **22 AUG 2007**          FREIGHT PAYABLE AT DESTINATION

(Of which ............ on deck at Shipper's risk: the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per**
**CHARTER-PARTY** dated.................

**FREIGHT ADVANCE.**
Received on account of freight:.........

Time used for loading ...............days ...............hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| **Freight payable at** | **Place and date of issue** |
|---|---|
| | SHANGHAI |
| **Number of original Bs/L** | **Signature** |
| THREE | 上海远东环球国际船舶代理有限公司 SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO.,LTD |
| | 22 AUG 2007 GENERAL MANAGER |

Printed and sold by
Fr. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k.
Teletac 45 33 93 1184
by authority of The Baltic and International Maritime Council
(BIMCO), Copenhagen.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

收 货 单
MATE'S RECEIPT

托运人
Shipper: _____

船 名
Name of Vessel: _____ BRAVE INES _____

航 次
Voyage: _____ 7113

码 号
D/R NO.: _____ BRIC0020

目 的 港
Port of Destination: _____ LA SPEZIA, ITALY

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| T.V | 139<br>PACKAGES | HOLLOW SECTIONS | | 314 943MT |

五、

收
货
联

|  | | | 尺 码<br>Measurement | |
|  | | | 运费付款方式 (Payment)<br>FREIGHT COLLECT | |

SAY ONE HUNDRED AND THIRTY NINE PACKAGES

异 计 件 数（大写）:
Total Number of Packages in Words _____

数得上述完好规况之货物装毕船后签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date ___ 08-11 2007

时间
Time _____

装入何舱
Stowed ___ 2/F

实 收
Received ___ 139 PKGS

理货员签名
Tallied By _____

大副签名
Chief Officer _____

通知人
Notify Party: _____

收货人
Consignee: _____

N. 5 YULONG RD. YUQI,

WUXI JIANGSU 214183 P. R. CHINA

**Consignee**

TO THE ORDER

**Notify address**

ARO STEEL SRL
VIA CAVOUR, 39
43100 PARMA ITALY

**Vessel** BRAVE JOHN V. 7T11  **Port of loading** SHANGHAI PORT, CHINA

**Port of discharge** LA SPEZIA, ITALY.

ORIGINAL

| Shipper's description of goods | | Gross weight |
|---|---|---|
| N/M | 139 BUNDLES | PRIME QUALITY NEWLY PRODUCED SELF COLOUR (BLACK) SQUARE AND RECTANGULAR COLD FINISHED HOLLOW SECTIONS IN QUALITY S355J2H AND S235JR COMPLYING WITH THE EUROPEAN STANDARD SPECIFICATIONS EN 10219 ORIGIN OF THE GOODS CHINA CLEAN ON BOARD   314.943MT |

**2 2 AUG 2007**

SAY ONE HUNDRED AND THIRTY NINE BUNDLES ONLY

FREIGHT PAYABLE AT DESTINATION

(Of which ................ on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per CHARTER PARTY** dated ................

**FREIGHT ADVANCE.**
Received on account of freight: ................

Time used for loading ........................ days ........................ hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue SHANGHAI |
|---|---|
| Number of original Bs/L    THREE | Signature 上海远东环球国际船舶代理有限公司 SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO. LTD. |

**2 2 AUG 2007**

GENERAL MANAGER

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

Printed and sold by
Fr. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k.
Teletac 45 33 93 1184
by authority of The Baltie and International Maritime Council (BIMCO), Copenhagen.

VICTORY LOGISTICS

海 运 出 口 托 运 单

盛世物流
收 货 单
MATE'S RECEIPT

托运人
Shipper    WIAI INT'L TRADE DEVELOPMENT CO.,LTD.

