# EXHIBIT 6

# 上 海 瀚 翎 国 际 物 流 有 限 公 司

## SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

JIANGSU YULONG STEEL PIPE CO., LTD.

YUQI, WUXI, JIANGSU, P. R. CHINA

TE:+86-510-3897771 FAX:+86-510-3889771

## 装 货 单
## SHIPPING ORDER

| 托运人 Shipper: | | | |
|---|---|---|---|
| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: | 7T11 |
| 编 号 D/R NO.: | BRJSHA001 | 目 的 港 Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 234 BUNDLES | PRIME QUALITY NEWLY PRODUCED SELF COULOUR(BLACK) SQUARE AND RECTANGULAR COLD FINISHED HOLLOW SECTIONS | | 519.920MT |

四、

装
货
联

SAY TWO HUNDRED AND THIRTY FOUR BUNDLES

呎 码
Measurement

运费付款方式 (Payment)
FREIGHT COLLECT

共 计 件 数 （ 大 写 ）:
**Total Number of Packages in Words**

兹将上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 08-21, 2007 | 时间 Time | |
|---|---|---|---|
| 装入何舱 Stowed | NR.5 HOLD | | MASTER REMARK CARGO CONDITION AS PER |
| 实 收 Received | 234 BDLS | | ATTACHED P&I CLUB SURVEYOR REPORT |
| 理货员签名 Tallied By | | 经办人 Approved by | |

| 通 知 人 Notify Party: | AROSTEEL S.R.L. VIA CBCATI 3 42100 REGGIO EMILIA ITALY TEL.:00 39 0521 391 411 -FAX 00 39 0521 285 747 |
|---|---|
| 收 货 人 Consignee: | TO THE ORDER OF AROSTEEL S.R.L. |

6

上 海 瀚 翎 国 际 物 流 有 限 公 司
## SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
### SHIPPING ORDER

托运人
Shipper: _____

| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | 7T11 |
|---|---|---|---|
| 编 号<br>D/R NO.: | BRJSHA003 | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br>Marks & Nos. | 件　数<br>Quantity | 货　　名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 971<br>PACKAGES | HOLLOW SECTIONS | | 2239.314MT |

四、

装货联

SAY NINE HUNDRED AND SEVENTY ONE PACKAGES.

呎 码<br>Measurement

共 计 件 数（大 写）：
Total Number of Packages in Words

运费付款方式 (Payment)<br>FREIGHT COLLECT

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
2 2 1 6 2 0 0 7 0 6 6 7 0 4 5 3 2 4

收货单
Is apparent in good order and condition, sign the accompanying

| 日期<br>Date | 08-21, 2007 | 时间<br>Time | MASTER REMARK |
|---|---|---|---|
| 装入何舱<br>Stowed | 2LH | | CARGO CONDITION AS PER |
| 实　收<br>Received | 971 PKGS | | ATTACHED P & S CLUB<br>SURVEYOR REPORT |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |

| 通 知 人<br>Notify Party: | AROSTEEL S.R.L.<br>VIA CBCATI 3<br>42100 REGGIO EMILIA ITALY<br>TEL:00 39 0521 391 411- FAX 00 39 0521 285 747 |
|---|---|
| 收 货 人<br>Consignee: | TO THE ORDER OF AROSTEEL S.R.L. |

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船 名
Name of Vessel: BRAVE JOHN

航 次
Voyage: 7T11

编 号
D/R NO.: BRJSHA004

目 的 港
Port of Destination: LA SPEZIA, ITALY

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 1076<br>BUNDLES | HOLLOW SECTIONS | | 2529.384MT |
| | | SAY ONE THOUSAND SEVENTY SIX BUNDLES ONLY | 呎 码<br>Measurement | |
| 共 计 件 数 （ 大 写 ）：<br>Total Number of Packages in Words | | | 运费的结方式 (Payment)<br>FREIGHT COLL | |

四、
装
货
联

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

日期
Date 08-20, 2007

时间
Time _____

装入何舱
Stowed 1LH= 538. 2LH= 22. 5LH= 516    MASTER REMARK

实 收
Received 1076 B'DLES    CARGO CONDITION UPPER
ATTACHED/ P+I CLUB SORVEYOR
RAPORT

理货员签名
Tallied By _____

经办人
Approved by _____

通 知 人
Notify Party:
AROSTEEL S. R. L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

收 货 人
Consignee:
TO THE ORDER OF AROSTEEL S. R. L.



