# Exhibit D

## Lloyd's Register Fairplay

# SHIP*owner* ONLINE

Company Information

| | |
|---|---|
| **Company Code** | 5028581 |
| **Full Company Name** | Oresteia Shipping Ltd |
| **Address** | c/o P & P Shipping Co (Hellas) SA<br>7, Platonos Street,<br>185 35<br>Piraeus,<br>Greece. |
| **Country** | Greece |
| **Telephone No.** | +30 210 413 5764 |
| **Fax No.** | +30 210 417 9811 |
| **Telex** | 211732papa |

| Print | Return to results | Return to search |
|---|---|---|

Help & Terms and Conditions    Logout



# Lloyd's Register Fairplay

# SHIP*finder*
O N L I N E

Ship Information

| | | | | | |
|---|---|---|---|---|---|
| **LR/IMO Number** | 8307076 | **Status** | IN SERVICE/COMMISSION | **Callsign** | |
| **Satcomm I.D.** | | **Official Number** | 8171 | **MMSI Number** | |
| **Ship Name** | BRAVE JOHN | | | | |
| **Former Names** | Prabhu Jivesh | | | | |
| **Owner** | Oresteia Shipping Ltd | | | | |
| **Manager** | P & P Shipping Co (Hellas) SA | | | | |
| **Builder** | KK Kanasashi Zosen -Toyohashi | | | | |
| **Shiptype** | Bulk Carrier | | | **Year Of Build** | |
| **Port** | Valletta | | | **Flag** | |
| **Gross Tonnage** | 22009* | **Class 1** | AB | **Class 1 Status** | |
| *In accordance with 1969 system | | **Class 2** | | **Class 2 Status** | |
| **Net Tonnage** | 12589 | **Deadweight** | 37651 | **Last LR Survey Date** | |
| **Length** | 188.02(overall) | **Breadth** | 28.05(extreme) | **Draught** | |
| **BHP** | 8160 | **Footnote** | | | |
| **Moulded Depth** | 15.02 | | | | |

| | | |
|---|---|---|
| **Print** | **Return to results** | **Return to sea** |

Help & Terms and Conditions    Logout