# Exhibit F

NOURSE & BOWLES, LLP
Attorneys for Defendant
SHANGHAI FAREAST INTERNATIONAL
 SHIPPING AGENCY CO. LTD.
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAVISION SHIPPING COMPANY A/S,

            Plaintiff,

       against-

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, JIANGSU FING
AGENCY LTD., JIANGSU FAREAST
INTERNATIONAL SHIPPING AGENCY LTD.,
THE OLD EASTERN MEDITERRANEAN CO
SA, CHINA MARINE SHIPPING AGENCY
TIANJIN COMPANY LTD., LIANYUNGANG
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD., and SHANGHAI
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD. a/k/a FEISA,

           Defendants.
-------------------------------------------------------------X

07 Civ. 9517 (DC)

**LOCAL RULE 3(g) STATEMENT**

Defendant, Shanghai Fareast International Shipping Agency Co. Ltd. ("Shanghai Agency"), as and for its Local Rule 3(g) Statement, states that there is or should be no genuine issue of material fact concerning the following:

"F"

1.  Shanghai Agency acted, at all times, as the agent for its disclosed principal, Yong He.

2.  The charter party is governed by English law and both the charter and English law authorize the issuance of freight prepaid bills of lading.

3.  The charter party specifically provides in clause 42 that Charterers are responsible for their agents "not adhering strictly to their authority."

4.  Some bills of lading are marked "freight pre-paid" and some are marked "freight collect", or similar such words, and in this very respect, each of the bills is in conformity with its corresponding Mate's receipt.

5.  The cargo was shipped by various shippers identified in Mates' receipts and bills of lading and was at no time owned by Yong He.

6.  The bills of lading incorporated the Owner/Yong He charter party under English law.

7.  Under English law, there was no impediment to the Owner asserting a lien on cargo under bills of lading marked "freight collect".

8.  Plaintiff, to date, has not commenced suit against Shanghai Agency in any other jurisdiction.

9.  True and accurate copies of the appointment of Shanghai Agency as agent of charterer, Yong He Shipping (HK) Ltd., the fixture recap, the charter party, the bills of lading, the Mates' receipts, the Shipping Orders and the Master's

-3-

so-called letter of authorization are attached to affidavits or declarations submitted with this 3(g) statement.

Dated: New York, New York
       January 30, 2008

                              NOURSE & BOWLES, LLP
                              Attorneys for Defendant
                              SHANGHAI FAREAST
                              INTERNATIONAL
                               SHIPPING AGENCY CO. LTD.

By: _____
      Armand M. Paré, Jr. (AP-8575)
      One Exchange Plaza
      At 55 Broadway
      New York, NY 10006
      (212) 952-6200