# Exhibit G



# BANK OF CHINA
### NEW YORK BRANCH

410 MADISON AVENUE
661723
NEW YORK, NY 10017-1191
TELEPHONE: (212) 935-3101

Telex: ITT 423635, WU

Cable: CHUNGKUO
S.W.I.F.T.: BKCH US 33

**傳真電文**
(FAX MESSAGE)

FAX NO: (212) 593-4526
TELE NO: (212) 935-3101

| TO : BKCHCNBJ300 | FROM : BANK OF CHINA NEW YORK |
|---|---|
| ATTN: | OUR CASE : 071221-46-KH |
| RE : REF 40303MD0745978  COURT ORDER | PAGES: 5  DATE: 12/24/07 |
| FAX NUMBER : 01186-21-8621-6329 | PHONE: 212 935 3101 |

Please refer the attachments as it is to respond your messages concerning payment under YR MT103 REF TT3E39439/071201 DATE 12/20/07 USD1,000,000.00

which is being held by our bank due to court order, you may notify your customer accordingly

Regards,

