# Exhibit H

Page 1 of 1

## Journal Email

**From:** Nancy R. Siegel [nsiegel@lenmur.com]
**Sent:** Thursday, January 17, 2008 4:54 PM
**To:** amp
**Cc:** Patrick F. Lennon
**Subject:** Navision v. Yong He Shipping Ltd. et. al.; LML ref 1267

Dear Jay,

   Notwithstanding the remaining aspects of your letter, to which we reserve our right to object, I wanted to bring to your attention an apparent mistake. We write to provide you with notice that Shanghai Agency's funds have been attached in the following amounts:

$215,300.52  by Citibank on or about January 15, 2008
$8,024.00    by Citibank on or about December 31, 2007
$51,492      by Citibank on or about January 8, 2008
187,175.87   by Deutsche Bank on or about January 3, 2008

TOTAL: $461,992.39

   Thus, your estimate of one million dollars appears to be in error. Please let us know if you have knowledge of other funds attached.

Best Regards,

Nancy R. Siegel

H

1/18/2008