EXHIBIT "2"

```
070712-5619                                                          User: CB
     To: NAVISION CHARTERING A/S <chartering@navisiongroup.com>
   From: GFI BROKERS LONDON <drycargo@gfigroup.co.uk>
Subject: [CB] brave john/yhs cp dated 12.7.2007
   Date: 12-07-2007 12:17:08    (printed 28-09-2007 12:12:34)
TO..: "NAVISION CHARTERING A/S"
FROM: GFI Group
DATE: 12-JUL-2007 11:16
MSG.: 989232

peter / dan

very plsd to confirm having fixed clean asf cp dated 12 july 07:

m.v. brave john ex prabhu jivesh (ex spring eagle)
self trimming bulk carrier
malta flag built dec 1983-japan
kurushima dockyard no:3010
port of registry:valletta
classed abs (abs a1 bc-ams-accu), ism certified
39230 dwat on 11.20 mtrs draft
winter: 38155mt on 10.98mtrs
tropical: 40270mt on 11.42mtrs
tpc loaded: 45.87 / tpi:116.5 / light : 41.79
call sign 9 h n r 7 -  inmarsat c: 421540410 brav
e-mail: 421540410@stratosmobile.net
phone: 763616645 / fax:763616647
official class register no:83142421
imo:  8307076
loa/beam   188/28 mtrs
depth moulded: 15.4m
grt/nrt   22009/12589
suez grt/nrt   22779.88/19915.85
panama grt/nrt   23703.05/18106.73
grain/bale   47588.89/45961.76 cu.mtrs
holdwise grain/bale capa
no1  : 8,359.34 / 7,971.60
no2  : 9,846.08 / 9,578.87
no3  :10,238.34 / 9,895.64
no4  : 9,844.73 / 9,533.50
no5  : 9,300.40 / 8,982.15
ttl  :47,588.89 /45,961.76

ho/ha              5/5 forward of bridge
hatch covers      folding type hydraulically operated
hatch sizes         #1 to 5 19.2 x 14.04 mtrs
                    #3 floodable

ows cnfm vsls h.cvr not side opening n not side rolling
t/top clear of hoppers dimensions
    nr.1 :  length   28.50 mtrs inner bulkhead corrugation
            breadth fwd 6.90 mtrs aft 18.40 mtrs
    nr.2/3/4   length   28.50 mtrs inner bulkhead corrugation
            breadth 18.40 mtrs
    nr. 5 : length   28.50 mtrs inner bulkhead corrugation
            breadth fwd 18.40 mtrs aft 9.75 mtrs

height tt to main deck 13.80 mtrs tt to hacover 14.40 mtrs
distance waterline to top hatchcovers in light ballast:abt 11m
distance waterline to top hatchcovers in heavy ballast:abt 10.6m

cranes           4 of 25 tons

vsl strengthened for heavy cargoes #2/4 may be empty
strength of ttp/deck/h cover
tt str.nr1-19.2 nr2-13.3 nr3-25.4 nr4-13.3 nr5-19.2 mt/mtr2
```

```
deck 3.0mt/mtr2

constants: 300 mts excl fw
daily fresh water consuption:8mt
fresh water capacity: 180mt
max const incl fw: 400mt
tank capacity ifo: 1400mt    mdo:120mt

speed abt 12.50k on abt 24 mt ifo (180 cst) + 2.0 mt mdo at sea
when idle abt  1.5 mt mdo /when gear working abt 2.8 mt mdo.
speed/cons described in fair weather unexceeding beaufort scale 3.
speed/cons described from seabuoy to seabuoy and vsl consumes mdo for
navigating in channels and enclosed waters.

master's nationality: Greek
officers and crew nationality:philippinoes.

p&iclub: west of england
h&m value: usd 10mil
h&m insurer: london +italian market via cambiaso risso of genova.

last s.survey date:sept 2003 at china - chengxi shipyard
last dd: may 2006  at piraeus

-australia hold ladders fitted
-itf: bona fide
-vsl is under present management: since 11/04/2003

owners:oresteia shipping ltd, malta
managers: p+p shipping co (hellas) s.a.
              7, platonos street  - piraeus 185 35
              greece
              tel:+30210-4224112/5 fax:+30210-4224119 tlx:211732 papa gr
              e-mail:papanhes@otenet.gr
- all details about

FOR

- A/C YONG HE SHIPPING(HK) LTD

- DELY DLOSP ,ZHANJIANG, CHINA ATDNSHINC

- LYCN 21/29 JULY (0001/2400 HRS LT) 2007

- FOR 1 TCT WITH INT STEELS AND GENERALS LAWFULL AND HARMLESS,
  WITH DECK OPTION, VIA SPS SAS SBS AA AWIWL

- estimated duration for cp purposes abt 60 days wog

- redely on dlosp full med as per ows btb cp atdnshinc, port in chopt

- HIRE USD 34500 DIOT FIRST 50 DAYS AND USD 35500 THEREAFTER

- 1st hire plus bod to be paid on dely
  2nd hire to be 45 days and to be paid 15 dys after dely
  3rd hire upto expected redely incl bunker adjustment
  any subsequent hire(s) to be paid in advance as/if becomes due

- vessel to deliver with bunkers remaining on board estimated to be
  abt 500-600 mts ifo and abt 50-60 mts mdo. vessel to be redel with
  abt 500 mts ifo and abt 50 mts mdo. prices bends usd 340 pmt ifo
  and abt usd 625 pmt mdo.

- ILOHC/CVE AS PER B2B CP

- CARGO/TRADING EXCL AS PER B2B CP
```

- owise as per ows btb cp logically amended

- 5ttl owners

END

thanks vm fixture

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.

Communications sent from our London offices are, unless stated otherwise, sent on behalf of
GFI Holdings Limited, a limited company registered in England and Wales with registered
office located at 1 Snowden Street, London EC2A 2DQ and registered number 03405222

This footnote also confirms that this email message has been swept by
MIMEsweeper for the presence of computer viruses.

www.mimesweeper.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email