EXHIBIT "3"

CAPTAIN'S COPY

AUTHORIZATION TO SIGN BILLS OF LADING ON MY BEHALF

DATE : 22TH AUG 2007

M/V BRAVE JOHN

To: SHANGHAI FAREAST INT'L SHIPPING AGENCY CO. LTD

In consideration of the fact that the Bills of Lading will not be presented to me for my signature before my ship's departure, I hereby authorize you to sign Bills of Lading on my behalf subject to the following conditions:

1. That the Bills of Lading contain the following clause:
''All terms, conditions, liberties, exceptions and the Arbitration Clause of Charter Party dated 12th July 2007 and any addenda thereto, are herewith incorporated.''

2. That the Bills of Lading are strictly in conformity with Mate's and/or Tally clerk's receipts and all remarks thereon.

3. That the Bills of Lading contain the following clause:
Owners have the express right to exercise lien in this cargo for freight, sub-freight, hire and sub-hires.

4. That you may not issue Bills of Lading marked ''FREIGHT PREPAID'' which is STRICTLY FORBIDDEN. Also no through or liner in or out Bills of Landing to be issued.

5. That Bills of Lading for Deck Cargo contain the following clause:
''Shipped On Deck At Charterers/Shippers/Receivers sole risk and responsibility. Vessel not responsible for any loss or damage howsoever caused''.

Should you encounter any difficulty in fully complying with this authorization you are hereby instructed to contact my ship's Disponent Owners via Navision Chartering A/S, Denmark (see www.navisiongroup.com). You will be held fully responsible in case you do not follow the above authorization strictly. This authorization may not be assigned to any other party. Two original copies of this authorization are issued. One original copy is kept by the Captain at all times.

VASILAKIS APOSTOLOS
--------------------------------
Captain's signature

Acknowledged and accepted:
--------------------------------
MR . ZHUO ZONG GEN
SHANGHAI FAREAST INT'L SHIPPING AGENCY CO. LTD

RCVD THIS LETTER