UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NAVISION SHIPPING COMPANY A/S,                       :
                                                     :
                                                     :
            Plaintiff,                               :       07 Civ. 9517 (DC)
                                                     :
                                                     :
        - against -                                  :       ECF CASE
                                                     :
YONG HE SHIPPING (HK) LTD., PROSPER                  :
SHIPPING LIMITED, JIANGSU FING AGENCY LTD.,          :
JIANGSU FAREAST INTERNATIONAL SHIPPING               :
AGENCY LTD., THE OLD EASTERN                         :
MEDITERRANEAN CO SA, CHINA MARINE                    :
SHIPPING AGENCY TIANJIN COMPANY LTD.,                :
LIANYUNGANG FAREAST INTERNATIONAL                    :
SHIPPING AGENCY CO. LTD., and SHANGHAI               :
FAREAST INTERNATIONAL SHIPPING AGENCY                :
CO. LTD. a/k/a FEISA,                                :
                                                     :
            Defendants.                              :
------------------------------------------------------------------X

## RESPONSE TO DEFENDANT'S STATEMENT OF
## UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1(b)

1. Denied.

2. Plaintiff admits that the charter party is governed by English law. However, Plaintiff denies the fact that the charter and English law authorize the issuance of prepaid bills of lading in these circumstances.

3. Denied.

4. Admits that some of the bills of lading are marked "freight pre-paid" and some are marked "freight collect." Denies having knowledge and/or information sufficient to form a belief about the remainder of paragraph 4.

5. Admits that Mate's receipts and bills of lading reference various shippers. However,

Denies having knowledge and/or information sufficient to form a belief about who owned the cargo at any time.

6. Denied.

7. Calls for a legal conclusion.

8. Admitted.

9. Denies knowledge and/or information sufficient to form a belief as to whether any copy of the alleged appointment of Shanghai Agency as agent of Charterer Yong He is true and accurate; Denies that Fixture Recap submitted by Defendant Shanghai Agency is true and accurate; Denies that Charter Party submitted by Shanghai Agency is true and accurate; Denies knowledge and/or information sufficient to form a belief as to whether bills of lading, Mate's Receipts and shipping order submitted by Defendant Shanghai Fareast are true and accurate.

Dated: March 3, 2008
       Southport, CT

                                      The Plaintiff,
                                      NAVISION SHIPPING COMPANY A/S

                                      By: _____
                                      Nancy R. Peterson (NP 2871)
                                      Patrick F. Lennon (PL 2162)
                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      Phone (212) 490-6050
                                      Fax (212) 490-6070