

Lennon,
Murphy &
Lennon, LLC

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

mail@lenmur.com

February 28, 2008

*Via Facsimile (212) 805-7906*
Hon. Denny Chin
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/06/08

Re:  Navision Shipping Company A/S v. Yong He Shipping (HK) Ltd. et. al.
     Docket #: 07 Civ. 9517 (DC)
     LML ref: 07-1267

Dear Judge Chin:

   We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure.  We write with regard to the briefing schedule concerning Defendant Shanghai Fareast International Shipping Agency Co. Ltd.'s Motion to Vacate Attachment, Dismiss Complaint or for Summary Judgment.

   Particularly, we write to notify the Court that there was a small error in our prior letter to the Court dated February 22, 2008.  The former deadline to submit the opposition papers was Monday, February 25, 2008, not Friday, February 22, 2008.  Thus, the week's extension thereof, which was consented to by Defendant's counsel and approved by the Court, was intended to go to March 3, 2008.

   We have contacted Defendant's counsel regarding this error and confirmed that the deadline was to be extended to March 3, 2008 (not February 29, 2008).  Defendant's counsel has no objection to the aforementioned.

   In addition, Defendant's counsel informed us that he will be unavailable for a portion of next week and requested until Friday to submit his Reply. We have no objection to his request. In light of the foregoing, we request that the Court memo-endorse this letter to reflect the deadline of March 3, 2008 for the opposition papers and to confirm that Defendant has until Friday to submit its Reply papers.

   Should your Honor have any questions we are available to discuss the same at any time convenient to the Court. We thank your Honor for consideration of this request.

Respectfully Submitted,

Nancy R. Siegel

Approved
SO ORDERED.
3/3/08