NOURSE & BOWLES, LLP
Attorneys for Defendant
SHANGHAI FAREAST INTERNATIONAL
 SHIPPING AGENCY CO. LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAVISION SHIPPING COMPANY A/S,

               Plaintiff,

          against-

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, JIANGSU FING
AGENCY LTD., JIANGSU FAREAST
INTERNATIONAL SHIPPING AGENCY LTD.,
THE OLD EASTERN MEDITERRANEAN CO
SA, CHINA MARINE SHIPPING AGENCY
TIANJIN COMPANY LTD., LIANYUNGANG
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD., and SHANGHAI
FAREAST INTERNATIONAL SHIPPING
AGENCY CO. LTD. a/k/a FEISA,

               Defendants.
-------------------------------------------------------------X

07 Civ. 9517(DC)

**REPLY AFFIDAVIT OF**
**ARMAND M. PARÉ, JR.**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

      ARMAND M. PARÉ, JR., being duly sworn, deposes and states:

1. I am a member of the bar of this Honorable Court and a member of the firm of Nourse & Bowles, LLP, attorneys for defendant, Shanghai Fareast International Shipping Agency Co. Ltd. ("Shanghai Agency") in this case. I submit this reply affidavit on behalf of Shanghai Agency's restricted appearance under Supplemental Admiralty Rule E(8) of the Federal Rules of Civil Procedure ("FRCP") to dismiss the claims and attachments against Shanghai Agency under Rule 12(b)(6) of the FRCP.

2. Attached as Exhibit "A" is a reply declaration made in accordance with 28 U.S. Code § 1746 of Mr. Zhuo Zhonggen of Shanghai Agency, including Exhibits "1" – "3".

3. Attached as Exhibit "B" is a reply declaration made in accordance with 28 U.S. Code § 1746 of Ernest Tai Ming Yang, a solicitor expressing opinion on English law, including Exhibits "1" – "3".

4. Attached as Exhibit "C" is a reply declaration made in accordance with 28 U.S. Code § 1746 of Mr. Chu Beiping, a Chinese attorney, expressing opinions on Chinese law, including Exhibit "1".

_____
ARMAND M. PARÉ, JR.

Sworn to before me this
7th day of March, 2008

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. In Queens Cty; New York City
Commission Expires November 17, 2009

-2-