# Yang
# Exhibit 2

上海华港国际船舶代理有限公司
CHINA PORTS INTERNATIONAL SHIPPING AGENCY CO.,LTD.

收货单
MATE'S RECEIPT

| | |
|---|---|
| 托运人<br>Shipper | JIANGSU CHENGDE STEEL TUBE SHARE CO., LTD<br>NO. 1, CHENGDE ROAD, JIANGDU CITY,<br>JIANGSU PROVINCE 225200, CHINA<br>TEL/FAX:0086514628845 |
| 编号<br>No. | ERJSHA00L.   船名<br>S/S   BRAVE JORGE V.7111 |
| 目的港<br>For | SAGUNTO PORT, SPAIN |

下开完好状况之货物业已收妥无损
Received on board the following goods apparent in good order and condition:

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 贸 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| | 635BUNDLES | SHORT SHIPPED 7 BDS / H 8D+ | | |
| | | ART HOT SEAMLESS CARBON<br>HOT HOT SEAMLESS (QUANTITY ALL SORT<br>WITH QUANTITY PORT STEEL<br>GRADE MAY LENGTH, SIZE<br>ICBL+BROWNS OPEN RED<br>1. 96.6 X 6.5<br>2. 83.8 X 7.5<br>3. 88.9 X 7<br>4. 101.6 X 9<br>5. 114.3 X 9<br>CONTRACT NO<br>L/C NO:<br>PAID TO SGNT FREIGHT | | |

共 计 件 数 (大写)
Total Number of Packages in Writing SAY SIX HUNDRED THIRTY-FIVE BUNDLES ONLY

| | | |
|---|---|---|
| 日期<br>Date | 08.21.2007 | 时间<br>Time |
| | MASTER REMARK: CARGO CONDITION<br>AS PER METAL FR / 7 DES<br>SURVEYOR REPORT | |
| 装入何舱<br>Stowed | No. 4 HLD | |
| 实 收<br>Received | 628 BDS | |
| 理货员签名<br>Tallied By | 大 副<br>Chief Officer | |

Yans Ex 2

CODE NAME: "CONEGENBILL" EDITION 1994

**Shipper**

JIANGSU CHENGDE STEEL TUBE SHARE CO., LTD.
NO.1, CHENGDE ROAD, JIANGDU CITY,
JIANGSU PROVINCE 225200, CHINA
TEL/FAX: 00865146528955

**Consignee**

HERMAGAR, S.A., AVDA. DE CASTILLA 27,
28830 SAN FERNANDO DE HENARES, MADRID, SPAIN

**Notify address**

GLOBAL OIL AND GAS PROCUREMENT SERVICES (GOGPS) LIMITED,
63 SHAFTESBURY AVE, KENTON, HARROW MIDDLESEX,
HA3 0RB UNITED KINGDOM

| Vessel | Port of loading |
|---|---|
| BRAVE JOHN V. 7T11 | SHANGHAI PORT, CHINA |

**Port of discharge**

SAGUNTO PORT, SPAIN

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No. BR.TSHA006
Reference No.

**ORIGINAL**

| Shipper's description of goods | Gross weight |
|---|---|
| N/M          628 BUNDLES | 1521284KGS |

API 5CT SEAMLESS CASING
API 5CT SEAMLESS CASING FULL LINER
TERM SASGUNTO PORT, SPAIN
GRADE N80 LENGTH: 95PER CENT
12(0,+500MM),5PER CENT,9-12M
1.  88.9 X 6.5
2.  88.9 X 7.5
3.  88.9 X 9
4.  101.6 X 9
5.  114.3 X 9
CONTRACT NO: CD20070020
L/C NO: OPB-CI0432631
SAID TO 6598 PIECES

**ON BOARD**

**2 2 AUG 2007**

FREIGHT PREPAID

(Of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising) SAY SIX HUNDRED TWENTY-TIGHT BUNDLES ONLY

Freight payable as per
CHARTER-PARTY dated..........................

FREIGHT ADVANCE.
Received on account of freight:

.................................................

Time used for loading ......................days ......................hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
|  | 上海远东邦隊国际船舶代理有限公司 |
| Number of original Bs/L | SHANGHAI FAR EAST INTERNATIONAL SHIPPING AGENCY CO. LTD. |
| THREE | **2 2 AUG 2007** |
|  | GENERAL MANAGER |

printed and sold by
r. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,

**Ⓤnion cean**

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
Shanghai Union Ocean Shipping Co.,Ltd.

收货单

CHANGSHU XINGDAO ADVANCED BUILDING MATERIAL CO. , LTD.
DONGBANG INDUSTRIAL PARK ,CHANGSHU,JIANGSU,CHINA
托运人
Shipper:     T.86051252687618     F.86051252687610

优利兴

MATE'S RECEIPT

船　名
Name of Vessel: _____

航　次
Voyage: _____

编　号
D/R No.: _____

目 的 港
Port of Destination: SAGUNTO,SPAIN

| 标 记 及 号 码<br>Mark's & Nos. | 件　数<br>Quantity | 货　　名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
| | | | 净　重<br>Net Weight | 毛　重<br>Gross Weight |
| N/M | 40COILS | HOT-DIP GALVANIZED STEEL SHEET IN COIL | 513.560MTS | |
| | | FREIGHT PREPAID | | |
| | | | 尺　码<br>Measurement | |
| | | SAY FORTY COILS ONLY | 运费付款方式　(Payment) | |

共 计 件 数 （大 写）
Total Number of Packages in Words

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

| 日期<br>Date | | 时间<br>Time | MASTER RE... |
| 装入何舱<br>Stowed | | | CARGO CONDITION AS PER |
| 实收<br>Received | | | ATTACHED P & I |
| | | | SORVEYOR RAPOR... |
| 理货员签名<br>Tallied By | | 大副签名<br>Chief Officer | |

CCDE NAME: "CONEGENBILL" EDITION 1994

**Shipper**

CHANGSHU XINGDAO ADVANCED BUILDING
MATERIAL CO., LTD.   DONGBANKG INDUSTRIAL
PARK , CHANGSHU, JINAGSU, CHINA
T.86051252687618    F.86051252687610

**BILL OF LADING**   B/L No. ~ BRJSHA007
TO BE USED WITH CHARTER-PARTIES
                    Reference No.

**Consignee**

TO THE ORDER

**Notify address**

HIERROS HONTORIA S.A.

40450 NAVA DE LA ASUNCION( SEGOVIA ),

SPAIN

| Vessel | Port of loading |
|---|---|
| BRAVE JOHN   V.7T11 | SHANGHAI PORT, CHINA |

**Port of discharge**

SAGUNTO  PORT, SPAIN

# ORIGINAL

| Shipper's description of goods | | | Gross weight |
|---|---|---|---|
| N/M | 40COILS | HOT-DIP  GALVANIZED  STEEL SHEET IN COIL | N.W.:510.360MTS G.W.:513.560MTS |

CLEAN ON BORAD

**1 5 AUG 2007**

FREIGHT PREPAID

SAY TOTAL FORTY COILS ONLY

(Of which                      on deck at Shipper's risk: the Carrier not
            being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated.........................................................

FREIGHT ADVANCE.
Received on account of freight:

..........................................................................

Time used for loading ...........................days ..........................hours.

**SHIPPED**   at the Port of loading in apparent good order and
            condition on board the Vessel for carriage to the port
of Discharge or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
Unknown.
IN WITNESS  where of the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | SHANGHAI 1 5 AUG 2007 |
| Number of original Bs/L | Signature |
| THREE | AS AGENTS BY AND ON BEHALF OF MASTER OF MV BRAVE JOHN |

Printed and sold by
E. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
Telefac 45 33 93 1184
by authority of The Baltic and International Maritime Council

上海远东环球国际船舶代理有限公司
SHANGHAI FAR EAST INTERNATIONAL SHIPPING AGENCY CO., LTD

上海优利兴国际货运代理有限公司
Shanghai Union Ocean Shipping Co.,Ltd.

收货单

优利兴
MATE'S RECEIPT

托运人
Shipper: NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA.

船 名
Name of Vessel:

航次
Voyage:

编 号
D/R No.:

目 的 港
Port of Destination: SAGUNTO PORT, SPAIN

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 16 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 159.26 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺 码<br>Measurement | |
| 共 计 件 数（大 写）<br>Total Number of Packages in Words | | SAY SIXTEEN COILS ONLY | 运费付款方式（Payment） | |

按将上述宅好状况之货物装船后希盖章收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same.

| 日期<br>Date | | 时间<br>Time | |
|---|---|---|---|
| 积载<br>Stowed | | | |
| 收到<br>Received | | | |
| 理货<br>Tallied By | | 大副签名<br>Chief Officer | |

CODE NAME: "CONEGENBILL" EDITION 1994
Shipper

**BILL OF LADING**   B/L No.      BRJSHA008
TO BE USED WITH CHARTER-PARTIES

Reference No.