编号
No.    _____    船名
S/S    BRAVE JOHN V.7711

目的港
For    LA SPEZIA

TEL:021-63075522 ATTN: 陈伊丽
021-63830815 ATTN: 耿慧敏
FAX:021-63078866

下开完好状况之货物业已收妥无损
Received on board the following goods apparent in good order and condition:

| 标记及号码 Marks & Nos. | 件数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净重 Net | 毛重 Gross |
| | | TUBES FOR HP STRUCTURE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 共 计 件 数 (大 写) Total Number of Packages in Writing | | | | |

日期
Date    05_02, 2007    时间
Time

装入船舱
Stowed    No.3 HOLD

实 收
Received    703 PKGS

理货员签名
Tallied By

大 副
Chief Officer

MASTER REMARK:
CARGO CONDITION AS PER
ATTACHED P-I CARGO SURVEYOR
REPORT

**VICTORY LOGISTICS**

海运出口托运单

八区散货有头

盛世物流

收货单

MATE'S RECEIPT

| 托运人 Shipper | WIN GLORY TRADE DEVELOPMENT CO., LTD. |
|---|---|
| 编号 No. | BRJ3HAU20 |
| 船名 S/S | BRAVE JOHY V.7T11 |
| 目的港 For | LA SPEZIA |

下开完好状况之货物此已收妥无损
Received on board the following goods apparent in good order and condition:

TEL:021-63075522 ATTN: 陈伊丽
021-63830616 ATTN: 毛慧敏
FAX:021-63078866
021-63079966

| 标 记 及 号 码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N.M | 97PKGS | TUBES FOR THE STRUCTURES | | 150.580KGS |

共 计 件 数 (大 写)
Total Number of Packages in Writing

| 日期 Date | 08-20, 2007 | 时间 Time | |
|---|---|---|---|
| 装入何舱 Stowed | | NO.5 HOLD | |
| 实 收 Received | 97 PKG | | |
| 理货员签名 Tallied By | 六文文 | 大 副 Chief Officer | |

MASTER REMARK: CARGO
CONDITION AS PER ATTACHED
P&I SURVEY REPORT

M.V BRAVE JOHY
VALLETTA

NO. 198, ZHONGSHAN ROAD, WUXI, CHINA
TEL: (86) 510-82717360 FAX: (86) 510-82752846

Reference No.

**Consignee**

TO THE ORDER

**Notify address / Notify**

ARO STEEL SRL
VIA CAVOUR, 39 43100-PARME ITALIA
TEL:+39 0521 391411 FAX:+39 0521 285747

| Vessel | Port of loading |
| --- | --- |
| BRAVE JOHN V. 7T11 | SHANGHAI |

**Port of discharge** LA SPEZIA

ORIGINAL

**Shipper's Adescription of goods/ merchandise**    **Weight/ Volume**

800PACKAGES          1850783.6KGS   1499.83CBM

N/M



**2 2 AUG 2007**

(TUBES FOR THE STRUCTURES) PRIME QUALITY NEWLY PRODUCED SELF
COLOUR(BLACK) SQUARE AND RECTANGULAR COLD FINISHED HOLLOW SECTIONS IN
QUALITY S355J2H COMPLYING WITH THE EUROPEAN STANDARD SPECIFICATION EN
10219 TOTAL QUANTITY APPROX 2190 METRIC TONNES TOLERANCE ON
LENGHT:+100MM/-0 TOLERANCE ON UNIT QUANTITIES:+20PCT/-10PCT
TOLERANCE ON TOTAL QUANTITY:+5PCT/-5PCT TOTAL AMOUNT USD 1202,
022.00+05PCT/-05PCT AS PER BUYER'S ORDER NR.03/01 DATED JANUARY
12TH,2007 AND SALES CONTRACT DATED JANNARY 12TH,2007 TERMS OF
DELIVERY:FOB SHANGHAI PORT(INCOTERMS 2000)

FREIGHT COLLECT

SAY EIGHT HUNDRED PACKAGES ONLY

(of which none on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY dated

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading          days      hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has
signed the number of Bills of Lading indicated below all of this tenor
and date, any one of which being accomplished the others shall be
void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue SHANGHAI |
| --- | --- |
| Number of original Bs/L THREE | Signature FOR AND ON BEHALF OF THE MASTER THE MASTER OF BRAVE JOHN |