上海远东环球国际船舶代理有限公司
**EISA** SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

| 托运人 HUBEI XIN YEGANG CO., LTD. | 装 货 单 |
| Shipper | **SHIPPING ORDER** |

| 编号 **BRJSHA012** | 船名 **BRAVE JOHN** V.7T11 |
| No. | S/S |

目的港 **LA SPEZIA, ITALY**
For

按 将 下 列 完 好 状 况 之 货 物 装 船 后 希 签 署 收 货 单
**Receive on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same**

| 标 记 及 号 码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight kilos | |
| | | | 净<br>Net | 毛<br>Gross |
| N/M | 174<br>BUNDLES | HOT ROLLED SEAMLESS STEEL TUBES<br>INVOICE NO: YIT716 | | 486.810MT |

SAY ONE HUNDRED AND SEVENTY-FOUR BUNDLES ONLY

| 共 计 件 数 （大写）<br>Total Number of Packages in Writing | **FREIGHT PREPAID** |

| 日期<br>Date _08.28, 2007_ | 时间<br>Time _No.1_ HOLD = 67 B'DLS | MASTER REMARK:<br>CARGO CONDITION AS PER |
| 装入何舱<br>Stowed | No. 2 HOLD = 107 BDLS | ATTACHED P+I SURVEYOR |
| | | REPORT |
| 实 收<br>Received | 174 B'DLS | |
| 理货员签名<br>Tallied By _2 WEPR_ | 经办员<br>Approved By | |

# 上海优利兴国际货运代理有限公司
## Shanghai Union Ocean Shipping Co.,Ltd.

**Union Ocean**

装货单

优利兴

SHIPPING ORDER

| | |
|---|---|
| 托运人<br>Shipper: | JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD.<br>NO.297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVINCE |
| 船名<br>Name of Vessel: BRAVE JOHN | 航次<br>Voyage: |
| 编号<br>D/R No.: BRJSHA013 | 目的港<br>Port of Destination: LA SPEZIA ITALY |

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货名<br>Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净重<br>Net Weight | 毛重<br>Gross Weight |
| N/M | 23BUNDLES | HOT ROLLED ROUND BARS,<br>BALL BEARING STEEL. | | 52.830MT |
| | | | 尺码<br>Measurement | |

四
装
货
联

| 共计件数（大写）：SAY TWENTY THREE BUNDLES ONLY<br>Total Number of Packages in Words | 运费付款方式 (Payment) |
|---|---|
| | FREIGHT PREPAID |

兹将上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 08-17. 2007 | 时间<br>Time | MASTER REMARK |
|---|---|---|---|
| 装入何舱<br>Stowed | 2 HOLD x 23 BOLTS | | CARGO CONDITION AS PER |
| 实收<br>Received | 23 BOLES | | P+I CLASS SURVEYOR REPORT |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |

# Union Ocean

## 上海优利兴国际货运代理有限公司
## Shanghai Union Ocean Shipping Co.,Ltd.

装 货 单

优利兴

**SHIPPING ORDER**

| | |
|---|---|
| 托运人<br>Shipper: | JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD<br>NO.297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVINCE, CHINA |
| 船 名<br>Name of Vessel: | BRAVE JOHN |
| 航 次<br>Voyage: | |
| 编 号<br>D/R No.: | BRJSHA014 |
| 目 的 港<br>Port of Destination: | LA SPEZIA |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 20BUNDLES | HOT ROLLED ROUND BARS,<br>BALL BEARING STEEL | | 44.318MT |
| | | | 尺 码<br>Measurement | |

四装货联

| 共 计 件 数（大 写）：<br>Total Number of Packages in Words | SAY TWENTY BUNDLES ONLY |
|---|---|
| | 运费付款方式（Payment）<br>FREIGHT PREPAID |

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

| 日期<br>Date | 08-17.2007 | 时间<br>Time | MASTER REMARK |
| 装入何舱<br>Stowed | 2HOLD x 20 BDLES | | CARGO CONDITION AS PER |
| 实收<br>Received | 20 BDLES | | ATTACHED P&I CLUB SURVEYOR<br>REPORT |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |



上海远东环球国际船舶代理有限公司
EISA SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

装 货 单
SHIPPING ORDER

托运人
Shipper    HUBEI XIN YEGANG CO LTD

编号
No.    BRJSHA015    船名
S/S    BRAVE JOHN V.711

目的港
For    LA SPEZIA ITALY    767442362

按 将 下 列 完 好 状 况 之 货 物 装 船 后 希 签 署 收 货 单
Receive on board the undermentioned goods apparent in good order and condition and sign the
accompanying receipt for the same

二 装 货 单

| 标 记 及 号 码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| N/M | 133<br>BUNDLES | HOT ROLLED SEAMLESS STEEL<br>TUBES<br>INVOICE NO: YIT717-A4 | | 372.287MT |

SAY SEVEN HUNDRED AND FORTY-SIX BUNDLES ONLY

共 计 件 数 （大写）
Total Number of Packages in Writing

FREIGHT PREPAID

| 日期<br>Date | 05-22, 2007 | 时间<br>Time | |
| 装入何枪<br>Stowed | NO 2 HOLD | MASTER REMARK:<br>CARGO CONDITION AS PER<br>ATTACHED P+I CLUB SURVEYOR<br>REPORT |
| 实 收<br>Received | 133 BDLS | |
| 理货员签名<br>Tallied By | | 经办员<br>Approved By |

上海远东环球国际船舶代理有限公司
**EISA** SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

**SHIPPING ORDER**

| 托运人 Shipper | HUBEI XIN YEGANG CO., LTD. |
|---|---|

| 编号 No. | **BRJSHA016** | 船名 S/S | **BRAVE JOHN** V.7T11 |
|---|---|---|---|

目的港 For    LA SPEZIA,ITALY

兹将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same

767442363

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N/M | 4 BUNDLES | HOT ROLLED SEAMLESS STEEL TUBES INVOICE NO:YIT717-B4 | | 10.320MT |
| | | | | |
| SAY FOUR BUNDLES ONLY | | | | |

共计件数（大写）
Total Number of Packages in Writing

FRIEGHT PREPAID

| 日期 Date | 08-19, 2007 | 时间 Time | | MASTER REMARK: |
|---|---|---|---|---|
| 装入何舱 Stowed | NO.2 HOLD | | | CARGO CONDITION AS PER ATTACHED P+I CLUB SORVEYOR REPORT |
| 实 收 Received | 4 BDLS | | | |
| 理货员签名 Tallied By | | 经办员 Approved By | | |



上海远东环球国际船舶代理有限公司
FEISA SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

| 托运人 Shipper | HUBEI XIN YEGANG CO., LTD. | 装货单 SHIPPING ORDER |
| --- | --- | --- |

| 编号 No. | BRJSHA017 | 船名 S/S | BRAVE JOIE |

| 目的港 For | LA SPEZIA, ITALY |

兹将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the
accompanying receipt for the same

767442366

二、装货单

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 Net | 毛 Gross |
| N/M | 44 BUNDLES | HOT ROLLED SEAMLESS TUBES INVOICE N 0929 | | 112.792MT |
| | SAY FORTY-FOUR BUNDLES ONLY | | | |

共计件数（大写）
Total Number of Packages in Writing

FREIGHT PREPAI

| 日期 Date | 08-22-2007 | 时间 Time | |
| --- | --- | --- | --- |
| 装入何舱 Stowed | NO.2 HOLD | | MASTER REPORT |
| 实收 Received | 44 BDLS | | CARGO CONDITION AS PER ATTACHED P+I CLUB SURVEYOR REPORT |
| 理货员签名 Tallied By | | 经办员 Approved By | |



上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

托运人 HUBEI XIN YEGANG CO., LTD.
Shipper

编号 **BRJSHA018**    船名 **BRAVE JOHN**
No.                    S/S

目的港 **LA SPEZIA, ITALY**
For

**SHIPPING ORDER**
状.单

7474413 65

兹将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the
accompanying receipt for the same

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货名<br>Description of Goods | 重量公斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| N/M | 94<br>BUNDLES | HOT ROLLED SEAMLESS STEEL<br>TUBES<br>INVOICE NO. YSP302 | | 254.770MT |
| SAY NINETY-FOUR BUNDLES ONLY | | | | |