NINGBO NINGSHING INTERNATIONAL INC

17TH FLOOR TIANNING MANSION 138

ZHONGSHAN WEST ROAD

NINGBO, CHINA.

TO THE ORDER OF CREDIT SUISSE, ZURICH

Notify address

CVACEROS AG

BAARERSTRASSE 12

6300 ZUG

SWITZERLAND

Vessel

**BRAVE JOHN   V.7T11**        Port of loading     SHANGHAI PORT, CHINA

Port of discharge

SAGUNTO PORT, SPAIN

**ORIGINAL**

Shipper's description of goods

Gross weight

N/M          16COILS       PREPAINTED HOT-DIP ZINC-COATED        GROSS WEGHT: 159.260 MT
                            STEEL COILS                          NET WEIGHT: 158.445 MT

CLEAN ON BOARD
FREIGHT PREPAID   2 2 AUG 2007

SAY TOTAL SIXTEEN (16)COILS ONLY

(Of which                       on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated...........................

**SHIPPED** at the Port of loading in apparent good order and
condition on board the Vessel for carriage to the port
of Discharge or so near thereto as she may safely get the goods specified
above.
Weight, measure, quality, quantity, condition, contents and value
Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FREIGHT ADVANCE.
Received on account of freight:

...........................................

Time used for loading .........................days .................... hours.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at          Place and date of issue   2 2 AUG 2007
                            SHANGHAI

Number of original Bs/L      Signature

THREE                       AS AGENTS BY AND ON BEHALF
                            OF MASTER OF MV BRAVE JOHN:
                            上海远东环球国际船舶代理有限公司
                            SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

Printed and sold by
Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copennagen k,
tic 45 33 93 1184
Authority of The Battle and international Maritime Council
(ICO), Copenhagen.

上海优利兴国际货运代理有限公司
Shanghai Union Ocean Shipping Co.,Ltd.

**Union Ocean**

收货单

优利兴
MATE'S RECEIPT

托运人
Shipper: NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA.

船名
Name of Vessel: BRAVE JOHN

V.7 航次
Voyage:

编号
D/R No.:

目的港
Port of Destination: SAGUNTO PORT, SPAIN

| 标记及号码 Marks & Nos. | 件数 Quantity | 货名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净重 Net Weight | 毛重 Gross Weight |
| N/M | 22 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS  SHRT SHIPPED 1 COIL / 9.305    FREIGHT PREPAID | | 207.85 MT |

五收货联

尺码 Measurement

共计件数（大写）
Total Number of Packages in Words

SAY TWENTY TWO COILS ONLY

运费付款方式 (Payment)

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date: 05-28, 2007

时间
Time: MASTER REMARK

装入何舱
Stowed: No.2 HLD

CARGO CONDITION APPER ACCEPTED

宗数
Received: 21 COILS

理货员签名
Tallied By:

主副员签名
Chief Officer:

CODE NAME: "CONEGENBILL" EDITION 1994

**BILL OF LADING**   B/L No.   **BRJSHA009**
TO BE USED WITH CHARTER-PARTIES   Reference No.

Shipper

NINGBO NINGSHING INTERNATIONAL INC
17TH FLOOR TIANNING MANSION 138
ZHONGSHAN WEST ROAD
Consignee NINGBO, CHINA

TO THE ORDER OF CREDIT SUISSE, ZURICH

Notify address
CVACEROS AG
BAARERSTRASSE 12
6300 ZUG
SWITZERLAND

Vessel
**BRAVE JOHN   V.7T11**

Port of loading
SHANGHAI PORT, CHINA

Port of discharge
SAGUNTO PORT, SPAIN

**ORIGINAL**

| Shipper's description of goods | | | Gross weight |
|---|---|---|---|
| N/M | 21COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | GROSS WEIGHT: 198.545 MT  NET WEIGHT: 197.485 MT |

CLEAN ON BOARD   2 2 AUG 2007
FREIGHT PREPAID

SAY TOTAL TWENTY ONE (21) COILS ONLY

(Of which                on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated..............

FREIGHT ADVANCE.
Received on account of freight:

..........................................................

Time used for loading ..................days ................... hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue  SHANGHAI   2 2 AUG 2007 |
|---|---|
| Number of original Bs/L  THREE | Signature  AS AGENTS BY AND ON BEHALF OF MASTER  上海远东环球国际船舶代理有限公司  SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD. |

Printed and sold by
F. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
Telefon 45 33 93 1184

## Ｕnion Ｏcean
### 上海优利兴国际货运代理有限公司
### Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优利兴
MATE'S RECEIPT

| 托运人 Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA. |
| 船 名 Name of Vessel: | BRAVE JOHN | 次 V.航次 Voyage: |
| 编 号 D/R No.: | CR-BSH2010 | 目 的 港 Port of Destination: | SAGUNTO PORT, SPAIN |

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 净 重 Net Weight | 毛 重 Gross Weight |
|---|---|---|---|---|
| N/M | 38 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 360.055 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺 码 Measurement | |
| 共 计 件 数（大 写） Total Number of Packages in Words | | SAY THIRTY EIGHT COILS ONLY | 运货付款方式（Payment） | |

重 量 公 斤 Weight Kilos

五 收 货 联

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 16-10-2007 | 时间 Time | MASTER RE 4424 |
| 装入何舱 Stowed | No.4 HLD | | CARGO CONDITION AS PER ATTACED |
| 实收 Received | 38 (件) | | P/I NOTE SUBJECT TO PROTEST |
| 理货签名号 Tallied By | 张伟 | 大副签名 Chief Officer | |

CODE NAME: "CONEGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.     BRJSHA010
Reference No.

Shipper

NINGBO NINGSHING INTERNATIONAL INC
17TH FLOOR TIANNING MANSION 138
ZHONGSHAN WEST ROAD
NINGBO, CHINA.

Consignee

TO THE ORDER OF CREDIT SUISSE, ZURICH

Notify address

CVACEROS AG
BAARERSTRASSE 12
6300 ZUG
SWITZERLAND

| Vessel | Port of loading |
|---|---|
| BRAVE JOHN   V.7T11 | SHANGHAI PORT, CHINA |

Port of discharge
SAGUNTO PORT, SPAIN

ORIGINAL

Shipper's description of goods

| | | | Gross weight |
|---|---|---|---|
| N/M | 38COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | GROSS WEGHT: 360.055 MT<br>NET WEIGHT: 358.155 MT |

CLEAN ON BOARD
FREIGHT PREPAID   2 2 AUG 2007

SAY TOTAL THIRTY EIGHT (38) COILS ONLY

(Of which ............................ on deck at Shipper's risk: the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated.............................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ............................days ...................... hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | SHANGHAI  2 2 AUG 2007 |
| Number of original Bs/L | Signature |
| THREE | AS AGENTS BY AND ON BEHALF OF MASTER OF M.V BRAYE JOHN.<br>上海远东环球国际船舶代理有限公司<br>SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO.,LTD. |

Printed and sold by
Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k,
Tic 45 33 93 1164
Authority of The Baltic and International Maritime Council

Union Ocean

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
Shanghai Union Ocean Shipping Co.,Ltd.

收 货 单

优 利 兴

MATE'S RECEIPT

托运人
Shipper: NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANNING MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA.

船 名
Name of Vessel: BRAVE EAGLE

航 次
Voyage:

编 号
D/R No.:

目 的 港
Port of Destination: SAGUNTO PORT, SPAIN

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 39 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 413.715 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺 码<br>Measurement | |
| | | SAY THIRTY NINE COILS ONLY | 运费付款方式（Payment） | |

共 计 件 数（大 写）
Total Number of Packages in Words

兹将上述实行状况之前物装船后带盖章签收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date

时间
Time   MASTER REMARK:
       CARGO CONDITION
       PIT CLMS UNKNOWN

装入何处
Stowed

实收
Received

理货签名
Tallied By

大副签名
Chief Officer

CODE NAME: "CONEGENBILL" EDITION 1994

Shipper

NINGBO NINGSHING INTERNATIONAL INC
17TH FLOOR TIANNING MANSION 138
ZHONGSHAN WEST ROAD
NINGBO, CHINA.

**BILL OF LADING** B/L No. BRJSHA011
TO BE USED WITH CHARTER-PARTIES
Reference No.

TO THE ORDER OF CREDIT SUISSE, ZURICH

Notify address

CVACEROS AG
BAARERSTRASSE 12
6300 ZUG
SWITZERLAND

Vessel
BRAVE JOHN   V.7T11

Port of loading
SHANGHAI PORT, CHINA

ORIGINAL

Port of discharge
SAGUNTO PORT, SPAIN

| Shipper's description of goods | | | Gross weight |
|---|---|---|---|
| N/M | 39COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | GROSS WEIGHT: 413.715 MT  NET WEIGHT: 411.670 MT |

CLEAN ON BOARD
FREIGHT PREPAID   2 2 AUG 2007

SAY TOTAL THIRTY NINE (39) COILS ONLY

(Of which                on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated..........................................