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING

**2 2 AUG 2007**

GENERAL MANAGER

```
                    0 • C

            162 • +
            223 • +
            174 • +
            146 • +
            239 • +
            173 • +
            198 • +
            141 • +
                =
        1,456•00 *
```

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI WELL PROMISE STEEL PIPE CO.,LTD.
WUXI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3890771 FAX +86-510-3890771

收 货 单
MATE'S RECEIPT

| 托运人<br>Shipper: | | |
|---|---|---|
| 船 名<br>Name of Vessel: PRAVE JOHN | 航 次<br>Voyage: THI | |
| 编 号<br>D/R NO.: ERISHA001 | 目 的 港<br>Port of Destination: LA SPEZIA, ITALY | |

| 标记及号码<br><br>Marks & Nos. | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 102<br>BUNDLES | HOLLOW SECTIONS | | 130,743MT |
| | | | 呎 码<br>Measurement | |
| | | SAY ONE HUNDRED AND TWO (2) BUNDLES ONLY | 运费付款方式 (Payment) | |

共 计 件 数（大写）：
Total Number of Packages in Words

兹将上述完好状况之货物装船后签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日 期<br>Date 22 DEC, 2007 | 时 间<br>Time |
|---|---|
| 装入何舱<br>Stowed | |
| 实 收<br>Received | |
| 理货员签名<br>Tallied By | 大副签名<br>Chief Officer |

| 通 知 人<br>Notify Party: | |
|---|---|
| 收 货 人<br>Consignee: | |

五、
收
货
联

上 海 瀚 钢 国-际 物 流 有 限 公 司
SHANGHAI III-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
WUQI, WUXI, JIANGSU, P.R.CHINA
TE.:+86-510-3897771 FAX:+86-510-388972

收 货 单
MATE'S RECEIPT

托运人
Shipper: _____

| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | 7Y11 |
| --- | --- | --- | --- |
| 编 号<br>D/R NO.: | BRJSHA022 | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br><br>Marks & Nos . | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 223<br>BUNDLES | HOLLOW SECTIONS | | 202.0540? |
| | | | 吨 码<br>Measurement | |
| | SAY TO HUNDRED AND TWENTY THREE BUNDLES | | 运费付款方式 (Payment)<br>FREIGHT COLLECT | |

五、
收
货
联

共 计 件 数（大写）：
Total Number of Packages in Words

兹将上述完好状况之货物装船后再签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日 期<br>Date | DEC-30, 2007 | 时 间<br>Time | AFTER REPAIR |
| --- | --- | --- | --- |
| 装入何舱<br>Stowed | | | |
| 实 收<br>Received | | | |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

通 知 人
Notify Party:

收 货 人
Consignee:

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**

WUXI WILONG PRECISE STEEL PIPE CO.,LTD.
YUXI, WUXI JIANGSU P.R.CHINA
TEL:+86-510-3899771 FAX:+86-510-3899771

收 货 单
**MATE'S RECEIPT**

| 托运人<br>Shipper: | | | |
|---|---|---|---|
| 船 名<br>Name of Vessel: BRAVE JOHN | | 航 次<br>Voyage: 711 | |
| 编 号<br>D/R NO.: BRJSHAGL5 | | 目的港<br>Port of Destination: LA SPEZIA ITALY | |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N.M | 174<br>BUNDLES | HOLLOW SECTIONS | | 591.069MT |

五、
收
货
联

SAY ONE HUNDRED AND SEVENTY FOUR BUNDLES

| 总计件数（大写）<br>Total Number of Packages in Words | 尺 码<br>Measurement |
|---|---|
| | 运费付款方式 (Payment)<br>FREIGHT COLLECT |