共计件数（大写）
Total Number of Packages in Writing

日期 _08-22, 2007_    时间
Date                  Time

装入何舱 _NO. 2 HOLD_
Stowed

实 收 _94 B'DLS_
Received

理货员签名                经办员
Tallied By              Approved By

MASTER RESARK
CARGO CONDITION, AS PER
ATTACHED PAE (LOB)
SURVEYOR REPORT



**VICTORY LOGISTICS**

# 海运出口托运单

**盛世物流**

## 装 货 单
### SHIPPING ORDER

| 托运人 Shipper | WUXI INT'L TRADE DEVELOPMENT CO., LTD. |
|---|---|

| 编号 No. | BRJSHA019 | 船名 S/S | BRAVE |
|---|---|---|---|

| 目的港 For | LA SPEZIA |
|---|---|

TEL:021-63075522 ATTN: 陈伊丽
021-63830616 ATTN: 毛蟹敏
FAX:021-63078866
021-63079966

兹将下列完好状况之货物装船后希签署收货单
Received on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same.

| 标 记 及 号 码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N/M | 703PKGS | TUBES FOR THE STRUCTURES 150X150X8MM 100X100X12.5MM LENGTH:12M | | 1621400KGS |
| | | | | FREIGHT COLLECT |

| 共 计 件 数（大 写） Total Number of Packages in Writing | | | | 1992.85CBM |
|---|---|---|---|---|

| 日期 Date | 08.02.2007 | 时间 Time | |
|---|---|---|---|

| 装入何舱 Stowed | NO.3 HOLD |
|---|---|

MASTER REMARK:
CARGO CONDITION AS PER
ATTACHED P+I CLUB SURVAYOR
REPORT

| 实收 Received | 703 PKGS |
|---|---|

| 理货员签名 Tallied By | | 经办人 Approved By | |
|---|---|---|---|

**VICTORY LOGISTICS**

# 海运出口托运单

盛世物流

装货单
**SHIPPING ORDER**

| 托运人 Shipper | WUXI INT'L TRADE DEVELOPMENT CO., LTD. |
|---|---|

| 编号 No. | BRJSHAO2O | 船名 S/S | BRAVE B. |
|---|---|---|---|

| 目的港 For | LA SPEZIA |
|---|---|

**2 2 1 6 2 0 0 7 0 6 6 7 0 5 1 7 6 6**

兹将下列完好状况之货物装船后希签收
Received on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same.

| 标记及号码 Marks & Nos. | 件数 Quantity | 货名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N/M | 97PKGS | TUBES FOR THE STRUCTURES | | 229383.60KGS |
| | | 150X150X8MM 400X400X12MM | | |
| | | LENGTH:12M | | |
| | | | | |
| 共计件数(大写) Total Number of Packages in Writing | | | FREIGHT COLLECT | |

| 日期 Date | 0f-20, 2007 | 时间 Time | | 196.98CBM |
|---|---|---|---|---|
| 装入何舱 Stowed | No.3 HOLD | | MASTER REMARK: CARGO CONDITION AS PER ATTACHED P+I SURVEYOR REPORT | |
| 实收 Received | 97 PKGS | | | |
| 理货员签名 Tallied By | | 经办人 Approved By | | |

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YUDONG PRECISE STEEL PIPE CO., LTD.
UQI, WUXI, JIANGSU, P. R. CHINA
TEL:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

| 船 名<br>Name of Vessel: | BRAVE JOHN | | 航 次<br>Voyage: | 7T11 |
| D/R NO.: | BRJSHA021 | | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br><br>Marks & Nos. | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 162<br>BUNDLES | HOLLOW SECTIONS | | 430.743MT |
| | | | 呎 码<br>Measurement | |
| | | SAY ONE HUNDRED AND SIXTY TWO BUNDLES ONLY | | |
| 共 计 件 数（大 写）：<br>Total Number of Packages in Words | | | 运费付款方式 (Payment)<br>FREIGHT COLLECT | |

四、

装 货 联

故将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日 期<br>Date | 08-22, 2007 | 时 间<br>Time | |
| 装入何舱<br>Stowed | No.3 HOLD = 24 BDLS. | No.5 HOLD = 138 BDLS | MASTER REMARK |
| 实 收<br>Received | +62 BDLS | | CARGO CONDITION AS P&R<br>ATTACHED P+I CLUB SURVEYOR |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | REPORT |

VALLETTA

| 通 知 人<br>Notify Party: | AROSTEEL S.R.L.<br>VIA CBCATI 3<br>42100 REGGIO EMILIA ITALY<br>TEL:00 39 0521 391 411- FAX 00 39 0521 285 747 |

| 收 货 人<br>Consignee: | TO THE ORDER OF AROSTEEL S.R.L. |

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
WUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船　名
Name of Vessel:   BRAVE JOHN