FREIGHT ADVANCE.
Received on account of freight:

_____

Time used for loading ...........................days ...................... hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS where of the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue  SHANGHAI   2 2 AUG 2007 |
|---|---|
| Number of original Bs/L  THREE | Signature  AS AGENTS BY AND ON BEHALF OF MASTER 上海长荣国际船舶代理有限公司  SHANGHAI EVERGREEN INTERNATIONAL SHIPPING AGENCY CO. LTD. |

Printed and sold by
N. G. Knudzons Bogtrykkeri A/S, 55 Toldbodgade, Dk-1253 Copenhagen k.

上海远东环球国际船舶代理有限公司
EISA SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD

托运人
Shipper

收货单
MATE'S RECEIPT

编号
No.  BRJSHA012          船名 S/S  BRAVE JOHN V.7111

目的港
For  LA SPEZIA, ITALY

下开�SPEZIA.ITALY货物业已收安无损
Receive on board the following goods apparent in good order and condition:

| 标记及号码 Marks & Nos. | 件数 Quantity | 货名 Description of Goods | 重量公斤 Weight kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| | | | | |

共计件数（大写）
Total Number of Packages in Writing

日期
Date                    时间
Time

装载
Stowed

交收
Received

理货员签名
Tallied By                    大副
                              Chief Officer

| Shipper | | B/L No. | BRJSHA012 |
|---|---|---|---|
| HUBEI XIN YEGANG CO., LTD. | **BILL OF LADING** | Nationality of Ocean Vessel | |
| HUANGSHI HUBEI, CHINA | | | |

**Consignee**

TO THE ORDER

CARRIER: YONG HE SHIPPING (HK) LTD.

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

**Notify Address**

DIEMME TRADE S.R.L.

C.SO MAZZINI, 51-26100 CREMONA(ITALY)

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

| Pre-carriage by | Place of Receipt by Pre-carrier |

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

| Ocean Vessel BRAVE JOHN   V.7T11 | Port of Loading SHANGHAI PORT OF CHINA | **Original** |

| Port of Discharge LA SPEZIA, ITALY | Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L THREE |

| Marks & Nos  /Container Nos | Number and kind of packages,description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 174BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBES<br><br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br>2 2 AUG 2007 | 486.810MT | |

Particulars Furnished by Merchants

| TOTAL PACKAGES (IN WORDS) | SAY ONE HUNDRED AND SEVENTY-FOUR BUNDLES ONLY. |

| Freight and charges | Place of B (S)/L Issue | Dated |
|---|---|---|
| | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN
GENERAL MANAGER

上 海 优 利 兴 国 际 货 运 代 理 有 限 公 司
**Shanghai Union Ocean Shipping Co.,Ltd.**

收 货 单

优 利 兴

**MATE'S RECEIPT**

| | | |
|---|---|---|
| 托运人<br>Shipper: | JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD.<br>NO.297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVINCE,CHINA | |
| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: 7T11 |
| 编 号<br>D/R No.: | BRJSHA013 | 目 的 港<br>Port of Destination: LA SPEZIA,ITALY |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 23BUNDLES | HOT ROLLED ROUND BARS,<br>BALL BEARING STEEL | | 52.830MT |

SAY TWENTY THREE BUNDLES ONLY

尺 码<br>Measurement

运费付款方式 (Payment)

FREIGHT PREPAID

总 注 本 数 (大写)<br>Total Number of Packages in Words

收到上述完好状况之货物并签妥随附之各有关收货单

Received on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same.

| | |
|---|---|
| 日期<br>Date | 时间<br>Time |
| 配载<br>Stowed | |
| 收到<br>Received | |
| 大副签字<br>Off No.: | 大副签字<br>Chief Officer |

NO.297, BINJIANG(E) ROAD, JIANGYIN CITY, JIANGSU
PROVINCE, CHINA

Consignee

TO ORDER

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) · the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address
FERROSTAAL METALS GMBH
HOHENZOLLERNSTRASSE 24
D-45128 ESSEN GERMANY

*Original*

| Pre-carriage by | * Place of Receipt by Pre-carrier |
|---|---|
| BRAVE JOHN V.7T11 | Port of Loading SHANGHAI, CHINA |

| LA SPEZIA, ITALY | * Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B/L THREE |
|---|---|---|---|

| Marks & Nos. / Container Nos. | Number and kind of packages; description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 23BUNDLES<br><br>HOT ROLLED ROUND BARS<br>BALL BEARING STEEL<br>ORDER NUMBER: 551-07-22452<br><br>AGENTS IN LA SPEZIA:<br>GIORDO SRL LA SPEZIA<br>FILIALE DELLA SPEZIA, VIALE ITALIA 121<br>19124 LA SPEZIA, ITALY<br>TEL: 0039 0187 021066 / 518242<br>FAX: 0039 0187 738185<br>EMAIL: LASPEZIA@GIORDO.IT<br><br>FREIGHT PREPAID | 52.830MT | |

ON BOARD
2 2 AUG 2007

Particulars Furnished by Merchants

| TOTAL PACKAGES (IN WORDS) | SAY TWENTY-THREE BUNDLES ONLY |
|---|---|

| Freight and charges | Place of B(s) /L Issue | Dated |
|---|---|---|
| | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier
上海远东环球国际船舶代理有限公司
SHANGHAI FAR-EAST INTERNATIONAL SHIPPING AGENCY CO., LTD.
AS AGENTS BY AND ON BEHALF OF
MASTER OF M/V BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

(PGC FORM 02) Printed in 1 - 1988

上 海 优 利 兴 国 际 节  代 理 有 公 司
Ⓤnion  Shanghai Union Ocean Shipping Co.,Ltd.
Ocean

收 货 单

优 利 兴

MATE'S RECEIPT

| | | | |
|---|---|---|---|
| 托运人<br>Shipper: | JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD.<br>NO.297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVINCE,CHINA | | |
| 船 名<br>Name of Vessel | BRAVE JOHN | 航 次<br>Voyage | 7T11 |
| 编 号<br>D/R No | BRJSHA014 | 目 的 港<br>Port of Destination | LA SPEZIA |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 20BUNDLES | HOT ROLLED ROUND BARS,<br>BALL BEARING STEEL | | 44.318MT |

尺 码<br>Measurement

运费付款方式 (Payment)<br>FREIGHT PREPAID

件 数 共 计 大 写<br>Total Number of Packages in Words   SAY TWENTY BUNDLES ONLY

提 货 人 凭 收 货 凭 证 向 船 只 提 取 相 应 的 货 物<br>Receive on board the above-mentioned goods apparent in good order and condition, sign the accompaning
receipt for the same

| | | | |
|---|---|---|---|
| 日期<br>Date | | 时间<br>Time | |
| 装妥<br>Stowed | | | |
| 收妥<br>Received | | | |
| 签字<br>Signed | | 大副<br>Chief Officer | |

NO.297, BINJIANG(E) ROAD, JIANGYIN CITY, JIANGSU
PROVINCE, CHINA

Consignee

TO ORDER

Notify Address

FERROSTAAL METALS GMBH
HOHENZOLLERNSTRASSE 24
D-45128 ESSEN GERMANY

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | * Place of Receipt by Pre-carrier |
| BRAVE JOHN V.7T11 | Port of loading SHANGHAI, CHINA |
| LA SPEZIA, ITALY | * Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)L THREE |

| Marks & Nos. / Container Nos. | Number and kind of packages; description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 20BUNDLES | 44.318MT | |
| | HOT ROLLED ROUND BARS | | |
| | BALL BEARING STEEL | | |
| | ORDER NUMBER:551-07-22452 | | |
| | AGENTS IN LA SPEZIA: | | |
| | GIORDO SRL LA SPEZIA | | |
| | FILIALE DELLA SPEZIA, VIALE ITALIA 121 | | |
| | 19124 LA SPEZIA, ITALY | | |
| | TEL: 0039 0187 021066 / 518242 | | |
| | FAX: 0039 0187 738185 | | |
| | EMAIL: LASPEZIA@GIORDO.IT | | |
| | FREIGHT PREPAID | | |

**ON BOARD**
**1 5 AUG 2007**

TOTAL PACKAGES (IN WORDS)     SAY TWENTY BUNDLES ONLY

| Freight and charges | Place of B(s) /L Issue | Dated |
| | SHANGHAI | **1 5 AUG 2007** |

Signed for the Carrier 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.
AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading



(PGC FORM 02) Printed in 1 -1988

上海远东环球国际船舶代理有限公司
EISA SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD

收货单
MATE'S RECEIPT

托运人
Shipper     HUBEI XINYEGANG CO LTD

编号           船名
No.     BRJSHA015     S/S     BRAVE JOHN YUTH

目的港
For     LA SPEZIA ITALY

下开货物状况之情形业已收妥无损
Receive on board the following goods apparent in good order and condition:

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重<br>Net | 毛 重<br>Gross |
| | | | | |

共计件数（大写）
Total Number of Packages in Writing

日期
Date     6-22-2007          时间
Time

装入船舱
Stowed     入舱 2   HOLD

实  收
Received          133   PCES

理货署签名
Tallied By                     大付
Chief Officer

HUBEI XIN YEGANG CO., LTD.
316 HUANGSHI AVENUE HUANGSHI HUBEI CHINA

**BILL OF LADING**

| Nationality of Ocean Vessel |
| --- |

Consignee

TO THE ORDER OF BANCA POPOLARE DI MILANO

CARRIER: YONG HE SHIPPING (HK) LTD.