兹将上述完好状况之货物装船后希签署本收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date 06.21.2007 | 时间<br>Time |
|---|---|
| 装入何舱<br>Stowed | |
| 索 状<br>Received | |
| 理货员签名<br>Tallied By | 大副签名<br>Chief Officer |

| 通知人<br>Notify Party: | |
|---|---|

| 收货人<br>Consignee: | |
|---|---|

上 海 瀚 翎 国际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
WUXI, WUXI, JIANGSU, P. R. CHINA
TEL:+86-510-389____1 FAX:+86-510-3889____1

收 货 单
MATE'S RECEIPT

| | |
|---|---|
| 托运人<br>Shipper: | |
| 船 名<br>Name of Vessel: BRAVE JOHN | 航 次<br>Voyage: 7111 |
| 编 号<br>D/R NO.: BRJSRA024 | 目 的 港<br>Port of Destination: LA SPEZIA, ITALY |

| 标记及号码<br><br>Marks & Nos. | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净重<br>Net Weight | 毛重<br>Gross Weight |
| N.M | 146<br>BUNDLES | HOLLOW SECTIONS | | 853,903MT |
| | | | 吹码<br>Measurement | |
| 共计件数（大写）<br>Total Number of Packages in Words | | SAY ONE HUNDRED AND FORTY SIX BUNDLES ONLY | 运费付款方式 (Payment)<br>FREIGHT COLLECT | |

五、收货联

兹将上述完好状况之货物装船后签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

| | | | |
|---|---|---|---|
| 日期<br>Date | | 时间<br>Time | |
| 装入何舱<br>Stowed | | | |
| 实 收<br>Received | | | |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

| | |
|---|---|
| 通知人<br>Notify Party | |
| 收货人<br>Consignee | |

上 海 瀚 翎 · 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

WUXI YUSONG PRECISE STEEL PIPE CO.,LTD.
WUXI WEST, JIANGSU, P. R. CHINA
TEL:+86-510-3897171 FAX:+86-510-3897171

收 货 单
MATE'S RECEIPT

| 托运人<br>Shipper: | | | |
|---|---|---|---|
| 船 名<br>Name of Vessel: PRIME ROSE | | 航 次<br>Voyage: 711 | |
| 编 号<br>D/R NO.: BXJSB0025 | | 目 的 港<br>Port of Destination: LA SPEZIA, ITALY | |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 330<br>BUNDLES | H.BEAM SECTIONS | | 436.732MT |

五、
收
货
联

SAY TWO HUNDRED AND THIRTY NINE BUNDLES

| 尺 码<br>Measurement | |
|---|---|
| 运费付款方式 (Payment)<br>FREIGHT COLLECT | |

共 计 件 数（大写）：
Total Number of Packages in Words

玆将上达完好状况之货物装船后签署本收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 16-3- 2007 | 时间<br>Time | |
| 装入何舱<br>Stowed | | | |
| 实 收<br>Received | | | |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

| 通知人<br>Notify Party: | |
|---|---|

| 收货人<br>Consignee | |
|---|---|

年     月     日

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

收 货 单
MATE'S RECEIPT

| 托运人<br>Shipper: | | | | |
|---|---|---|---|---|
| 船 名<br>Name of Vessel: | | | 航 次<br>Voyage: | |
| 船 号<br>D/R NO.: | | | 目 的 港<br>Port of Destination: | LA SPEZIA ITALY |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| | | | | |
| | | 吨 位<br>Measurement | | |
| 共 计 件 数（大写）:<br>Total Number of Packages in Words | | | 运货付款方式 (Payment) | |

兹将上述装好�" 之 货 物 装 船 后 需 签 署 收 货 单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | | 时间<br>Time | |
|---|---|---|---|
| 装入何舱<br>Stowed | | | |
| 实 收<br>Received | | | |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

| 通知人<br>Notify Party: | |
|---|---|
| 收货人<br>Consignee: | |

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
WUXI, WULI, JIANGSU, P.R.CHINA
TEL:+86-510-2360771 FAX:+86-510-2360771