航　次
Voyage:   7T11

编　号
D/R NO.:   BRJSHA022

目 的 港
Port of Destination:   LA SPEZIA, ITALY

| 标记及号码 Marks & Nos. | 件　数 Quantity | 货　名 Description of Goods | 重量公斤 Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净　重 Net Weight | 毛　重 Gross Weight |
| N/M | 223 BUNDLES | HOLLOW SECTIONS | | 502.094MT |

四、装货联

SAY TWO HUNDRED AND TWENTY THREE BUNDLES

呎　码
Measurement

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

兹将上述完好状况之货物装船后希签署此货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date   05-20, 2007

时间
Time   MASTER REMARKS

装入何舱
Stowed   No. 5 HOLD

CARGO CONDITION AS PER ATTACHED
P&I CLUB SURVEYOR REPORT

实　收
Received   223 BDLS

理货员签名
Tallied By   赵保乡

经办人
Approved by

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

收 货 人
Consignee:   TO THE ORDER OF AROSTEEL S.R.L.

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**

WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
**SHIPPING ORDER**

| 托运人<br>Shipper: | | |
|---|---|---|

| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | 7T11 |
|---|---|---|---|
| 编 号<br>D/R NO.: | BRJSHA023 | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos |  |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| V/M | 174<br>BUNDLES | HOLLOW SECTIONS | | 501.069MT |

四、
装
货
联

SAY ONE HUNDRED AND SEVENTY FOUR BUNDLES ONLY

| 呎 码<br>Measurement |
|---|

| 共 计 件 数 （大写）：<br>Total Number of Packages in Words | 运费付款方式 (Payment)<br>FREIGHT COLLECT |
|---|---|

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日 期<br>Date | 08-21, 2007 | 时 间<br>Time | |
|---|---|---|---|
| 装入何舱<br>Stowed | No. 1 HOLD | | MASTER REMARK<br>CARGO CONDITION AS PER ATTACHED<br>P & I CLUB SURVEYOR REPORT |
| 实 收<br>Received | 174 BDLS | | |
| 理货员签名<br>Tallied By | 2 ob4R | 经办人<br>Approved by | |

AROSTEEL S.R.L.
VIA CECATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
**Notify Party:**

TO THE ORDER OF AROSTEEL S.R.L.

收货人
**Consignee:**

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE: +86-510-3897771 FAX: +86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船　名
Name of Vessel: **BRAVE JOHN**
航　次
Voyage: **7T11**

编　号
D/R NO.: **BRJSHA024**
目 的 港
Port of Destination: **LA SPEZIA, ITALY**

| 标记及号码<br>Marks & Nos. | 件　数<br>Quantity | 货　名<br>Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净　重<br>Net Weight | 毛　重<br>Gross Weight |
| N/M | 146<br>BUNDLES | HOLLOW SECTIONS | | 363.923MT |
| | | SAY ONE HUNDRED AND FORTY SIX BUNDLES ONLY. | 呎　码<br>Measurement | |

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

四、
装
货
联

茲将上述完好状况之货物装船后希签署收货单。
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

日　期
Date **08-19, 2007**
时　间
Time **MASTER REMARK**

算入何舱
Stowed **No.5 HOLD**
CARGO CONDITION AS PER
ATTACHED P+I CLUB SURVEYOR

实　收
Received **146 BDLS**
REPORT

理货员签名
Tallied By **蔡岱宇**
经办人
Approved by

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.

收 货 人
CONSIGNEE

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE: +86-510-3897771 FAX: +86-510-3889771

装 货 单
**SHIPPING ORDER**

| | |
|---|---|
| 托运人<br>Shipper: | |
| 船 名<br>Name of Vessel: BRAVE JOHN | 航 次<br>Voyage: 7T11 |
| 编 号<br>D/R NO.: BRJSHA025 | 目 的 港<br>Port of Destination: LA SPEZIA, ITALY |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 239<br>BUNDLES | HOLLOW SECTIONS | | 438.732MT |

SAY TWO HUNDRED AND THIRTY NINE BUNDLES ONLY

呎 码
Measurement

共 计 件 数 （ 大 写 ）：
**Total Number of Packages in Words**

运费付款方式 (Payment)
FREIGHT COLLECT

四、装货联

兹搏上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| | |
|---|---|
| 日期<br>Date *8-22, 2007* | 时间<br>Time  *MASTER REMARK* |
| 装入何舱<br>Stowed *NO.3 HOLD* | *CARGO CONDITION AS PER* |
| 实 收<br>Received *239 BDLS* | *ATTACHED P+I CLUB SURVEYAL REPORT* |
| 理货员签名<br>Tallied By | 经办人<br>Approved by |

AROSTEEL S. R. L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通知人
**Notify Party:**

TO THE ORDER OF AROSTEEL S. R. L.