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address

EUSIDER SPA

VIA PER ROGENO FRAZ. BRENNO DELLA

TORRE – 23845 COSTAMASNAGA LECCO ITALY

| Pre-carriage by | *Place of Receipt by Pre-carrier | | | |
| --- | --- | --- | --- | --- |
| Ocean Vessel **BRAVE JOHN   V.7T11** | Port of Loading **SHANGHAI PORT IN CHINA** | | | *Original* |
| Port of Discharge **LA SPEZIA** | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L **THREE** | |

| Marks & Nos  /Container Nos | Number and kind of packages,description of goods | Gross weight kgs | Measurement m² |
| --- | --- | --- | --- |
| N/M | 133BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBE<br><br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br>2 2 AUG 2007 | 372.287MT | |
| TOTAL PACKAGES  (IN WORDS) | SAY ONE HUNDRED AND THIRTY-THREE BUNDLES ONLY. | | |

*(left margin, rotated: Particulars Furnished by Merchants)*

| Freight and charges | | Place of B (S)/L Issue | Dated |
| --- | --- | --- | --- |
| | | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO. LTD.

AS AGENTS BY AND ON BEHALF OF

MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

[PSC FORM 12, Printed in 1-1988

**FEISA** 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

托运人　HUBEI XIN YEGANG CO., LTD
Shipper

收　货　单
**MATE'S RECEIPT**

编号　BRJSHA016　船名 BRAVE JOHN　V.7T11
No.　　　　　　　　S/S

目的港　LA SPEZIA, ITALY
For

下并完好状况之货物业已收受无损
Receive on board the following goods apparent in good order and condition:

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货　名<br>Description of Goods | 重量公斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| SEM | | | | |
| | | | | |
| | | | | |

共计件数（大写）
Total Number of Packages in Writing

日期　08-1-2007　时间
Date　　　　　　　Time

装入何处
Stowed

收　数
Received

理货员签名
Tallied By

Chief Officer

MASTER REMARKS:
CARGO CONDITION AS PER
ATTACHED P/I

Shipper

HUBEI XIN YEGANG CO., LTD.

316 HUANGSHI AVENUE HUANGSHI HUBEI CHINA

**BILL OF LADING**

| B/L NO. | BRJSHA016 |
| --- | --- |
| Nationality of Ocean Vessel | |

CARRIER: YONG HE SHIPPING (HK) LTD.

Consignee

TO THE ORDER OF BANCA POPOLARE DI MILANO

Shipped on board the vessel nsmed herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address

EUSIDER SPA

VIA PER ROGENO FRAZ. BRENNO DELLA

TORRE – 23845 COSTAMASNAGA LECCO ITALY

| Pre-carriage by | *Place of Receipt by Pre-carrier |
| --- | --- |

| Ocean Vessel BRAVE JOHN   V.7T11 | Port of Loading SHANGHAI PORT IN CHINA | | | *Original* |
| --- | --- | --- | --- | --- |
| Port of Discharge LA SPEZIA | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L THREE |

| Marks & Nos /Container Nos | Number and kind of packages,description of goods | Gross weight kgs | Measurement m³ |
| --- | --- | --- | --- |
| N/M | 4BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBE<br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br>2 2 AUG 2007 | 10.320MT | |
| TOTAL PACKAGES (IN WORDS) | SAY FOUR BUNDLES ONLY. | | |

*Particulars Furnished by Merchants*

| Freight and charges | Place of B (S)/L Issue | Dated |
| --- | --- | --- |
| | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

上海远东环球国际船舶代理有限公司
**E/SA** SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD

托运人
Shipper

收 货 单
**MATE'S RECEIPT**

编号
No. BLJSHA-07

船名
S/S BRAVE JOHN V.07H

目的港
For LA SPEZIA,ITALY

下开完好货况之货物业已运妥无损
Receive on board the following goods apparent in good order and condition:

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net | 毛 重<br>Gross |
| | | | | |
| | | | | |
| | | | | |

共计件数（大写）
**Total Number of Packages in Writing**

日期
Date 05-22, 2007

时间
Time

装入何处
Stowed No.2 HLD

收到
Received 24 BXS

理货员签字
Tallied By

大副
Chief Officer

316 HUANGSHI AVENUE HUANGSHI HUBEI CHINA

Nationality of Ocean Vessel

| Consignee | CARRIER: YONG HE SHIPPING (HK) LTD. |
|---|---|

TO THE ORDER

Shipped on board the vessel named herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

**Notify Address**

EUSIDER SPA

VIA PER ROGENO FRAZ. BRENNO DELLA

TORRE – 23845 COSTAMASNAGA LECCO ITALY

In Witness where of ,the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

| Pre-carriage by | *Place of Receipt by Pre-carrier |
|---|---|

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

| Ocean Vessel | Port of Loading | |
|---|---|---|
| BRAVE JOHN   V.7T11 | SHANGHAI PORT IN CHINA | **Original** |

| Port of Discharge | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L |
|---|---|---|---|
| LA SPEZIA | | | THREE |

| Marks & Nos  /Container Nos | Number and kind of packages,description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 44BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBE<br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br>2 2 AUG 2007 | 112.792MT | |

Particulars Furnished by Merchant

| TOTAL PACKAGES (IN WORDS) | SAY FORTY-FOUR BUNDLES ONLY. |
|---|---|

| Freight and charges | Place of B (S)/L Issue | Dated |
|---|---|---|
| | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

(PGC FORM 02) Printed in 1-1988

**EISA** 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

| 托运人<br>Shipper | FOREIGN TRADING CO., LTD. | 收 货 单<br>MATE'S RECEIPT | |
|---|---|---|---|
| 编号<br>No. | BRJSHA018 | 船名<br>S/S | BRAVE JOHN  V.7111 |
| 目的港<br>For | LA SPEZIA, ITALY | | |

下开完好状况之货物业已收交无损
Receive on board the following goods apparent in good order and condition:

| 标 记 及 号 码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| | | | | |

总计件数（大写）
Total Number of Packages in Writing

| 日期<br>Date | | 时间<br>Time | |
| 装入舱位<br>Stowed | | | |
| 收  讫<br>Received | | | |
| 理货员签名<br>Tallied By | | 大  副<br>Chief Officer | |

ZZ DESCONOCIDO HUANGSHI

Nationality of Ocean Vessel

Consignee

CARRIER: YONG HE SHIPPING (HK) LTD.

TO THE ORDER OF PROVEEDORA DE TUBOS OCCIDENTAL
SL GIRONA NUM 18 (PG IND. 'L'EMPALME') 43713 SANT
JAUME DELS DOMENYS ESPANA

Shipped on board the vessel named herein apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back here of. One of the Bill of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

Notify Address

PROVEEDORA DE TUBOS OCCIDENTAL SL
GIRONA NUM 18 (PG IND. 'L'EMPALME')
43713 SANT JAUME DELS DOMENYS ESPANA

In Witness where of .the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being .accomplished, the others to stand void.

Shippers are requested to note Particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the Insurance upon their goods.

| Pre-carriage by | *Place of Receipt by Pre-carrier |
|---|---|

| Ocean Vessel BRAVE JOHN   V.7T11 | *Port of Loading SHANGHAI PORT OF CHINA | **Original** |

| Port of Discharge LA SPEZIA/ITALY | *Final destination (if goods to be transhipped at Port of discharge) | Freight payable at | Number of original B(s)/L THREE |

| Marks & Nos  /Container Nos | Number and kind of packages, description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 94BUNDLES<br><br>HOT ROLLED SEAMLESS STEEL TUBE<br>CREDIT NUMBER:0848DCRE0000038<br><br><br>FREIGHT PREPAID<br>CLEAN ON BOARD<br><br>2 2 AUG 2007 | 254.770MT | |

Particulars Furnished by Merchants

| TOTAL PACKAGES (IN WORDS) | SAY NINETY-FOUR BUNDLES ONLY. |
|---|---|

| Freight and charges | Place of B (S)/L issue | Dated |
|---|---|---|
| | SHANGHAI | 2 2 AUG 2007 |

Signed for the Carrier

上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY CO., LTD.