收 货 单
MATE'S RECEIPT

托运人
Shipper: _____

船 名                                    航 次
Name of Vessel:  BRAVE ROW              Voyage: _____

编 号                                    目 的 港
D/R NO.:  BR3584027                     Port of Destination: _____

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| | 198<br>BUNDLES | HOLLOW SECTIONS | | 143 890.17 |
| | | | 尺 码<br>Measurement | |
| | SAY ONE HUNDRED AND NINETY EIGHT BUNDLES ONLY | | 运费付款方式  (Payment) | |

共 计 件 数（大 写）：
Total Number of Packages in Words

致将上述完好状况之货物装船后并签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date _____          时间
                                       Time _____

装入何处
Stowed _____

实 收
Received _____

理货员签名
Tallied By _____    大副签名
                                       Chief Officer _____

通知人
Notify Party

收货人
Consignee:

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**
WUXI XINGAO PRECISE STEEL PIPE CO., LTD.
WUXI, CITY, JIANGSU, P.R. CHINA
TEL: 86-510-8889771 FAX: 86-510-8889771

收 货 单
**MATE'S RECEIPT**

| 批运人<br>Shipper: | | |
|---|---|---|
| 船 名<br>Name of Vessel: | GRAVE FORD | 航 次<br>Voyage: |
| 单 号<br>D/R NO.: | BE1SHL0428 | 目 的 港<br>Port of Destination: | LA SPEZIA (ITALY) |

| 标记及号码<br><br>Marks & Nos. | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 141<br>BUNDLES | HOLLOW SECTIONS | | 293.12MT |
| | | | 尺 码<br>Measurement | |
| | | SIX (6) COVERED AND FORTY ONE BUNDLES | 运费付款方式 (Payment) | |

货 计 件 数（大 写）<br>Total Number of Packages in Words

兹将上述完好状况之货物装船后再签署收货单<br>
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | | 时间<br>Time | |
|---|---|---|---|
| 装入位置<br>Stowed | | | |
| 签 收<br>Received | | | |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

| 通知人<br>Notify Party | |
|---|---|
| 收货人<br>Consignee | |

WUXI JIANGSU 214183 P. R. CHINA

**Consignee**

TO THE ORDER

**Notify address**

ARO STEEL SRL
VIA CAVOUR, 39
43100 PARMA ITALY

**Vessel** BRAVE JOHN V. 7T11    **Port of loading** SHANGHAI PORT, CHINA

**Port of discharge** LA SPEZIA, ITALY

ORIGINAL

**Shipper's description of goods**

| N/M | 1456 BUNDLES | PRIME QUALITY NEWLY PRODUCED SELF COULOUR (BLACK) SQUARE AND RECTANGULAR COLD FINISHED HOLLOW SECTIONS IN QUALITY S355J2H AND S235JR COMPLYING WITH THE EUROPEAN STANDARD SPECIFICATIONS EN 10219 ORIGIN OF THE GOODS CHINA CLEAN ON BOARD. 2 2 AUG 2007 | **Gross weight** 3434.019MT |

SAY ONE THOUSAND FOUR HUNDRED AND FIFTY SIX BUNDLES ONLY.

FREIGHT PAYABLE AT DESTINATION

(Of which .......... on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per CHARTER PARTY dated** ..........

**FREIGHT ADVANCE.**
Received on account of freight: ..........

Time used for loading .......... days .......... hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value Unknown.

IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| **Freight payable at** | **Place and date of issue** SHANGHAI |
|---|---|
| **Number of original Bs/L** THREE | **Signature** 上海远东环球国际船舶代理有限公司 SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD. |

2 2 AUG 2007

GENERAL MANAGER

Printed and sold by
Fr. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
Teletac 45 33 93 1184
by authority of The Battic and International Maritime Council
(BIMCO), Copenhagen.

AS AGENTS BY AND ON BEHALF OF MASTER OF MV BRAVE JOHN