收货人
Consignee:



上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI,YULONG PRECISE STEEL PIPE CO.,LTD.
WUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | 7T11 |
| --- | --- | --- | --- |
| 编 号<br>D/R NO.: | BRJSHA026 | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 173<br>BUNDLES | HOLLOW SECTIONS | | 457.299MT |

四、装货联

SAY ONE HUNDRED AND SEVENTY THREE BUNDLES ONLY

呎 码
Measurement

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

故将上述完好状况之货物装船后请签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 08-21, 2007 | 时间<br>Time | MASTER REMARK |
| --- | --- | --- | --- |
| 装入何舱<br>Stowed | 1Holo×173 Bdlbs | | CARGO CONDITION AS PER ATTACHED |
| 实 收<br>Received | 173 Bulbs | | P+I CLUB SURVEYOR REPORT |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
通 知 人    TEL:00 39 0521 391 411- FAX 00 39 0521 285 747
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.
收 货 人
Consignee:

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
YUQI, WUXI, JIANGSU, P.R.CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船 名
Name of Vessel: BRAVE JOHN

航 次
Voyage: 7111

编 号
D/R NO.: BRJSHA027

目 的 港
Port of Destination: LA SPEZIA, ITALY

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| /M | 198<br>BUNDLES | HOLLOW SECTIONS | | 443 939MT |

SAY ONE HUNDRED AND NINETY EIGHT BUNDLES ONLY.

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

呎 码
Measurement

运费付款方式 (Payment)

FREIGHT COLLECT

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日 期
Date 08-20, 2007

时 间
Time MASTER REMARK

装入何舱
Stowed 1 Hold x 198 BDLS

CARGO CONDITION AS PER
ATTACHED P & E CLUBS

实 收
Received 198 BDLS

SURVEYOR REPORT

理货员签名
Tallied By _____

经办人
Approved by _____

AROSTEEL S.R.L
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747
通知人
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.
收 货 人
Consignee:

四、
装
货
联

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

| 托运人 Shipper: | | |
|---|---|---|
| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: 7T11 |
| 编 号 D/R NO.: | BRJSHA028 | 目 的 港 Port of Destination: LA SPEZIA, ITALY |

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 141 BUNDLES | HOLLOW SECTIONS | | 296.22MT |

四、 装 货 联

SAY ONE HUNDRED AND FORTY ONE BUNDLES ONLY

吹 码 Measurement

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

兹据上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日 期 Date | 08-71, 2007 | 时间 Time | |
|---|---|---|---|
| 装入何舱 Stowed | 1 HCVOX 141 BOLTS | MASTER RE-YARK CARGO CONDITION AS PER | |
| 实 收 Received | 141 BOLTS | ATTACHED P+I CLUB SURVEYOR | |
| 理货员签名 Tallied By | | 经办人 Approved by | REPORT |

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

收 货 人
Consignee:

TO THE ORDER OF AROSTEEL S.R.L.

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE: +86-510-3897771 FAX: +86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船 名
Name of Vessel: BRAVE JOHN

航 次
Voyage: 7T11

编 号
D/R NO.: BRJSHA029

目 的 港
Port of Destination: LA SPEZIA, ITALY

| 标记及号码<br>Marks & Nos. | 件　　数<br>Quantity | 货　　　名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净　重<br>Net Weight | 毛　重<br>Gross Weight |
| N/M | 139<br>PACKAGES | HOLLOW SECTIONS | | 314.943MT |

四、

装
货
联

呎 码
Measurement

SAY ONE HUNDRED AND THIRTY NINE PACKAGES

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

该将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date 08-21, 2007

时间
Time HASTER RE.4.2RK

装入何舱
Stowed 2LH

CARGO CONDITION PPER
ATTAHED P $\pm$ S CLER SURVEYOR
RECORT

实　收
Received 139 PKGS

理货员签名
Tallied By _____

经办人
Approved by _____

AROSTEEL S. R. L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
THL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

收 货 人
Consignee:

TO THE ORDER OF AROSTEEL S. R. L.