AS AGENTS BY AND ON BEHALF OF
MASTER OF MV BRAVE JOHN

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

(PGC FORM 02) Printed in 1-1968

# Yang
# Exhibit 3

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**
JIANGSU YULONG STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
**SHIPPING ORDER**

| 托运人 Shipper: | | |
|---|---|---|

| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: | 7T11 |
|---|---|---|---|

| 端 号 D/R NO.: | BRJSHA001 | 目 的 港 Port of Destination: | LA SPEZIA, ITALY |
|---|---|---|---|

| 标记及号码 Marks & Nos . | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 量 Net Weight | 毛 量 Gross Weight |
| N/M | 234 BUNDLES | PRIME QUALITY NEWLY PRODUCED SELF COULOUR (BLACK) SQUARE AND RECTANGULAR COLD FINISHED HOLLOW SECTIONS | | 519.920MT |

四、
装
货
联

SAY TWO HUNDRED AND THIRTY FOUR BUNDLES ONLY

| 共 计 件 数 （ 大 写 ） : Total Number of Packages in Words | 唛 码 Measurement |
|---|---|
| | 运费付款方式 (Payment) FREIGHT COLLECT |

茲将上述完好状况之货物装船后并签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 08-21, 2007 | 时间 Time | |
|---|---|---|---|
| 装入何舱 Stowed | NO.5 HOLD | | MASTER RE-MARK CARGO CONDITION AS PER ATTACHED P+A CLUB SURVEYOR REPORT |
| 实 收 Received | 234 BDLS | | |
| 理货员签名 Tallied By | | 经办人 Approved by | |

| 通 知 人 Notify Party: | AROSTEEL S. R. L. VIA CBCATI 3 42100 REGGIO EMILIA ITALY TEL. :00 39 0521 391 411 -FAX 00 39 0521 285 747 |
|---|---|

| 收 货 人 Consignee: | TO THE ORDER OF AROSTEEL S. R. L. |
|---|---|

Yang Ex 3

八区.

上海瀚翎国际物流有限公司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
**SHIPPING ORDER**

| 托运人<br>Shipper: | | | |
|---|---|---|---|
| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | 7T11 |
| 编 号<br>D/R NO.: | BRJSHA003 | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 971<br>PACKAGES | HOLLOW SECTIONS | | 2239.314MT |

四、 装 货 联

SAY NINE HUNDRED AND SEVENTY ONE PACKAGES ONLY

呎 码
Measurement

运费付款方式 (Payment)
FREIGHT COLLECT

共 计 件 数（大 写）：
**Total Number of Packages in Words**

||||||| 2216200706670453224

收货单
Is apparent in good order and condition, sign the accompanying

| 日期<br>Date | 08-21, 2007 | 时间<br>Time | MASTER REMARK |
|---|---|---|---|
| 装入何舱<br>Stowed | 2LH | | CARGO CONDITION AS PER |
| 实 收<br>Received | 971 PKGS | | ATTACHED P & L COPIS<br>SURVEYOR REPORT |
| 理货员签名<br>Tallied By | 吳 國 香 | 经办人<br>Approved by | |

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.

收 货 人
Consignee:

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
**SHIPPING ORDER**

| 托运人 Shipper: | | |
|---|---|---|
| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: 7T11 |
| 编 号 D/R NO.: | BRJSHA004 | 目 的 港 Port of Destination: LA SPEZIA, ITALY |

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 1076 BUNDLES | HOLLOW SECTIONS | | 2529.384MT |

四、装货联

SAY ONE THOUSAND SEVENTY SIX BUNDLES ONLY

呎 码 Measurement

共 计 件 数（大 写）：
**Total Number of Packages in Words**

运费付 La市 支付 FNL (Payment)

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 08-20, 2007 | 时间 Time |
|---|---|---|
| 装入何舱 Stowed | 1LH=538. 2LH=22. 5LH=516 | JASTER REMARK |
| 实 收 Received | 1076 BDLES | CARGO CONDITION AS PER ATTACHED P+I CLUB SURVEYOR REPORT |
| 理货员签名 Tallied By | | 经办人 Approved by |

| 通知人 Notify Party: | AROSTEEL S.R.L. VIA CBCATI 3 42100 REGGIO EMILIA ITALY TEL:00 39 0521 391 411- FAX 00 39 0521 285 747 |
|---|---|
| 收货人 Consignee: | TO THE ORDER OF AROSTEEL S.R.L. |



**EISA** SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.
上海远东环球国际船舶代理有限公司

| 托运人 Shipper | HUBEI XIN YEGANG CO., LTD. | | 装 货 单 SHIPPING ORDER |
| 编号 No. | BR.JSHA012 | 船名 S/S BRAVE JOHN V. TT11 | |
| 目的港 For | LA SPEZIA, ITALY | | |

兹将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 Net | 毛 Gross |
| N/M | 174 BUNDLES | HOT ROLLED SEAMLESS STEEL TUBES INVOICE NO: YIT716 | | 486.810MT |

SAY ONE HUNDRED AND SEVENTY-FOUR BUNDLES ONLY

| 共计件数（大写） Total Number of Packages in Writing | FREIGHT PREPAID |

| 日期 Date | 08.02, 2007 | 时间 Time | No.1 HOLD = 67 BDLS | MASTER REMARK: CARGO CONDITION AS PER ATTACHED P&I SURVEYOR REPORT |
| 装入何舱 Stowed | | | No.2 HOLD = 107 BDLS | |
| 实 收 Received | 174 BDLS | | | |
| 理货员签名 Tallied By | | 经办员 Approved By | | |

Union Ocean

上海优利兴国际货运代理有限公司
Shanghai Union Ocean Shipping Co.,Ltd.

装货单

优利兴
SHIPPING ORDER

| 托运人 Shipper: | JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD. NO.297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVE | | |
| --- | --- | --- | --- |
| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: | |
| 编 号 D/R No.: | BRJSHA013 | 目 的 港 Port of Destination: | LA SPEZIA,ITALY |

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公 斤 Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 23BUNDLES | HOT ROLLED ROUND BARS, BALL BEARING STEEL. | | 52.830MT |
| | | | 尺 码 Measurement | |

四联货联

共 计 件 数（大 写）： SAY TWENTY THREE BUNDLES ONLY
Total Number of Packages in Words

运费付款方式 (Payment)

FREIGHT PREPAID

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 08-17, 2007 | 时间 Time | MASTER REMARK |
| --- | --- | --- | --- |
| 装入何舱 Stowed | 2 HOLD x 23 BOLES | | CARGO CONDITIONS AS PER |
| 实收 Received | 23 BOLES | | P+I CLUB SURVEYOR REPORT |
| 理货员签名 Tallied By | | 经办人 Approved by | |

上海优利兴国际货运代理有限公司
**Shanghai Union Ocean Shipping Co.,Ltd.**

Union Ocean

装货单

优利兴

**SHIPPING ORDER**

| 托运人<br>Shipper: | JIANGYIN XING CHENG SPECIAL STEEL WORKS CO.,LTD<br>NO.297,BINJIANG(E) ROAD,JIANGYIN CITY,JIANGSU PROVINCE CHINA | | |
|---|---|---|---|
| 船 名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | TBI |
| 编 号<br>D/R No.: | BRJSHA014 | 目 的 港<br>Port of Destination: | LA SPEZIA |

| 标 记 及 号 码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 20BUNDLES | HOT ROLLED ROUND BARS,<br>BALL BEARING STEEL | | 44.318MT |

四装货联

| | |
|---|---|
| 尺 码<br>Measurement | |
| 运费付款方式 (Payment) | |

共 计 件 数（大 写）：  **SAY TWENTY BUNDLES ONLY**
**Total Number of Packages in Words**

FREIGHT PREPAID

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 08-17.2007 | 时间<br>Time | MASTER REMARK |
|---|---|---|---|
| 装入何舱<br>Stowed | 2HOLD x 20 BOLTS | | CARGO CONDITION AS PER |
| 实收<br>Received | 20 BOLES | | ATTACHED ONE CLUB SURVEYOR<br>REPORT |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |

上海远东环球国际船舶代理有限公司
EISA SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

托运人
Shipper    HUBEI XIN YEGANG CO LTD

装货单
SHIPPING ORDER

编号
No.    BRJSHA015

船名
S/S    BRAVE JOHN V.7717

目的港
For    LA SPEZIA ITALY

兹将下列完好状况之货物装船后希签署收货单    767442362
Receive on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same

| 标记及号码 Marks & Nos. | 件数 Quantity | 货名 Description of Goods | 重量公斤 Weight kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N/M | 133 BUNDLES | HOT ROLLED SEAMLESS STEEL TUBES INVOICE NO: YIT717-A4 | | 372.287MT |

SAY SEVEN HUNDRED AND FORTY-SIX BUNDLES ONLY

共计件数（大写）
Total Number of Packages in Writing

FREIGHT PREPAID

日期
Date    05-22, 2007

时间
Time

装入何舱
Stowed    NO 2 HOLD

实收
Received    133 B'DLS

理货员签名
Tallied By

经办员
Approved By

MASTER REMARK:
CARGO CONDITION AS PER
ATTACHED P+I CLUB SURVEOR
REPORT

**FEISA** 上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

**SHIPPING ORDER**

托运人 HUBEI XIN YEGANG CO., LTD.
Shipper

编号 **BRJSHA016**    船名 **BRAVE JOHN** V.7T11
No.                    S/S

目的港 **LA SPEZIA, ITALY**
For                                              7674423b3