中

上海华港国际船舶代理有限公司
CHINA PORTS INTERNATIONAL SHIPPING AGENCY CO.,LTD.

港嘉年华

轮送人
Shipper

JIANGSU CHENGDE STEEL TUBE SHARE CO., LTD
NO.1, CHENGDE ROAD, JIANGDU CITY,
JIANGSU PROVINCE 225200, CHINA,
TEL/FAX:00865146528955

装货单
SHIPPING ORDER

编号
No. BRJSHA006

船名
S/S BRAVE JOHN ...

目的港
For SAGUNTO PORT, SPAIN

年华

按将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same.

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N/M | 635BUNDLES | SHORT SHIPPED 7 BDIS/14.8t API 5CT SEAMLESS CASING API 5CT SEAMLESS CASING PULL LINER TERM SASGUNTO PORT, SPAIN GRADE N80 LENGTH: 95PER CENT 12(0,+500MM),5PER CENT,9-12M 1. 88.9 X 6.5 2. 88.9 X 7.5 3. 88.9 X 9 4. 101.6 X 9 5. 114.3 X 9 CONTRACT NO: CD20070020 L/C NO: OPB-CIO432631 SAID TO 6667 PIECES | | 1536140KGS |
| 货已运抵 8 港区/堆场 | | | | FREIGHT PREPAID |

共计件数 (大写)
Total Number of Packages in Writing SAY SIX HUNDRED THIRTY-FIVE BUNDLES ONLY

日期
Date 08-21, 2007

时间
Time

MASTER REMARK: CARGO CONDITION
AS PER ATTACHED P&I CLUB
SURVEYOR REPORT

载入何舱
Stowed No.4 HOLD

实收
Received 628 BDLS

理货员签名
Tallied By 大文吉

经办员
Approved By

**Union Ocean**

上海优利兴国际货运代理有限公司
**Shanghai Union Ocean Shipping Co.,Ltd.**

装货单

优利兴

**SHIPPING ORDER**

CHANGSHU XINGDAO ADVANCED BUILDING MATERIAL CO.
DONGBANG INDUSTRIAL PARK ,CHANGSHU,JIANGSU,CHINA
托运人
Shipper: T.86051252687618    F.86051252687610

船　名　**BRAVE** JOHN　　　　V.7T11　　　　航　次
Name of Vessel:　　　　　　　　　　　　　　　Voyage:

编　号　BRJSHA007　　　　　　　　目的港
D/R No.:　　　　　　　　　　　　Port of Destination:　　　BRITAIN

| 标记及号码<br>Marks & Nos. | 件　数<br>Quantity | 货　　名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
| | | | 净重<br>Net Weight | 毛重<br>Gross Weight |
| N/M | 40COILS | HOT-DIP GALVANIZED STEEL SHEET | | 513.560MTS |
| | | FREIGHT PREPAID | | |
| | | | 尺码<br>Measurement | |
| | | | 运费付款方式 (Payment) | |

共 计 件 数（大写）：  SAY FORTY COILS ONLY
Total Number of Packages in Words

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期　08-18, 2007　　　时间　MASTER REMARK
Date　　　　　　　　　Time　CARGO CONDITION AS PER

装入何舱　No 4 HOLD　　　ATTACHED P+I CLUB
Stowed　　　　　　　　　SURVEYOR REPORT)

实收　40 COILS
Received

理货员签名　　　　　　经办人
Tallied By　　　　　　　Approved by

# 上海优利兴国际货运代理有限公司
# Shanghai Union Ocean Shipping Co.,Ltd.

**Union Ocean**

装货单

优利兴

SHIPPING ORDER

| 托运人<br>Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIAN<br>MANSION 138 ZHONGSHAN WEST ROAD NINGBO CHINA |
|---|---|

| 船　名<br>Name of Vessel: | **BRAVE JOHN** | 航次<br>Voyage: | V 7航 1次 |
|---|---|---|---|

| 编　号<br>D/R No.: | **BRJSHA006** | 目的港<br>Port of Destination: | PUERTO PORT, SPAIN |
|---|---|---|---|

| 标记及号码<br>Marks & Nos. | 件　数<br>Quantity | 货　名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净重<br>Net Weight | 毛重<br>Gross Weight |
| N/M | 16 COILS | PREPAINTED HOT-DIP ZINC-COATED<br><br><br>FREIGHT PREPAID | | 159.26 MT |
| | | | 尺码<br>Measurement | |