兹将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the
accompanying receipt for the same

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货名<br>Description of Goods | 重量公斤<br>Weight kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| N/M | 4<br>BUNDLES | HOT ROLLED SEAMLESS STEEL<br>TUBES<br>INVOICE NO: YTT717-B4 | | 10.320MT |
| SAY FOUR BUNDLES ONLY | | | | |

共计件数（大写）
Total Number of Packages in Writing                          FREIGHT PREPAID

日期 Date 08-19, 2007    时间 Time

装入何舱 Stowed  No.2 HOLD

实收 Received  4 BDLS

理货员签名 Tallied By  茂2.2    经办员 Approved By

*MASTER REMARK:*
*CARGO CONDITION AS PER*
*ATTACHED P+I CLUB SORVEYOR*
*REPORT*

上海远东环球国际船舶代理有限公司
FEISA  SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

| 托运人 Shipper | HUBEI XIN YEGANG CO., LTD. | | |
|---|---|---|---|

**SHIPPING ORDER**

| 编号 No. | BRJSHA017 | 船名 S/S | BRAVE JOHN |
|---|---|---|---|

| 目的港 For | LA SPEZIA, ITALY | | 767442360 |
|---|---|---|---|

兹将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same

| 标记及号码 Marks & Nos. | 件数 Quantity | 货 名 Description of Goods | 重量公斤 Weight kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N/M | 44 BUNDLES | HOT ROLLED SEAMLESS TUBES INVOICE No. 12076 | | 112.792MT |

SAY FORTY-FOUR BUNDLES ONLY

共计件数（大写）
Total Number of Packages in Writing

FREIGHT PREPAID

| 日期 Date | 05.22. 2007 | 时间 Time | |
|---|---|---|---|
| 装入何枪 Stowed | NO.2 HOLD | | MASTER REPORT |
| 实 收 Received | 44 BDLS | | CARGO CONDITION AS PER ATTACHED P&I CLUB |
| 理货员签名 Tallied By | 200. 张 | 经办员 Approved By | SURVEYOR REPORT |



上海远东环球国际船舶代理有限公司
SHANGHAI FAREAST INTERNATIONAL SHIPPING AGENCY LTD.

托运人
Shipper　HUBEI XIN YEGANG CO., LTD.

编号　　BRJSHA018　　船名
No.　　　　　　　　　　S/S　　BRAVE JOHN

目的港　LA SPEZIA,ITALY
For

**SHIPPING ORDER**
装货单

7-7-441365

兹将下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the
accompanying receipt for the same

| 标记及号码 Marks & Nos. | 件　数 Quantity | 货　　名 Description of Goods | 重量公斤 Weight kilos | |
|---|---|---|---|---|
| | | | 净 Net | 毛 Gross |
| N/M | 94 BUNDLES | HOT ROLLED SEAMLESS STEEL TUBES INVOICE NO. YSP762 | | 254.770MT |
| | SAY NINETY-FOUR BUNDLES ONLY | | | |

共计件数（大写）
Total Number of Packages in Writing

FREIGHT PREPAI

日期
Date　08-22, 2007　时间
Time

装入何舱
Stowed　No. 2 HOLD

实　收
Received　94 B'DLS

理货员签名
Tallied By

经办员
Approved By

MASTER R.B.YARK
CARGO CONDITION AS PER
ATTACHED PAI (LOG
SURVEYOR REPART

# 海运出口托运单

**VICTORY LOGISTICS**

**盛世物流**

## 装 货 单
## SHIPPING ORDER

| 托运人<br>Shipper | WUXI INT'L TRADE DEVELOPMENT CO., LTD. | |
|---|---|---|

| 编号<br>No. | BRJSHA019 | 船名<br>S/S | BRAVE ... 7.2 |
|---|---|---|---|

| 目的港<br>For | LA SPEZIA | TEL:021-63075522 ATTN: 陈伊丽<br>021-63830616 ATTN: 毛慧敏<br>FAX:021-63078866<br>021-63079966 |
|---|---|---|

兹将下列完好状况之货物装船后布签署收货单

Received on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same.

| 标 记 及 号 码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| N/M | 703PKGS | TUBES FOR THE STRUCTURES<br><br>160X150X8MM  100X100X12.5MM<br>LENGTH:12M | | 1621400KGS |
| | | | | |
| | | | | FREIGHT COLLECT |

| 共 计 件 数(大 写)<br>Total Number of Packages in Writing | | |
|---|---|---|

| 日期<br>Date | 08.02.2007 | 时间<br>Time | | 992.85CBM |
|---|---|---|---|---|
| 装入何舱<br>Stowed | NO.3  HOLD | | *MASTER REMARK:* | |
| 实收<br>Received | 703 PKGS | | *CARGO CONDITION AS PER*<br>*ATTACHED P&I CLUB SURVEYOR*<br>*REPORT* | |

| 理货员签名<br>Tallied By | | 经办人<br>Approved By | |
|---|---|---|---|

VICTORY LOGISTICS

海运出口托运单

盛世物流

装 货 单
SHIPPING ORDER

| 托运人<br>Shipper | WUXI INT'L TRADE DEVELOPMENT CO., LTD. |
|---|---|

| 编号<br>No. | BRJSHA020 | 船名<br>S/S | BRAVE |
|---|---|---|---|

| 目的港<br>For | LA SPEZIA |
|---|---|

2216200.70667051766

按将下列完好状况之货物装船后希希签
Received on board the undermentioned goods apparent in good order and condition and sign the accompanying receipt for the same.

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净<br>Net | 毛<br>Gross |
| N/M | 97PKGS | TUBES FOR THE STRUCTURES | | 119383.60KGS |
| | | 150X150X8MM  400X400X12MM | | |
| | | LENGTH:12M | | |
| | | | | FREIGHT COLLECT |

| 共 计 件 数（大 写）<br>Total Number of Packages in Writing | |
|---|---|

| 日期<br>Date | 06-20, 2007 | 时间<br>Time | 196.39CBM |
|---|---|---|---|
| 装入何舱<br>Stowed | No.3 HOLD | MASTER REMARK: CARGO CONDITION AS PER ATTACHED P+1 SURVEYOR REPORT | |
| 实收<br>Received | 97 PKGS | | |
| 理货员签名<br>Tallied By | | 经办人<br>Approved By | |

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YUZONG PRECISE STEEL PIPE CO., LTD.
UQI, WUXI, JIANGSU, P. R. CHINA
TE.+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

| 托运人<br>Shipper: | | | |
|---|---|---|---|
| 船　名<br>Name of Vessel: | BRAVE JOHN | 航 次<br>Voyage: | 7T11 |
| 编　号<br>D/R NO.: | BRJSHA021 | 目 的 港<br>Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码<br><br>Marks & Nos. | 件　　数<br><br>Quantity | 货　　　　名<br><br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 162<br>BUNDLES | HOLLOW SECTIONS | | 430.743MT |

四、
装
货
联

SAY ONE HUNDRED AND SIXTY TWO BUNDLES ONLY

| | 呎 码<br>Measurement |
|---|---|

共 计 件 数（大 写）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

| 日期<br>Date | 08-22, 2007 | 时间<br>Time | |
|---|---|---|---|
| 算入何舱<br>Stowed | No.3 HOLD = 24 BDS. | No.5 HOLD = 138 BDLS | MASTER REMARK |
| 实　收<br>Received | 162 BDLS | | CARGO CONDITION AS PER<br>ATTACHED P & I CLUB SURVEYOR |
| 理货员签名<br>Tallied By | 大笨 | 经办人<br>Approved by | REPORT |

VALLETTA

| 通知人<br>Notify Party: | AROSTEEL S.R.L.<br>VIA CBCATI 3<br>42100 REGGIO EMILIA ITALY<br>TEL:00 39 0521 391 411- FAX 00 39 0521 285 747 |
|---|---|
| 收货人<br>Consignee: | TO THE ORDER OF AROSTEEL S.R.L. |

上 海 瀚 翎 国 际 物 流 有 限 公 司
**SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.**
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
WUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
**SHIPPING ORDER**

| 托运人 Shipper: | | |
|---|---|---|

| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: | 7T11 |
|---|---|---|---|

| 编 号 D/R NO.: | BRJSHA022 | 目 的 港 Port of Destination: | LA SPEZIA, ITALY |
|---|---|---|---|

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 223<br>BUNDLES | HOLLOW SECTIONS | | 502.094MT |

四、 装 货 联

SAY TWO HUNDRED AND TWENTY THREE BUNDLES

呎 码 Measurement

共 计 件 数（大 写）：
**Total Number of Packages in Words**

运费付款方式 (Payment)
FREIGHT COLLECT

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying
receipt for the same

| 日期 Date | 05-20, 2007 | 时间 Time | |
|---|---|---|---|

MASTER REMARKS
CARGO CONDITION AS PER ATTACHED
P+I CLUB SURVEYOR REPORT

| 装入何舱 Stowed | No. 5 HOLD |
|---|---|

| 实 收 Received | 223 BDLS |
|---|---|

| 理货员签名 Tallied By | 赵际乡 | 经办人 Approved by | |
|---|---|---|---|

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.