共计件数（大写）: **SAY SIXTEEN COILS ONLY**
Total Number of Packages in Words

运费付款方式（Payment）

四 装货联

兹将上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 08-18, 2007 | 时间<br>Time | MASTER REMARK: |
|---|---|---|---|
| 装入何舱<br>Stowed | No.4 H&D | | CARGO CONDITION AS PER |
| 实收<br>Received | 16 COILS | | ATTACHED P+I CLUB |
| 理货员签名<br>Tallied By | [signature] | 经办人<br>Approved by | SURVEYOR REPORT |

# ⓊΟ cean

上海优利兴国际货运代理有限公司
## Shanghai Union Ocean Shipping Co.,Ltd.

装货单

优利兴

## SHIPPING ORDER

| 托运人 Shipper: | NINGBO NINGSHING INTERNATIONAL INC...17TH FLOOR TI... MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA |
|---|---|

| 船 名 Name of Vessel: | BRAVE JOHN | V./ 航 1 次 Voyage: | |
|---|---|---|---|
| 编 号 D/R No.: | BRJSHA009 | 目 的 港 Port of Destination: | ...AGUNTO PORT, SPAIN |

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 22 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS<br><br>SHORT SHIPPED 1 COIL / 9.305<br><br><br>FREIGHT PREPAID | | 207 85 MT |

四袋货联

| 共 计 件 数（大 写）: Total Number of Packages in Words | **SAY TWENTY TWO COILS ONLY** |
|---|---|

| 尺 码 Measurement | |
|---|---|
| 运费付款方式（Payment） | |

兹将上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 08. 22, 2007 | 时间 Time | MASTER REMARK |
|---|---|---|---|
| 装入何轮 Stowed | NO.4 HOLD | | CARGO CONDITION AS PER ATTACHED |
| 实收 Received | 21 COILS | | P+I CLUB SURVEYOR REPORT |
| 理货员签名 Tallied By | | 经办人 Approved by | |



# 上海优利兴国际货运代理有限公司
## Shanghai Union Ocean Shipping Co.,Ltd.

装货单

**优利兴**

SHIPPING ORDER

| 托运人<br>Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANLE MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA | |
|---|---|---|
| 船　名<br>Name of Vessel: | BRAVE JOHN | 航　次<br>Voyage: |
| 编　号<br>D/R No.: | BRJSHA010 | 目的港<br>Port of Destination: SAGUNTO PORT, SPAIN |

| 标记及号码<br>Marks & Nos. | 件　数<br>Quantity | 货　　　名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净　重<br>Net Weight | 毛　重<br>Gross Weight |
| N/M | 38 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 360.055 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺　码<br>Measurement | |
| 共 计 件 数（大 写）：<br>Total Number of Packages in Words | | SAY THIRTY EIGHT COILS ONLY | 运费付款方式（Payment） | |

兹将上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 05-18, 2007 | 时间<br>Time | MASTER REMARK |
| 装入何舱<br>Stowed | NO.4 HOLD | CARGO CONDITION AS PER ATTACHED |
| 实收<br>Received | 38 COILS | P+I CLUB SURVEYOR REPORT |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |

# 上海优利兴国际货运代理有限公司
# Shanghai Union Ocean Shipping Co.,Ltd.

**Union Ocean**

装货单

优利兴

SHIPPING ORDER

托运人
Shipper: NINGBO NINGSHING INTERNATIONAL INC. 17TH FLOOR TIAN MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA

船 名
Name of Vessel: BRAVE JOHN          V.71 航 次
Voyage:

编 号
D/R No.: BRJSHA011          目 的 港
Port of Destination: PORT SPAIN

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 39 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL | | 413.715 MT |
| | | FREIGHT PREPAID | | |

四 装 货 联

共 计 件 数（大 写）: SAY THIRTY NINE COILS ONLY
Total Number of Packages in Words

尺 码 Measurement

运费付款方式 (Payment)

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date  08-18, 2007          时间
Time   MASTER REMARK
CARGO CONDITION AS PER ATTACHED

装入何舱
Stowed  No.4 HOLD          P&I CLUB SURVEY REPORT

实收
Received  39 COILS

理货员签名
Tallied By          经办人
Approved by