收 货 人
Consignee:

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
WUXI, WUXI, JIANGSU, P. R. CHINA
TE: +86-510-3897771 FAX: +86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船 名
Name of Vessel: BRAVE JOHN

航 次
Voyage: 7T11

编 号
D/R NO.: BRJSHA023

目 的 港
Port of Destination: LA SPEZIA, ITALY

| 标记及号码<br><br>Marks & Nos. | 件 数<br><br>Quantity | 货 名<br><br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 174<br>BUNDLES | HOLLOW SECTIONS | | 501.069MT |
| | | | | |

四、
装
货
联

SAY ONE HUNDRED AND SEVENTY FOUR BUNDLES ONLY

呎 码
Measurement

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date 08-21, 2007

时间
Time

MASTER REMARK
CARGO CONDITION AS PER ATTACHED
P & I CLUB SURVEYOR REPORT

装入何舱
Stowed No. 1 HOLD

实 收
Received 174 BDLS

理货员签名
Tallied By 2 签收

经办人
Approved by

通 知 人
Notify Party:
AROSTEEL S.R.L.
VIA CECATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

收 货 人
Consignee:
TO THE ORDER OF AROSTEEL S.R.L.

上 海 瀚 翎 国-际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO.,LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper : _____

船 名
Name of Vessel : **BRAVE JOHN**

航 次
Voyage : **7T11**

编 号
D/R NO.: **BRJSHA024**

目 的 港
Port of Destination: **LA SPEZIA, ITALY**

| 标记及号码<br>Marks & Nos . | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 146<br>BUNDLES | HOLLOW SECTIONS | | 363.923MT |

SAY ONE HUNDRED AND FORTY SIX BUNDLES ONLY.

呎 码
Measurement

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

請將上述完好状况之货物装箱后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date **08-19, 2007**

时间
Time **MASTER REMARK**

装入何舱
Stowed **No.5 HOLD**

*CARGO CONDITION AS PER*
*ATTACHED P+I CLUB SURVEYOR*

实 收
Received **146 BDLS**

*REPORT*

理货员签名
Tallied By _____

经办人
Approved by _____

通 知 人
Notify Party:
AROSTEEL S.R.L.
VIA CECATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

收货人
Consignee:
TO THE ORDER OF AROSTEEL S.R.L.

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
**SHIPPING ORDER**

| 托运人 Shipper: | | | | |
|---|---|---|---|---|

| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: | 7T11 |
|---|---|---|---|
| 编 号 D/R NO.: | BRJSHA025 | 目 的 港 Port of Destination: | LA SPEZIA, ITALY |

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 239 BUNDLES | HOLLOW SECTIONS | | 438.732MT |

SAY TWO HUNDRED AND THIRTY NINE BUNDLES ONLY

呎 码 Measurement

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

兹将上述完好状况之货物装船后希签署收货单

Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 08-22, 2007 | 时间 Time | MASTER REMARK |
|---|---|---|---|
| 装入何舱 Stowed | NO.3 HOLD | | CARGO CONDITION AS PER |
| 实 收 Received | 239 BDLS | | ATTACHED P & I CLUB SURVEYOR REPORT |
| 理货员签名 Tallied By | | 经办人 Approved by | |

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通知人
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.

收货人
Consignee:

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI,YULONG PRECISE STEEL PIPE CO.,LTD.
WUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
**SHIPPING ORDER**

托运人
Shipper: _____

船 名
Name of Vessel: BRAVE JOHN

航 次
Voyage: 7T11

编 号
D/R NO.: BRJSHA026

目 的 港
Port of Destination: LA SPEZIA, ITALY

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 173 BUNDLES | HOLLOW SECTIONS | | 457.299MT |

四、
装
货
联

SAY ONE HUNDRED AND SEVENTY THREE BUNDLES ONLY.

呎 码
Measurement

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

兹将上述完好状况之货物装船后请签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date: 08-21. 2007

时间
Time:

MASTER REMARK
CARGO CONDITION AS PER ATTACHED
P+I CLUB SURVEYOR REPORT

装入何轮
Stowed: 140LO x 173 BNDS

实 收
Received: 173 BNDS

理货员签名
Tallied By: _____

经办人
Approved by: _____

通知人
Notify Party:

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

收货人
Consignee:

TO THE ORDER OF AROSTEEL S.R.L.

上 海 瀚 翎 国际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.

WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船 名
Name of Vessel: BRAVE JOHN

航 次
Voyage: 7711

编 号
D/R NO.: BRJSHA027

目 的 港
Port of Destination: LA SPEZIA, ITALY

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| /M | 198 BUNDLES | HOLLOW SECTIONS | | 443 939MT |
| | | | 呎 码 Measurement | |

SAY ONE HUNDRED AND NINETY EIGHT BUNDLES ONLY.

运费付款方式 (Payment)

FREIGHT COLLECT

共 计 件 数 （ 大 写 ）：
Total Number of Packages in Words

四、装货联

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日 期 Date _____ 08-20, 2007

时 间 Time _____ MASTER REMARK

装入何舱 Stowed _____ 1 HOLD × 198 BDLFS

CARGO CONDITION ASPER

实 收 Received _____ 198 BDLFS

ATTACHER P & R CLUB
SURVEYOR REPORT

理货员签名 Tallied By _____

经办人 Approved by _____

AROSTEEL S.R.L
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.
收 货 人
Consignee:



上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

| 托运人 Shipper: | |
|---|---|

| 船 名 Name of Vessel: | BRAVE JOHN | 航 次 Voyage: | 7T11 |
|---|---|---|---|

| 编 号 D/R NO.: | BRJSHA028 | 目 的 港 Port of Destination: | LA SPEZIA, ITALY |
|---|---|---|---|

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 141 BUNDLES | HOLLOW SECTIONS | | 296.22MT |

SAY ONE HUNDRED AND FORTY ONE BUNDLES ONLY

呎 码 Measurement

运货付款方式 (Payment)
FREIGHT COLLECT

四、
装
货
联

| 共 计 件 数 ( 大 写 ) : Total Number of Packages in Words | |
|---|---|

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期 Date | 08-21, 2007 | 时间 Time | |
|---|---|---|---|
| 装入何船 Stowed | 1HCLOX141 BOLTS | MASTER RE-MARK |
| 实 收 Received | 141 BOLTS | CARGO CONDITION AS PER ATTACHED P+I CLUB SURVEYOR |
| 理货员签名 Tallied By | | 经办人 Approved by | REPORT |

AROSTEEL S. R. L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

TO THE ORDER OF AROSTEEL S. R. L.

收 货 人
Consignee:

上 海 瀚 翎 国 际 物 流 有 限 公 司
SHANGHAI HI-LINKS INTERNATIONAL LOGISTICS CO.,LTD.
WUXI YULONG PRECISE STEEL PIPE CO., LTD.
YUQI, WUXI, JIANGSU, P. R. CHINA
TE:+86-510-3897771 FAX:+86-510-3889771

装 货 单
SHIPPING ORDER

托运人
Shipper: _____

船 名                                              航 次
Name of Vessel:    BRAVE JOHN                      Voyage:      7T11

编 号                                              目 的 港
D/R NO.:    BRJSHA029                              Port of Destination:    LA SPEZIA, ITALY

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 139 PACKAGES | HOLLOW SECTIONS | | 314.943MT |

四、
装 货 联

SAY ONE HUNDRED AND THIRTY NINE PACKAGES          尺 码 Measurement

共 计 件 数 （ 大 写 ）:
Total Number of Packages in Words

运费付款方式 (Payment)
FREIGHT COLLECT

兹将上述完好状况之货物装船后并签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期 Date    08-21, 2007              时间 Time    MASTER REMARK

装入何舱 Stowed    2LH                CARGO CONDITION AS PER
                                     ATTACHED P & K CLEAR SURVEYOR
实 收 Received    139 PKGS           REPORT

理货员签名 Tallied By    [signature]   经办人 Approved by    [signature]

AROSTEEL S.R.L.
VIA CBCATI 3
42100 REGGIO EMILIA ITALY
TEL:00 39 0521 391 411- FAX 00 39 0521 285 747

通 知 人
Notify Party:

TO THE ORDER OF AROSTEEL S.R.L.

收 货 人
Consignee:

上海华港国际船舶代理有限公司

**CHINA PORTS INTERNATIONAL SHIPPING AGENCY CO.,LTD.**

港嘉年华

承运人
Shipper

JIANGSU CHENGDE STEEL TUBE SHARE CO., LTD
NO.1, CHENGDE ROAD, JIANGDU CITY,
JIANGSU PROVINCE 225200, CHINA
TEL/FAX:0086514652 0955

装货单
**SHIPPING ORDER**

| 编号<br>No. | BRJSHA006 | 船名<br>S/S | BRAVE JOHN... ... |
| --- | --- | --- | --- |

目的港
For___   SAGUNTO PORT, SPAIN

华华

按照下列完好状况之货物装船后希签署收货单
Receive on board the undermentioned goods apparent in good order and condition and sign the accompanying
receipt for the same.

| 标记及号码<br>Marks & Nos. | 件数<br>Quantity | 货名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
| --- | --- | --- | --- | --- |
| | | | 净<br>Net | 毛<br>Gross |
| N/M | 635 BUNDLES | SHORT SHIPPED 7 BDLS / 14.80 t<br>API 5CT SEAMLESS CASING<br>API 5CT SEAMLESS CASING FULL LINER<br>TERM SASGUNTO PORT, SPAIN<br>GRADE N80 LENGTH: 95PER CENT<br>12(0,+500MM), 5PER CENT, 9-12M<br>1. 88.9 X 6.5<br>2. 88.9 X 7.5<br>3. 88.9 X 9<br>4. 101.6 X 9<br>5. 114.3 X 9<br>CONTRACT NO: CD20070020<br>L/C NO: OPB-CI0432631<br>SAID TO 6667 PIECES | | 1536140 KGS |
| 货已运抵 8 港区/堆场 | | | | FREIGHT PREPAID |

共计件数(大写)
**Total Number of Packages in Writing** SAY SIX HUNDRED THIRTY-FIVE BUNDLES ONLY

| 日期<br>Date  08-21, 2007 | 时间<br>Time___ | MASTER REMARK: CARGO CONDITION<br>AS PER ATTACHED P+I CLUB<br>SURVEYOR REPORT |
| --- | --- | --- |
| 装入何舱<br>Stowed | NO.4 HOLD | |
| 实收<br>Received | 628 BDLS | |
| 理货员签名<br>Tallied By | | 经办员<br>Approved By |

**Union Ocean** 上海优利兴国际货运代理有限公司
Shanghai Union Ocean Shipping Co.,Ltd.

装货单

优利兴

SHIPPING ORDER

CHANGSHU XINGDAO ADVANCED BUILDING MATERIAL CO.
DONGBANG INDUSTRIAL PARK ,CHANGSHU,JIANGSU,CHINA

托运人
Shipper: T:86051252687618    F:86051252687610

船 名
Name of Vessel: **BRAVE JOHN**    V.7T11

航 次
Voyage:

编 号
D/R No.: BRJSHA007

目的港
Port of Destination: SPAIN

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重 量 公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 40COILS | HOT-DIP GALVANIZED STEEL SHEET | | 513.560MTS |
| | | FREIGHT PREPAID | | |
| | | | 尺 码 Measurement | |
| | | | 运费付款方式 (Payment) | |

共 计 件 数（大写）： SAY FORTY COILS ONLY
Total Number of Packages in Words

四 装 货 联

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期
Date _08-18, 2007_

时间
Time _MASTER REMARK_

装入何舱
Stowed _No 4 HOLD_

_CARGO CONDITION AS PER
ATTACHED P+I CLUB
SURVEYOR REPORT)_

实收
Received _40 COILS_

理货员签名
Tallied By

经办人
Approved by

上海优利兴国际货运代理有限公司
**Union Ocean** Shanghai Union Ocean Shipping Co.,Ltd.

装货单

优利兴

SHIPPING ORDER

托运人 Shipper: NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIAN MANSION 138 ZHONGSHAN WEST ROAD NINGBO CHINA

船 名 Name of Vessel: **BRAVE JOHN**        航 次 Voyage:

编 号 D/R No.: **BRJSHA006**        目 的 港 Port of Destination: PUERTO PORT, SPAIN

| 标记及号码 Marks & Nos. | 件 数 Quantity | 货 名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重 Net Weight | 毛 重 Gross Weight |
| N/M | 16 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 159.26 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺 码 Measurement | |

四联 装货联

共 计 件 数 (大写): SAY SIXTEEN COILS ONLY
Total Number of Packages in Words

运费付款方式 (Payment)

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

日期 Date _08-18, 2007_        时间 Time _MASTER REMARK:_

装入何舱 Stowed _NO.4 H&D_        _CARGO CONDITION AS PER_
_ATTACHED P+I CLUB_

实收 Received _16 COILS_        _SURVEYOR REPORT_

理货员签名 Tallied By _凌国望_        经办人 Approved by

# Ⓤnion Ⓞcean

## 上海优利兴国际货运代理有限公司
## Shanghai Union Ocean Shipping Co.,Ltd.

装 货 单

优利兴

SHIPPING ORDER

托运人
Shipper: NINGBO NINGSHING INTERNATIONAL INC...17TH FLOOR THE MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA

船 名
Name of Vessel: BRAVE JOHN

V./航 次
Voyage:

编 号
D/R No.: BRJSHA009

目 的 港
Port of Destination: SAGUNTO PORT, SPAIN

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重量公斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 22 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS<br><br>SHORT SHIPPED 1 COIL / 9.305 t<br><br><br>FREIGHT PREPAID | | 207.85 MT |
| | | | 尺 码<br>Measurement | |
| 共 计 件 数（大 写）：　SAY TWENTY TWO COILS ONLY<br>Total Number of Packages in Words | | | 运费付款方式　(Payment) | |

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 08. 22, 2007 | 时间<br>Time | MASTER REMARK |
|---|---|---|---|
| 装入何舱<br>Stowed | NO.4 HOLD | | CARGO CONDITION AS PER ATTACHED |
| 实收<br>Received | 21 COILS | | P+I CLUB SURVEYOR REPORT |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |



**Union Ocean**

上海优利兴国际货运代理有限公司
**Shanghai Union Ocean Shipping Co.,Ltd.**

装货单

优利兴
**SHIPPING ORDER**

| 托运人 Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIANLE MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA | | |
|---|---|---|---|
| 船名 Name of Vessel: | BRAVE JOHN | 航次 Voyage: | |
| 编号 D/R No.: | BRJSHA010 | 目的港 Port of Destination: | SAGUNTO PORT, SPAIN |

| 标记及号码 Marks & Nos. | 件数 Quantity | 货名 Description of Goods | 重量公斤 Weight Kilos | |
|---|---|---|---|---|
| | | | 净重 Net Weight | 毛重 Gross Weight |
| N/M | 38 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL COILS | | 360.055 MT |
| | | FREIGHT PREPAID | | |
| | | | 尺码 Measurement | |

共计件数（大写）：
**Total Number of Packages in Words**

SAY THIRTY EIGHT COILS ONLY

运费付款方式 （Payment）

兹将上述完好状况之货物装船后希签署收货单
**Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same**

| 日期 Date | 05-18, 2007 | 时间 Time | 1451 LOCAL |
|---|---|---|---|
| 装入何舱 Stowed | NO.4 HOLD | | CARGO CONDITION AS PER ATTACHED P+I CLUB SURVEYOR REPORT |
| 实收 Received | 38 COILS | | |
| 理货员签名 Tallied By | | 经办人 Approved by | |

# 上海优利兴国际货运代理有限公司
# Shanghai Union Ocean Shipping Co.,Ltd.

## 装 货 单

### 优利兴
### SHIPPING ORDER

| 托运人<br>Shipper: | NINGBO NINGSHING INTERNATIONAL INC., 17TH FLOOR TIAN MANSION 138 ZHONGSHAN WEST ROAD NINGBO, CHINA | | |
|---|---|---|---|

| 船 名<br>Name of Vessel: | BRAVE JOHN | V.7 航 次<br>Voyage: | |
|---|---|---|---|

| 编 号<br>D/R No.: | BRJSHA011 | 目 的 港<br>Port of Destination: | EXPORT SPAIN |
|---|---|---|---|

| 标记及号码<br>Marks & Nos. | 件 数<br>Quantity | 货 名<br>Description of Goods | 重 量 公 斤<br>Weight Kilos | |
|---|---|---|---|---|
| | | | 净 重<br>Net Weight | 毛 重<br>Gross Weight |
| N/M | 39 COILS | PREPAINTED HOT-DIP ZINC-COATED STEEL<br><br><br>FREIGHT PREPAID | | 413.715 MT |

四袋货联

| | | 尺 码<br>Measurement | |
|---|---|---|---|
| 共 计 件 数（大 写）： SAY THIRTY NINE COILS ONLY<br>Total Number of Packages in Words | | 运费付款方式 （Payment） | |

兹将上述完好状况之货物装船后希签署收货单
Receive on board the abovementioned goods apparent in good order and condition, sign the accompanying receipt for the same

| 日期<br>Date | 08-16,2007 | 时间<br>Time | MASTER REMARK |
|---|---|---|---|
| 装入何舱<br>Stowed | NO.4 HOLD | | CARGO CONDITION AS PER ATTACHED<br>P&I CLUB SURVEY REPORT |
| 实收<br>Received | 39 COILS | | |
| 理货员签名<br>Tallied By | | 经办人<br>Approved by | |